# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:  May 3, 2007

To:  United States Court of Appeals      Attn:  (✓)  Civil
      For the Ninth Circuit
      Office of the Clerk                                    ( )  Criminal
      95 Seventh Street
      San Francisco, California 94103            ( )  Judge

From:  United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:           CV 00-00282MLR              Appeal No:   05-16236

Short Title:    H. vs. Lemahieu

Clerk's Files in    20    volumes  (✓) original  ( ) certified copy

Bulky docs    ____    volumes (folders)  docket #

Reporter's    2    volumes  (✓) original  ( ) certified copy
Transcripts

Exhibits    ____    volumes  ( ) under seal

           ____    boxes  ( ) under seal

Other:  document #52
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____    Date: _____

cc: counsel