UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARK H., individually and as Guardians Ad Litem of Michelle H. and Natalie H., minors,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>RIE H., individually and as Guardians Ad Litem of Michelle H. and Natalie H., minors,<br><br>    Plaintiff - Appellant,<br><br>PAUL LEMAHIEU, in his official capacity as superintendent of the Hawaii Public Schools; et al.,<br><br>    Defendants - Appellees. | No. 05-16236<br>D.C. No. CV-00-00282-MLR<br><br>**JUDGMENT**<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>FEB 11 2008<br>at __11__ o'clock and __00__ min. __?__ M.<br>SUE BEITIA, CLERK |

    Appeal from the United States District Court for the District of Hawaii (Honolulu).

    This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

    On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REVERSED, REMANDED.**

Filed and entered 01/17/08

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 0 8 2008

by _____
Deputy Clerk