INTERNAL USE ONLY: Proceedings include all events.
05-16236 H., et al v. Lemahieu, et al

| | |
|---|---|
| MARK H., individually and as Guardians Ad Litem of Michelle H. and Natalie H., minors<br>    Plaintiff - Appellant | Stanley E. Levin, Esq.<br>808/524-7500X305<br>Suite 400<br>[COR LD NTC ret]<br>Michael K. Livingston<br>FAX 808-545-7802<br>808-524-7500<br>Suite 400<br>[COR LD NTC ret]<br>Keith H.S. Peck<br>808/524-7500<br>Suite 400<br>[COR LD NTC ret]<br>DAVIS LEVIN LIVINGSTON GRANDE<br>851 Fort Street<br>Honolulu, HI 96813-4317 |

    v.

| | |
|---|---|
| RIE H., individually and as Guardians Ad Litem of Michelle H. and Natalie H., minors<br>    Plaintiff - Appellant | Stanley E. Levin, Esq.<br>808/524-7500X305<br>Suite 400<br>[COR LD NTC ret]<br>Michael K. Livingston<br>FAX 808-545-7802<br>808-524-7500<br>Suite 400<br>[COR LD NTC ret]<br>Keith H.S. Peck<br>808/524-7500<br>Suite 400<br>[COR LD NTC ret]<br>DAVIS LEVIN LIVINGSTON GRANDE<br>851 Fort Street<br>Honolulu, HI 96813-4317 |
| PAUL LEMAHIEU, in his official capacity as superintendent of the Hawaii Public Schools<br>    Defendant - Appellee | Dorothy D. Sellers, Esq.<br>FAX 808/586-1237<br>808/586-1365<br>[COR LD NTC ret]<br>AGHI - OFFICE OF THE HAWAII ATTORNEY GENERAL<br>425 Queen St.<br>Honolulu, HI 96813 |
| ELSIE TANAKA, in her official capacity as Principal of Kipapa ELementary School<br>    Defendant - Appellee | Dorothy D. Sellers, Esq.<br>(See above)<br>[COR LD NTC ret] |
| JUDITH SARAN-CHOCK, inm her official capacity as Principal of Ala Wai Elementary School | Dorothy D. Sellers, Esq.<br>(See above)<br>[COR LD NTC ret] |

INTERNAL USE ONLY: Proceedings include all events.
05-16236 H., et al v. Lemahieu, et al

    Defendant - Appellee

| | |
|---|---|
| PETER CHUN, in his official capacity as Principal of Hokulani Elementary School<br>    Defendant - Appellee | Dorothy D. Sellers, Esq.<br>(See above)<br>[COR LD NTC ret] |
| HAROLDEEN WAKIDA, in her official capacity as Principal of Ali'iolani Elementary School<br>    Defendant - Appellee | Dorothy D. Sellers, Esq.<br>(See above)<br>[COR LD NTC ret] |
| DEPARTMENT OF EDUCATION, State of Hawaii<br>    Defendant - Appellee | Dorothy D. Sellers, Esq.<br>(See above)<br>[COR LD NTC ret] |
| KEITH HUNTER, SR., special master<br>    Defendant - Appellee | Dorothy D. Sellers, Esq.<br>(See above)<br>[COR LD NTC ret] |