UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 1 5 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK H., individually and as Guardians Ad Litem of Michelle H. and Natalie H., minors, | No. 05-16236 |
| Plaintiff - Appellant, | D.C. No. CV-00-00282-MLR<br>District of Hawaii,<br>Honolulu |
| and | |
| RIE H., individually and as Guardians Ad Litem of Michelle H. and Natalie H., minors, | ORDER |
| Plaintiff - Appellant, | |
| v. | |
| PAUL LEMAHIEU, in his official capacity as superintendent of the Hawaii Public Schools; ELSIE TANAKA, in her official capacity as Principal of Kipapa Elementary School; JUDITH SARAN-CHOCK, inm her official capacity as Principal of Ala Wai Elementary School; PETER CHUN, in his official capacity as Principal of Hokulani Elementary School; HAROLDEEN WAKIDA, in her official capacity as Principal of Ali'iolani Elementary School; DEPARTMENT OF EDUCATION, State of Hawaii; KEITH HUNTER, SR., special master, | |
| Defendants - Appellees. | |



RECEIVED
CLERK U.S. DISTRICT ...

FEB 19 2008

DISTRICT OF HAWAII

Before: THOMPSON, BERZON, and TALLMAN, Circuit Judges.

Appellants' motion to transfer consideration of attorney's fees on appeal to the district court is GRANTED.