Keith H.S. Peck
Peck & Associates
223 S King Ste 2nd Flr
Honolulu, HI 96813

CV 00-00282 MLR



300 ALA
HONOLULU,
CLEh

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED



```
PECK223    968131002 1108 03 02/19/08
RETURN TO SENDER
PECK'KEITH S
3360 KAMAAINA PL
HONOLULU HI 96817-1033

RETURN TO SENDER
```

CV-00-00282MLR

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 20 2008
DISTRICT OF HAWAII