

March 17, 2008

Sender's Phone No. And E-mail:
(808) 544-8400
jkomeiji@wik.com

Clerk of Court
United States District Court
 for the District of Hawaii
PJKK Federal Building
300 Ala Moana Boulevard, Room C-338
Honolulu, Hawaii 96850

RECEIVED
CLERK U.S. DISTRICT COURT
MAR 18 2008
DISTRICT OF HAWAII

      Re:    Mark H., et al. v. Paul LeMahieu, et al.;
             Civil No. 00-00282 DAE-MLR - BMK

Dear Sir or Madam:

      I am writing to request your office delete Randall Y. Yamamoto, Esq., Daniel K. Obuhanych, Esq. and Carter K. Siu, Esq. as attorneys of record in this matter. Messrs. Yamamoto, Obuhanych, and Siu no longer work for our firm and therefore are no longer representing the Defendants in this matter.

      If you have any questions regarding this request, please feel free to contact my office.

             Very truly yours,
             WATANABE ING & KOMEIJI LLP

             JOHN T. KOMEIJI

397914.1

cc:    Randall Y. Yamamoto, Esq.
       Daniel K. Obuhanych, Esq.
       Carter K. Siu, Esq.

First Hawaiian Center, 999 Bishop Street, 23rd Floor, Honolulu, Hawaii 96813  Phone: 808-544-8300  Fax: 808-544-8399
A Limited Liability Law Partnership



WATANABE ING & KOMEIJI LLP

First Hawaiian Center, 999 Bishop Street, 23rd Floor, Honolulu, Hawaii 96813

CLERK OF COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII
PJKK FEDERAL BUILDING
300 ALA MOANA BOULEVARD, ROOM C-338
HONOLULU, HAWAII 96813

