April 1, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 355-7820

RECEIVED
CLERK U.S. DISTRICT COURT
APR 01 2008
DISTRICT OF HAWAII

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CV-00-00282-MLR
**Appeal Number:** 05-16236
**Short Title:** H. v. Lemahieu

### Volumes

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Clerk's Records in: | 19 | | | 0 | Certified Copy(ies) | | | |
| Reporters Transcripts in: | 2 | | | | | | | |
| Bulky Documents in: | 0 | Envelopes | 1 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

Other:

Attn: Ellarene Pang-Sue

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

Box 1 of 3

April 1, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 355-7820

**RECEIVED**
CLERK U.S. DISTRICT COURT
APR 01 2008
DISTRICT OF HAWAII

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CV-00-00282-MLR
**Appeal Number:** 05-16236
**Short Title:** H. v. Lemahieu

### Volumes

| | | | | |
|---|---|---|---|---|
| Clerk's Records in: | 19 | | 0 | Certified Copy(ies) |
| Reporters Transcripts in: | 2 | | | |

Bulky Documents in:  0 Envelopes  1 Expandos  0 Folders  0 Boxes
                     0 Other

State Lodged Docs in: 0 Envelopes  0 Expandos  0 Folders  0 Boxes
                      0 Other

Other:

Attn Ellarene
Pang - Sue

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.



Box 2 of 3

April 1, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
### 95 SEVENTH STREET
### SAN FRANCISCO, CALIFORNIA 94103
(415) 355-7820

RECEIVED
CLERK U.S. DISTRICT COURT
APR 01 2008
DISTRICT OF HAWAII

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CV-00-00282-MLR
**Appeal Number:** 05-16236
**Short Title:** H. v. Lemahieu

### Volumes

| | | | |
|---|---|---|---|
| Clerk's Records in: | 19 | 0 | Certified Copy(ies) |
| Reporters Transcripts in: | 2 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Bulky Documents in: | 0 | Envelopes | 1 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

Other:

Attn: Ellarene Pang-Sue

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

Box 3 of 3

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: May 3, 2007

To: United States Court of Appeals    Attn: (✓)   Civil
      For the Ninth Circuit
      Office of the Clerk                ( )   Criminal
      95 Seventh Street
      San Francisco, California 94103    ( )   Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:    CV 00-00282MLR      Appeal No:   05-16236

Short Title:   H. vs. Lemahieu

Clerk's Files in    20̶ 19   volumes (✓) original ( ) certified copy    NO VOL. #3

Bulky docs              volumes (folders) docket #

Reporter's Transcripts   2   volumes (✓) original ( ) certified copy

Exhibits               volumes ( ) under seal

                       boxes ( ) under seal

Other: document #52
-certified copy of docket sheet
-sealed document nos:

Acknowledgment:   S-DNI 5            Date: _____

FILED MAY 0 7 2007 CATHY A. CATTERSON, CLERK U.S. COURT OF APPEALS

cc: counsel

2 of 3