# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 00-00282MLR-LEK |
| CASE NAME: | Mark H., et al Vs. Paul LeMahieu, et al. |
| ATTYS FOR PLA: | Stanley E. Levin, Keith Peck and Michael Livingston by Phone |
| ATTYS FOR DEFT: | John T. Komeiji , Greg M. Ushiroda and Holly Shikada |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Manuel L. Real | REPORTER: | Debra Chun |
| DATE: | 04/17/2008 | TIME: | 10:05am-l0:28am |

COURT ACTION:  EP: The Filing and the spreading of the Mandate from the 9th CCA- The Mandate from the 9th CCA was spread.  Each Plaintiff is to file an Amended Complaint due 45 Days from today's date.

Status Conference-

The following Deadlines and Dates as to the Final PreTrial Conference and Motions Deadlines have been set-

Discovery Cut off Date-7/11/2008.

Dispositive Motions are to be filed by 8/8/2008.  The Opposition Memorandum is to be filed by 9/5/2008 and the Reply Memorandum to be filed by 9/12/2008.

Court will review the filed Dispositive Motions and will notify the Parties when these Motions will be set for Hearing.

PreTrial Conference set for 10/23/2008 @l0:00 a.m. before this Court. Court will set a Trial Date at the PreTrial Conference Hearing Date.


Submitted by Leslie L. Sai, Courtroom Manager