ORIGINAL

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI      #2498-0
GREGG M. USHIRODA    #5868-0
GARY S. SUGANUMA     #6960-0
LEIGHTON M. HARA     #7826-0
ROSS T. SHINYAMA     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT      #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM      #2487-0
HOLLY T. SHIKADA     #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:   Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 12 2008
at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL LEMAHIEU, in his | CIVIL NO. CV00-00282 MLR/LEK<br>(Other Civil Matter)<br><br>CERTIFICATE OF SERVICE<br><br>(Custodian of Records for Straub Clinic & Hospital re: Michelle Horsley) |

official capacity as Superintendent of the Hawai`i Public Schools; ELSIE TANAKA, in her official capacity as Principal of Kipapa Elementary School; JUDITH SARAN-CHOCK, in her official capacity as Principal of Ala Wai Elementary School; PETER CHUN, in his official capacity as Principal of Hokulani Elementary School; HAROLDEEN WAKIDA, in her official capacity as Principal of Ali`iolani Elementary School; and DEPARTMENT OF EDUCATION, STATE OF HAWAI`I;

Defendants.

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the Notice of Taking Deposition Upon Written Questions (Custodian of Records for Straub Clinic & Hospital re: Michelle Horsley), dated May 9, 2008, will be duly served upon the following person(s) by U.S. Mail, postage prepaid on this date to their last known address.

STANLEY E. LEVIN, ESQ.
MICHAEL K. LIVINGSTON, ESQ.
851 Fort Street; Suite 400
Honolulu, HI 96813

Attorneys for Plaintiffs

DATED: Honolulu, Hawaii,     May 9, 2008     .

                                                 /s/
                                  JOHN T. KOMEIJI
                                  GREGG M. USHIRODA
                                  GARY S. SUGANUMA
                                  LEIGHTON M. HARA
                                  ROSS T. SHINYAMA

                                  MARK J. BENNETT
                                  GEORGE S.S. HOM
                                  HOLLY T. SHIKADA

                                  Attorneys for Defendants