ORIGINAL

```
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI      #2498-0
GREGG M. USHIRODA    #5868-0
GARY S. SUGANUMA     #6960-0
LEIGHTON M. HARA     #7826-0
ROSS T. SHINYAMA     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT      #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM      #2487-0
HOLLY T. SHIKADA     #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Holly.T.Shikada@hawaii.gov

Attorneys for Defendants
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 12 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>        Plaintiffs,<br><br>    vs.<br><br>PAUL LEMAHIEU, in his | CIVIL NO. CV00-00282 MLR/LEK<br>(Other Civil Matter)<br><br><br>CERTIFICATE OF SERVICE<br><br><br>(Custodian of Records for Straub Clinic & Hospital re: Natalie Horsley) |

official capacity as
Superintendent of the Hawai`i
Public Schools; ELSIE TANAKA,
in her official capacity as
Principal of Kipapa
Elementary School; JUDITH
SARAN-CHOCK, in her official
capacity as Principal of Ala
Wai Elementary School; PETER
CHUN, in his official
capacity as Principal of
Hokulani Elementary School;
HAROLDEEN WAKIDA, in her
official capacity as
Principal of Ali`iolani
Elementary School; and
DEPARTMENT OF EDUCATION,
STATE OF HAWAI`I;

      Defendants.

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the Notice of Taking Deposition Upon Written Questions (Custodian of Records for Straub Clinic & Hospital re: Natalie Horsley), dated __May 9, 2008__, will be duly served upon the following person(s) by U.S. Mail, postage prepaid on this date to their last known address.

      STANLEY E. LEVIN, ESQ.
      MICHAEL K. LIVINGSTON, ESQ.
      851 Fort Street; Suite 400
      Honolulu, HI  96813

      Attorneys for Plaintiffs

DATED: Honolulu, Hawaii,     May 9, 2008     .

                                                     */s/*
JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

3