ORIGINAL

```
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI      #2498-0
GREGG M. USHIRODA    #5868-0
GARY S. SUGANUMA     #6960-0
LEIGHTON M. HARA     #7826-0
ROSS T. SHINYAMA     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT      #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM      #2487-0
HOLLY T. SHIKADA     #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:   Holly.T.Shikada@hawaii.gov

Attorneys for Defendants
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 12 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL LEMAHIEU, in his | CIVIL NO. CV00-00282 MLR/LEK (Other Civil Matter)<br><br><br>CERTIFICATE OF SERVICE<br><br><br>(Custodian of Records for Care Hawaii, Inc. (Child and Adolescent Resources for |

| | |
|---|---|
| official capacity as Superintendent of the Hawai`i Public Schools; ELSIE TANAKA, in her official capacity as Principal of Kipapa Elementary School; JUDITH SARAN-CHOCK, in her official capacity as Principal of Ala Wai Elementary School; PETER CHUN, in his official capacity as Principal of Hokulani Elementary School; HAROLDEEN WAKIDA, in her official capacity as Principal of Ali`iolani Elementary School; and DEPARTMENT OF EDUCATION, STATE OF HAWAI`I;<br><br>    Defendants. | Education, Inc.) - SEED Program (Social and Educational Enhancement for Developmental Disabilities re: Natalie Horsley and Michelle Horsley) |

**CERTIFICATE OF SERVICE**

I HEREBY certify that a copy of the Notice of Taking Deposition Upon Written Questions (Custodian of Records for Care Hawaii, Inc. (Child and Adolescent Resources for Education, Inc.) - SEED Program (Social and Educational Enhancement for Developmental Disabilities re: Natalie Horsley and Michelle Horsley), dated __May 9, 2008__, will be duly served upon the following person(s) by U.S. Mail, postage prepaid on this date to their last known address.

2

```
            STANLEY E. LEVIN, ESQ.
            MICHAEL K. LIVINGSTON, ESQ.
            851 Fort Street; Suite 400
            Honolulu, HI  96813

            Attorneys for Plaintiffs


DATED: Honolulu, Hawaii,      May 9, 2008      .


                            _____
                            JOHN T. KOMEIJI
                            GREGG M. USHIRODA
                            GARY S. SUGANUMA
                            LEIGHTON M. HARA
                            ROSS T. SHINYAMA

                            MARK J. BENNETT
                            GEORGE S.S. HOM
                            HOLLY T. SHIKADA

                            Attorneys for Defendants
```