```
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI      #2498-0
GREGG M. USHIRODA    #5868-0
GARY S. SUGANUMA     #6960-0
LEIGHTON M. HARA     #7826-0
ROSS T. SHINYAMA     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT      #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM      #2487-0
HOLLY T. SHIKADA     #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Holly.T.Shikada@hawaii.gov

Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>          Plaintiffs,<br><br>     vs.<br><br>PAUL LEMAHIEU, in his | CIVIL NO. CV00-00282 MLR/LEK<br>(Other Civil Matter)<br><br><br>CERTIFICATE OF SERVICE<br><br><br>(Custodian of Records for State of Hawaii, Department of Health, Developmental |

| | |
|---|---|
| official capacity as Superintendent of the Hawai`i Public Schools; ELSIE TANAKA, in her official capacity as Principal of Kipapa Elementary School; JUDITH SARAN-CHOCK, in her official capacity as Principal of Ala Wai Elementary School; PETER CHUN, in his official capacity as Principal of Hokulani Elementary School; HAROLDEEN WAKIDA, in her official capacity as Principal of Ali`iolani Elementary School; and DEPARTMENT OF EDUCATION, STATE OF HAWAI`I;<br><br>    Defendants. | Disabilities Division re: Michelle Horsley) |

### CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the Notice of Taking Deposition Upon Written Questions, dated May 20, 2008, will be duly served upon the following person(s) by U.S. Mail, postage prepaid on this date to their last known address.

>STANLEY E. LEVIN, ESQ.
>MICHAEL K. LIVINGSTON, ESQ.
>851 Fort Street; Suite 400
>Honolulu, HI  96813
>
>    and
>
>KEITH H.S. PECK, ESQ.
>3360 Kamaaina Place
>Honolulu, Hawaii  96817
>
>Attorneys for Plaintiffs

2

DATED: Honolulu, Hawaii, \_\_\_\_May 20, 2008\_\_\_\_.

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants