400510
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI      #2498-0
GREGG M. USHIRODA    #5868-0
GARY S. SUGANUMA     #6960-0
LEIGHTON M. HARA     #7826-0
ROSS T. SHINYAMA     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT      #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM      #2487-0
HOLLY T. SHIKADA     #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>    Plaintiffs,<br><br>  vs. | CIVIL NO. CV00-00282 MLR/LEK (Other Civil Matter)<br><br>CERTIFICATE OF SERVICE RE: AMENDED NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS |

| | |
|---|---|
| PAUL LEMAHIEU, in his official capacity as Superintendent of the Hawai`i Public Schools; ELSIE TANAKA, in her official capacity as Principal of Kipapa Elementary School; JUDITH SARAN-CHOCK, in her official capacity as Principal of Ala Wai Elementary School; PETER CHUN, in his official capacity as Principal of Hokulani Elementary School; HAROLDEEN WAKIDA, in her official capacity as Principal of Ali`iolani Elementary School; and DEPARTMENT OF EDUCATION, STATE OF HAWAI`I;<br><br>    Defendants. | Custodian of Records for Douglas Houck, Ed.D.) |

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the Amended Notice of Taking Deposition Upon Written Questions, dated May 22, 2008, was duly served upon the following person(s) by mailing same on this date to their last known address.

I further certify that a copy of this Certificate of Service was duly served electronically through CM/ECF on the following person(s) to their last known address on May 22, 2008.

```
            STANLEY E. LEVIN, ESQ.
            MICHAEL K. LIVINGSTON, ESQ.
            851 Fort Street; Suite 400
            Honolulu, HI  96813

                       and


            KEITH H.S. PECK, ESQ.
            3360 Kamaaina Place
            Honolulu, Hawaii 96817


            Attorneys for Plaintiffs


DATED: Honolulu, Hawaii,    May 22, 2008   .
```

```
                      /s/ Gregg M. Ushiroda, Esq.
            JOHN T. KOMEIJI
            GREGG M. USHIRODA
            GARY S. SUGANUMA
            LEIGHTON M. HARA
            ROSS T. SHINYAMA

            MARK J. BENNETT
            GEORGE S.S. HOM
            HOLLY T. SHIKADA

            Attorneys for Defendants
```