*400510*

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI       #2498-0
GREGG M. USHIRODA     #5868-0
GARY S. SUGANUMA      #6960-0
LEIGHTON M. HARA      #7826-0
ROSS T. SHINYAMA      #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT       #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM       #2487-0
HOLLY T. SHIKADA      #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:   Holly.T.Shikada@hawaii.gov

Attorneys for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>　　　　　Plaintiffs,<br><br>　　vs. | CIVIL NO. CV00-00282 MLR/LEK (Other Civil Matter)<br><br>CERTIFICATE OF SERVICE RE: NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS<br><br>Custodian of Records for Beverly James) |

PAUL LEMAHIEU, in his
official capacity as
Superintendent of the Hawai`i
Public Schools; ELSIE TANAKA,
in her official capacity as
Principal of Kipapa
Elementary School; JUDITH
SARAN-CHOCK, in her official
capacity as Principal of Ala
Wai Elementary School; PETER
CHUN, in his official
capacity as Principal of
Hokulani Elementary School;
HAROLDEEN WAKIDA, in her
official capacity as
Principal of Ali`iolani
Elementary School; and
DEPARTMENT OF EDUCATION,
STATE OF HAWAI`I;

     Defendants.

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the Notice of Taking Deposition Upon Written Questions, dated May 23, 2008, was duly served upon the following person(s) by mailing same on this date to their last known address.

I further certify that a copy of this Certificate of Service was duly served electronically through CM/ECF on the following person(s) to their last known address on May 23, 2008.

STANLEY E. LEVIN, ESQ.
MICHAEL K. LIVINGSTON, ESQ.
851 Fort Street; Suite 400
Honolulu, HI  96813

                and


KEITH H.S. PECK, ESQ.
3360 Kamaaina Place
Honolulu, Hawaii 96817


Attorneys for Plaintiffs


DATED: Honolulu, Hawaii, _____ May 23, 2008   .

                    _____
                    JOHN T. KOMEIJI
                    GREGG M. USHIRODA
                    GARY S. SUGANUMA
                    LEIGHTON M. HARA
                    ROSS T. SHINYAMA

                    MARK J. BENNETT
                    GEORGE S.S. HOM
                    HOLLY T. SHIKADA

                    Attorneys for Defendants