400510

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

| | |
|---|---|
| JOHN T. KOMEIJI | #2498-0 |
| GREGG M. USHIRODA | #5868-0 |
| GARY S. SUGANUMA | #6960-0 |
| LEIGHTON M. HARA | #7826-0 |
| ROSS T. SHINYAMA | #8830-0 |

First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT     #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM     #2487-0
HOLLY T. SHIKADA     #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:   Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>          Plaintiffs,<br><br>     vs. | CIVIL NO. CV00-00282 MLR/LEK (Other Civil Matter)<br><br>CERTIFICATE OF SERVICE RE: NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS<br><br>Custodian of Records for Jay Lucker) |

PAUL LEMAHIEU, in his
official capacity as
Superintendent of the Hawai`i
Public Schools; ELSIE TANAKA,
in her official capacity as
Principal of Kipapa
Elementary School; JUDITH
SARAN-CHOCK, in her official
capacity as Principal of Ala
Wai Elementary School; PETER
CHUN, in his official
capacity as Principal of
Hokulani Elementary School;
HAROLDEEN WAKIDA, in her
official capacity as
Principal of Ali`iolani
Elementary School; and
DEPARTMENT OF EDUCATION,
STATE OF HAWAI`I;

        Defendants.

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the Notice of Taking
Deposition Upon Written Questions, dated May 23, 2008, was
duly served upon the following person(s) by mailing same on
this date to their last known address.

I further certify that a copy of this Certificate of
Service was duly served electronically through CM/ECF on
the following person(s) to their last known address on May
23, 2008.

2

```
          STANLEY E. LEVIN, ESQ.
          MICHAEL K. LIVINGSTON, ESQ.
          851 Fort Street; Suite 400
          Honolulu, HI  96813

               and


          KEITH H.S. PECK, ESQ.
          3360 Kamaaina Place
          Honolulu, Hawaii 96817


          Attorneys for Plaintiffs


DATED: Honolulu, Hawaii, _____ May 23, 2008   .
```

JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants