*400510*
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

| | |
|---|---|
| JOHN T. KOMEIJI | #2498-0 |
| GREGG M. USHIRODA | #5868-0 |
| GARY S. SUGANUMA | #6960-0 |
| LEIGHTON M. HARA | #7826-0 |
| ROSS T. SHINYAMA | #8830-0 |

First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT     #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM     #2487-0
HOLLY T. SHIKADA    #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Holly.T.Shikada@hawaii.gov

Attorneys for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>           Plaintiffs,<br><br>     vs. | CIVIL NO. CV00-00282 MLR/LEK (Other Civil Matter)<br><br>CERTIFICATE OF SERVICE RE: SECOND AMENDED NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS<br><br>Custodian of Records for |

| | |
|---|---|
| PAUL LEMAHIEU, in his official capacity as Superintendent of the Hawai`i Public Schools; ELSIE TANAKA, in her official capacity as Principal of Kipapa Elementary School; JUDITH SARAN-CHOCK, in her official capacity as Principal of Ala Wai Elementary School; PETER CHUN, in his official capacity as Principal of Hokulani Elementary School; HAROLDEEN WAKIDA, in her official capacity as Principal of Ali`iolani Elementary School; and DEPARTMENT OF EDUCATION, STATE OF HAWAI`I;<br><br>   Defendants. | Douglas Houck, Ed.D.) |

## **CERTIFICATE OF SERVICE**

I HEREBY certify that a copy of the Second Amended Notice of Taking Deposition Upon Written Questions, dated May 28, 2008, was duly served upon the following person(s) by mailing same on this date to their last known address.

I further certify that a copy of this Certificate of Service will be duly served electronically through CM/ECF on the following person(s) to their last known address on May 28, 2008.

STANLEY E. LEVIN, ESQ.
MICHAEL K. LIVINGSTON, ESQ.
851 Fort Street; Suite 400
Honolulu, HI  96813

and

KEITH H.S. PECK, ESQ.
3360 Kamaaina Place
Honolulu, Hawaii 96817


Attorneys for Plaintiffs


DATED: Honolulu, Hawaii,  _____May 28, 2008_____ .


      __/s/ Gregg M. Ushiroda, Esq.__
      JOHN T. KOMEIJI
      GREGG M. USHIRODA
      GARY S. SUGANUMA
      LEIGHTON M. HARA
      ROSS T. SHINYAMA

      MARK J. BENNETT
      GEORGE S.S. HOM
      HOLLY T. SHIKADA