WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI        #2498-0
GREGG M. USHIRODA      #5868-0
GARY S. SUGANUMA       #6960-0
LEIGHTON M. HARA       #7826-0
ROSS T. SHINYAMA       #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT        #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM        #2487-0
HOLLY T. SHIKADA       #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Holly.T.Shikada@hawaii.gov

Attorneys for Defendants


                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF HAWAI`I


| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>PAUL LEMAHIEU, in his official capacity as Superintendent of the Hawai`i Public Schools; ELSIE TANAKA, in her official capacity as | CIVIL NO. CV 00-00282 MLR-LEK<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE: NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION<br><br><br><br>Douglas W. Houck, Ed.D.<br>Daniel B. LeGoff, Ph.D.<br>Jay R. Lucker, Ed.D., CCC-A/SLP, FAAA |

```
Principal of Kipapa            )
Elementary School; JUDITH      )
SARAN-CHOCK, in her official   )
capacity as Principal of Ala   )
Wai Elementary School; PETER   )
CHUN, in his official          )
capacity as Principal of       )
Hokulani Elementary School;    )
HAROLDEEN WAKIDA, in her       )
official capacity as           )
Principal of Ali`iolani        )
Elementary School; and         )
DEPARTMENT OF EDUCATION,       )
STATE OF HAWAI`I;              )
                               )
          Defendants.          )
_____)
```

## CERTIFICATE OF SERVICE RE:
## NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION

I hereby certify that a copy of the Notice of Taking Depositions Upon Oral Examination, dated May 29, 2008, was duly served on the following attorneys by mailing same on this date to their last known address.

I further certify that a copy of the Certificate of Service R: Notice of Taking Depositions Upon Oral Examination, dated May 29, 2008, was duly served electronically through CM/ECF on the following attorneys to their last known address on May 29, 2008:

      STANLEY E. LEVIN, ESQ.
      MICHAEL K. LIVINGSTON, ESQ.
      851 Fort Street; Suite 400
      Honolulu, HI  96813

            and

**KEITH H.S. PECK, ESQ.**
3360 Kamaaina Place
Honolulu, Hawaii  96817

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, May 29, 2008.

                        /s/ Gregg M. Ushiroda
                        JOHN T. KOMEIJI
                        GREGG M. USHIRODA
                        GARY S. SUGANUMA
                        LEIGHTON M. HARA
                        ROSS T. SHINYAMA

                        MARK J. BENNETT
                        GEORGE S.S. HOM
                        HOLLY T. SHIKADA

                        Attorneys for Defendants

---

Mark H., et al., Plaintiffs vs. PAUL LeMAHIEU, in his official capacity as Superintendent of the Hawai`i Public Schools, et al., Defendants; Civil No.: CV00-000282 MLR-LEK; Certificate of Service