# MINUTES

CASE NUMBER:    CIVIL NO. 00-00282MLR-BMK
                CIVIL NO. 00-00282MLR-LEK
                CIVIL NO. 00-00338MLR-LEK

CASE NAME:      Patricia N., et al. Vs. Paul LeMahieu, et al.
                Mark H., et al. Vs. Paul LeMahieu, et al.
                Stephen L., et al. Vs. Pau LeMahieu, et al.

ATTYS FOR PLA:  Stanley E. Levin

ATTYS FOR DEFT: John T. Komeiji
                Gregg M. Ushiroda

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi        REPORTER:    Courtroom 7-No
                                                  Record

DATE:     06/02/2008                 TIME:        10:15-10:40

---

COURT ACTION:  EP: Discovery Conference held.  All parties participated by phone.
Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager