# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 00-00252MLR-BMK<br>CIVIL NO. 00-00282MLR-LEK<br>CIVIL NO. 00-00338MLR-LEK |
| CASE NAME: | Patricia N., et al. Vs. Paul LeMahieu, et al.<br>Mark H., et al. Vs. Paul LeMahieu, et al.<br>Stephen L., et al. Vs. Pau LeMahieu, et al. |
| ATTYS FOR PLA: | Stanley E. Levin |
| ATTYS FOR DEFT: | John T. Komeiji<br>Gregg M. Ushiroda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 06/02/2008 | TIME: | 10:15-10:40 |

COURT ACTION: EP: Discovery Conference held. All parties participated by phone. Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager