# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 00-00282MLR-LEK |
| CASE NAME: | Mark H., etc., et al. Vs. Superintendent Patricia Hamamoto, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 06/04/2008 | TIME: | |

COURT ACTION:  EO: New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Jury trial on **Monday, March 16, 2009 at 9:00 a.m.** before MLR
2. Final Pretrial Conference on **Friday, February 13, 2009 at 9:00 a.m.** before MLR
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by **February 6, 2009**
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by December 17, 2008
7. File Dispositive Motions by **November 28, 2008**
8a. File Motions in Limine by February 24, 2009
8b. File opposition memo to a Motion in Limine by March 3, 2009
11a. Plaintiff's Expert Witness Disclosures by **N/A (see Court's Minute Order)**
11b. Defendant's Expert Witness Disclosures by **N/A (see Court's Minute Order)**
12. Discovery deadline **October 30, 2008**
13. Settlement Conference set for on call before LEK
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by March 3, 2009
21. File Final witness list by February 24, 2009
24. Exchange Exhibit and Demonstrative aids by February 17, 2009
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by February 24, 2009
26. File objections to the Exhibits by March 3, 2009
28a. File Deposition Excerpt Designations by February 24, 2009
28b. File Deposition Counter Designations and Objections by March 3, 2009

29. File Trial Brief by March 3, 2009
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 00-00282MLR-LEK;
Mark H., etc., et al. Vs. Superintendent Patricia Hamamoto, et al.;
Rule 16 Scheduling Conference Minutes
06/04/2008