| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| WATANABE ING & KOMEIJI, L.L.P.<br>999 Bishop Street, 23rd Floor<br>Honolulu, HI 96813<br>Telephone No: 808-544-8300    FAX No: 808-544-8399 | |
| Attorney for: Plaintiff | Ref. No. or File No.: |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA |
| Plaintiff: MARK H. AND RIE H., |
| Defendant: LEMAHIEU, et al. |

| **AFFIDAVIT OF SERVICE**<br>Subpoena in a Civil Case | Hearing Date:<br>Tue, May. 20, 2008 | Time:<br>10:00AM | Dept/Div: | Case Number:<br>CV00-00282 MLR-LEK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA IN A CIVIL CASE NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINIATIONS

3. a. Party served:    LORETTA M. LUKENS, M.N., C.R.R.N.

4. Address where the party was served:    29 West Rhea Road
   Tempe, AZ 85284

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 16, 2008 (2) at: 4:30PM
   b. I received this subpena for service on:    Friday, May 16, 2008

6. Witness fees were not demanded or paid.

7. **Person Who Served Papers:**    Fee for Service:    $195.75
   a. Mark Hamilton
   b. **CLSS - NationWide Service Center (NWSC)**
      2522 Lower Mason Creek Road
      Bandera, TX 78003
   c. (800) 899-2577, FAX (800) 998-2577

8. I declare under penalty of perjury under the laws of the State of Arizona and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE
Subpoena in a Civil Case

(Mark Hamilton)

5448300.55508

HID Form 88 (Rev. 10/07) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

MARK H. and RIE H. Individually and as Guardians
Ad Litem of MICHELLE H. and NATALIE H., minors

V.

PAUL LeMAHIEU, in his official capacity as
Superintendent of the Hawaii Public Schools, et al.

**SUBPOENA IN A CIVIL CASE**[1]

Case Number:[2] CV00-00282 MLR/LEK

(Pending in the District of Hawaii)

TO: Custodian of Records, Loretta Lukens, M.N., R.N., C.R.R.N.
29 West Rhea Road
Tempe, AZ 85284
Tel: (480) 839-0799

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHMENT "A"

| PLACE | DATE AND TIME |
|---|---|
| 29 West Rhea Road, Tempe, AZ 85284 | 5/20/08 at 10:00 A.M. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]   Attorney for Defendants | 5/15/08 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Gregg M. Ushiroda, Esq., Watanabe Ing & Komeiji LLP, 999 Bishop Street, Hon., HI 96813, Tel: (808) 544-8306

---

[1] This subpoena is invalid, & imposes no duty on the person served to appear anywhere, if it was not served together with the fees for one day's attendance and mileage. Further, this subpoena imposes no duty on anyone to produce documents or things at his/her own expense.

[2] If action is pending in district other than district of issuance, state district under case number.

## ATTACHMENT "A"
### TO SUBPOENA IN A CIVIL CASE

### Documents to be Produced:

1. Any and all documents relating to the above-captioned case including but not limited to all emails, correspondence, memoranda, records, photographs and/or videotapes.

2. Any and all materials which you relied on in formulating your opinions, including but not limited to all publications, treatises, memoranda, videotapes, statistics, and charts.

3. Any and all calculations you conducted.

4. Any and all documents and materials which you reviewed in reaching your opinions.

5. Any written opinions or reports rendered in the above-captioned case.

6. Any and all documents reflecting or showing the amount of time spent on this case including but not limited to time logs and/or time sheets reflecting the time worked as well as invoices and bills for services rendered in the above-captioned case.