OF COUNSEL:
DAVIS LEVIN LIVINGSTON

STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON     4161-0
ANNE L. WILLIAMS          1662-0
851 Fort Street Mall, Suite 400
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802

KEITH H.S. PECK           6825-0
PECK & ASSOCIATES
3360 Kamaaina Place
Honolulu, Hawaii 96817
Telephone: (808) 537-4003
Fax: (808) 537-3110

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 03 2008

at 11 o'clock and 10 min A. M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>        Plaintiffs,<br><br>  vs.<br><br>PAUL LEMAHIEU, ET AL.,<br><br>        Defendants. | CIVIL No. CV 00-00282 MLR (Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' FIFTH REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF EDUCATION |

CERTIFICATE OF SERVICE RE: PLAINTIFFS'
FIFTH REQUEST FOR ADMISSIONS TO
DEFENDANT DEPARTMENT OF EDUCATION

I HEREBY CERTIFY that on June 2, 2008, a copy of PLAINTIFFS' FIFTH

REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF

EDUCATION was duly hand delivered upon the following parties:

> Holly T. Shikada, Esq.
> Deputy Attorney General
> 235 S. Beretania Street, Room 304
> Honolulu, Hawaii 96813
>
> Gregg M. Ushiroda, Esq.
> Daniel K. Obuhanych
> Leighton M. Hara, Esq.
> First Hawaiian Center, 23rd Fl.
> 999 Bishop Street
> Honolulu, Hawaii 96813
>
> Attorneys for Defendants

DATED: Honolulu, Hawaii, June 2, 2008.

_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
ANNE L. WILLIAMS
KEITH H.S. PECK

Attorneys for Plaintiffs