OF COUNSEL:
DAVIS LEVIN LIVINGSTON

| | |
|---|---|
| STANLEY E. LEVIN | 1152-0 |
| MICHAEL K. LIVINGSTON | 4161-0 |
| ANNE L. WILLIAMS | 1662-0 |

851 Fort Street Mall, Suite 400
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802

KEITH H.S. PECK          6825-0
PECK & ASSOCIATES
3360 Kamaaina Place
Honolulu, Hawaii 96817
Telephone: (808) 537-4003
Fax: (808) 537-3110

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>             Plaintiffs,<br><br>vs.<br><br>PAUL LEMAHIEU, ET AL.,<br><br>             Defendants. | CIVIL NO. CV 00-00282 MLR<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' NOTICE OF TAKING RULE 30(b)(6) ORAL DEPOSITION OF DEPARTMENT OF EDUCATION; EXHIBIT "A"<br><br>[RE: MICHELLE H.] |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 03 2008
at 11 o'clock and 10 min A M
SUE BEITIA, CLERK

CERTIFICATE OF SERVICE RE: PLAINTIFFS'
NOTICE OF TAKING RULE 30(b)(6) ORAL DEPOSITION
OF DEPARTMENT OF EDUCATION [RE: MICHELLE H.]

I HEREBY CERTIFY that on June 2, 2008, a copy of PLAINTIFFS' NOTICE OF TAKING RULE 30(b)(6) ORAL DEPOSITION OF DEPARTMENT OF EDUCATION; EXHIBIT "A" [RE: MICHELLE H.] was duly hand delivered upon the following parties:

>   Holly T. Shikada, Esq.
>   Deputy Attorney General
>   235 S. Beretania Street, Room 304
>   Honolulu, Hawaii 96813
>
>   Gregg M. Ushiroda, Esq.
>   Daniel K. Obuhanych
>   Leighton M. Hara, Esq.
>   First Hawaiian Center, 23rd Fl.
>   999 Bishop Street
>   Honolulu, Hawaii 96813
>
>   Attorneys for Defendants

DATED: Honolulu, Hawaii, June 2, 2008.

>   _____
>   STANLEY E. LEVIN
>   MICHAEL K. LIVINGSTON
>   ANNE L. WILLIAMS
>   KEITH H.S. PECK
>
>   Attorneys for Plaintiffs