OF COUNSEL:
DAVIS LEVIN LIVINGSTON

STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON     4161-0
ANNE L. WILLIAMS          1662-0
851 Fort Street Mall, Suite 400
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802

KEITH H.S. PECK           6825-0
PECK & ASSOCIATES
3360 Kamaaina Place
Honolulu, Hawaii 96817
Telephone: (808) 537-4003
Fax: (808) 537-3110

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors, <br><br> Plaintiffs, <br><br> vs. <br><br> PAUL LEMAHIEU, ET AL., <br><br> Defendants. | CIVIL NO. CV 00-00282 MLR (Other Civil Action) <br><br> CERTIFICATE OF SERVICE RE: PLAINTIFFS' NOTICE OF TAKING RULE 30(b)(6) ORAL DEPOSITION OF DEPARTMENT OF EDUCATION; EXHIBIT "A" <br><br> [RE: NATALIE H.] |

CERTIFICATE OF SERVICE RE: PLAINTIFFS'
NOTICE OF TAKING RULE 30(b)(6) ORAL DEPOSITION
OF DEPARTMENT OF EDUCATION [RE: NATALIE H.]

I HEREBY CERTIFY that on June 2, 2008, a copy of PLAINTIFFS' NOTICE OF TAKING RULE 30(b)(6) ORAL DEPOSITION OF DEPARTMENT OF EDUCATION; EXHIBIT "A" [RE: NATALIE H.] was duly hand delivered upon the following parties:

> Holly T. Shikada, Esq.
> Deputy Attorney General
> 235 S. Beretania Street, Room 304
> Honolulu, Hawaii 96813
>
> Gregg M. Ushiroda, Esq.
> Daniel K. Obuhanych
> Leighton M. Hara, Esq.
> First Hawaiian Center, 23rd Fl.
> 999 Bishop Street
> Honolulu, Hawaii 96813
>
> Attorneys for Defendants

DATED: Honolulu, Hawaii, June 2, 2008.

_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
ANNE L. WILLIAMS
KEITH H.S. PECK

Attorneys for Plaintiffs