```
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI      #2498-0
GREGG M. USHIRODA    #5868-0
GARY S. SUGANUMA     #6960-0
LEIGHTON M. HARA     #7826-0
ROSS T. SHINYAMA     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT      #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM      #2487-0
HOLLY T. SHIKADA     #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:   Holly.T.Shikada@hawaii.gov

Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>            Plaintiffs,<br><br>    vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; | CIVIL NO. CV 00-00282 MLR<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE:<br>NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br><br>John Candon, CPA |

| | |
|---|---|
| DEPARTMENT OF EDUCATION, STATE OF HAWAII; | ) ) ) |
| Defendants. | ) ) ) |

## CERTIFICATE OF SERVICE RE: NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

I hereby certify that a copy of the Notice of Taking Deposition Upon Oral Examination (Re: John Candon, CPA), dated June 17, 2008, was duly served on the following attorneys by mailing same on this date to their last known address.

I further certify that a copy of the Certificate of Service Re: Notice of Taking Depositions Upon Oral Examination, dated June 17, 2008, was duly served electronically through CM/ECF on the following attorneys to their last known address on June 17, 2008:

>STANLEY E. LEVIN, ESQ.
>MICHAEL K. LIVINGSTON, ESQ.
>ANNE L. WILLIAMS, ESQ.
>SUSAN K. DORSEY, ESQ.
>851 Fort Street; Suite 400
>Honolulu, HI  96813
>
>            and

**KEITH H.S. PECK, ESQ.**
3360 Kamaaina Place
Honolulu, Hawaii  96817

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, June 17, 2008.

    /s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

---

Mark H., et al., Plaintiffs vs. PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education, et al., Defendants; Civil No.: CV00-000282 MLR; Certificate of Service