WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

**JOHN T. KOMEIJI**     #2498-0
**GREGG M. USHIRODA**   #5868-0
**GARY S. SUGANUMA**    #6960-0
**LEIGHTON M. HARA**    #7826-0
**ROSS T. SHINYAMA**    #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT     #2672-0
Attorney General of Hawai`i

**GEORGE S.S. HOM**     #2487-0
**HOLLY T. SHIKADA**    #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors, <br><br> Plaintiffs, <br><br> vs. <br><br> PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; | CIVIL NO. CV 00-00282 MLR <br> (Other Civil Action) <br><br> CERTIFICATE OF SERVICE RE: <br> NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION <br><br><br> Beverly James |

```
DEPARTMENT OF EDUCATION,      )
STATE OF HAWAII;              )
                              )
          Defendants.         )
_____)
```

## CERTIFICATE OF SERVICE RE:
## NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

I hereby certify that a copy of the Notice of Taking Deposition Upon Oral Examination (Re: Beverly James), dated June 18, 2008, was duly served on the following attorneys by mailing same on this date to their last known address.

I further certify that a copy of the Certificate of Service Re: Amended Notice of Taking Depositions Upon Oral Examination (Re: Beverly James), dated June 18, 2008, was duly served electronically through CM/ECF on the following attorneys to their last known address on June 18, 2008:

>**STANLEY E. LEVIN, ESQ.**
>**MICHAEL K. LIVINGSTON, ESQ.**
>**ANNE L. WILLIAMS, ESQ.**
>**SUSAN K. DORSEY, ESQ.**
>851 Fort Street; Suite 400
>Honolulu, HI  96813
>
>           and

KEITH H.S. PECK, ESQ.
3360 Kamaaina Place
Honolulu, Hawaii  96817

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, June 18, 2008.


    /s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

---

Mark H., et al., Plaintiffs vs. PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education, et al., Defendants; Civil No.: CV00-000282 MLR; Certificate of Service