OF COUNSEL:
DAVIS LEVIN LIVINGSTON

STANLEY E. LEVIN            1152-0
MICHAEL K. LIVINGSTON   4161-0
ANNE L. WILLIAMS          1662-0
851 Fort Street Mall, Suite 400
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802

KEITH H.S. PECK            6825-0
PECK & ASSOCIATES
3360 Kamaaina Place
Honolulu, Hawaii 96817
Telephone: (808) 537-4003
Fax: (808) 537-3110

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>        Plaintiffs,<br><br>  vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII<br><br>        Defendants. | CIVIL NO. CV 00-00282 MLR/LEK (Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DEPARTMENT OF EDUCATION |

CERTIFICATE OF SERVICE RE: PLAINTIFFS'
SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS
<u>TO DEFENDANT DEPARTMENT OF EDUCATION</u>

I HEREBY CERTIFY that on May 22, 2008, a copy of PLAINTIFFS' SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DEPARTMENT OF EDUCATION was duly hand delivered upon the following parties:

>Holly T. Shikada, Esq.
>Deputy Attorney General
>235 S. Beretania Street, Room 304
>Honolulu, Hawaii  96813
>
>Gregg M. Ushiroda, Esq.
>Daniel K. Obuhanych
>Leighton M. Hara, Esq.
>First Hawaiian Center, 23rd Fl.
>999 Bishop Street
>Honolulu, Hawaii 96813
>
>Attorneys for Defendants

DATED:  Honolulu, Hawaii, June 18, 2008.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
ANNE L. WILLIAMS
KEITH H.S. PECK

Attorneys for Plaintiffs

2