OF COUNSEL:
DAVIS LEVIN LIVINGSTON

| | |
|---|---|
| STANLEY E. LEVIN | 1152-0 |
| MICHAEL K. LIVINGSTON | 4161-0 |
| ANNE L. WILLIAMS | 1662-0 |

851 Fort Street Mall, Suite 400
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802

KEITH H.S. PECK            6825-0
PECK & ASSOCIATES
3360 Kamaaina Place
Honolulu, Hawaii 96817
Telephone: (808) 537-4003
Fax: (808) 537-3110

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>Plaintiffs,<br><br>vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII<br><br>Defendants. | CIVIL NO. CV 00-00282 MLR/LEK (Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' AMENDED NOTICE OF TAKING 30(b)(6) ORAL DEPOSITION OF DEFENDANT DEPARTMENT OF EDUCATION<br><br>[MICHELLE H.] |

CERTIFICATE OF SERVICE RE: PLAINTIFFS' AMENDED
NOTICE OF TAKING RULE 30(b)(6) ORAL DEPOSITION
<u>OF DEFENDANT DEPARTMENT OF EDUCATION</u>

I HEREBY CERTIFY that on June 19, 2008, a copy of PLAINTIFFS' AMENDED NOTICE OF TAKING RULE 30(b)(6) ORAL DEPOSITION OF DEFENDANT DEPARTMENT OF EDUCATION was duly mailed, postage prepaid to the following:

> JOHN T. KOMEIJI, ESQ.
> GREGG M. USHIRODA, ESQ.
> First Hawaiian Center
> 999 Bishop Street, 23rd Floor
> Honolulu, Hawaii 96813
> Attorneys for Defendants
>
> HOLLY T. SHIKADA, ESQ.
> Deputy Attorney General
> 235 S. Beretania Street, Room 304
> Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii, June 19, 2008.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
ANNE L. WILLIAMS

Attorneys for Plaintiffs

2