IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>    Plaintiffs,<br><br>  vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII;<br><br>    Defendants. | CIVIL NO. CV 00-00282 MLR (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of xxx, was duly served electronically through CM/ECF on the following attorneys to their last known address on June 23, 2008:

    **STANLEY E. LEVIN, ESQ.**
    **MICHAEL K. LIVINGSTON, ESQ.**
    **ANNE L. WILLIAMS, ESQ.**
    **SUSAN K. DORSEY, ESQ.**
    851 Fort Street; Suite 400
    Honolulu, HI  96813

            and

**KEITH H.S. PECK, ESQ.**
3360 Kamaaina Place
Honolulu, Hawaii  96817

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, June 23, 2008.

    /s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

---

Mark H., et al., Plaintiffs vs. PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education, et al., Defendants; Civil No.: CV00-000282 MLR; Certificate of Service