401241.1

**WATANABE ING & KOMEIJI LLP**
A Limited Liability Law Partnership

| | |
|---|---|
| **JOHN T. KOMEIJI** | #2498-0 |
| **GREGG M. USHIRODA** | #5868-0 |
| **GARY S. SUGANUMA** | #6960-0 |
| **LEIGHTON M. HARA** | #7826-0 |
| **ROSS T. SHINYAMA** | #8830-0 |

First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com


**MARK J. BENNETT**    #2672-0
Attorney General of Hawai`i

**GEORGE S.S. HOM**    #2487-0
**HOLLY T. SHIKADA**    #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:   Holly.T.Shikada@hawaii.gov

Attorneys for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I


| | | |
|---|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors, | ) ) ) ) ) | CIVIL NO. CV 00-00282 MLR (Other Civil Action) |
| Plaintiffs, | ) ) ) | **CERTIFICATE OF SERVICE** |
| vs. | ) ) ) ) | **(Re: DEFENDANT DEPARTMENT OF EDUCATION'S RESPONSE TO PLAINTIFFS' SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DEPARTMENT OF EDUCATION)** |
| PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; | ) ) ) ) ) | |

```
DEPARTMENT OF·EDUCATION,        )
STATE OF HAWAII,                )
                               )
         Defendants.           )
_____)
```

## CERTIFICATE OF SERVICE

I hereby certify that **two** copies of DEFENDANT DEPARTMENT OF EDUCATION'S RESPONSE TO PLAINTIFFS' SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DEPARTMENT OF EDUCATION, dated June 23, 2008, were duly served on the following attorneys by hand-delivery and U.S. Mail on this date to their last known address:

**STANLEY E. LEVIN, ESQ.**          (Hand-Delivery)
**MICHAEL K. LIVINGSTON, ESQ.**
851 Fort Street; Suite 400
Honolulu, HI   96813

          and

**KEITH H.S. PECK, ESQ.**           (U.S. Mail)
3360 Kamaaina Place
Honolulu, Hawaii   96817

Attorneys for Plaintiffs

I further certify that a copy of the CERTIFICATE OF SERVICE RE: DEFENDANT DEPARTMENT OF EDUCATION'S RESPONSE TO PLAINTIFFS' SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DEPARTMENT OF EDUCATION, dated June 23, 2008, was duly served electronically through CM/ECF on the following attorneys to their last known address on June 23, 2008:

DATED:   Honolulu, Hawaii, June 23, 2008.


                          /s/ Gregg M. Ushiroda
                          JOHN T. KOMEIJI
                          GREGG M. USHIRODA
                          GARY S. SUGANUMA
                          LEIGHTON M. HARA
                          ROSS T. SHINYAMA

                          MARK J. BENNETT
                          GEORGE S.S. HOM
                          HOLLY T. SHIKADA

                          Attorneys for Defendants

Mark H., et al., Plaintiffs vs. PAUL LeMAHIEU, in his official
capacity as Superintendent of the Hawai`i Public Schools, et al.,
Defendants; Civil No.: CV00-000282 MLR; Certificate of Service