WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI        #2498-0
GREGG M. USHIRODA      #5868-0
GARY S. SUGANUMA       #6960-0
LEIGHTON M. HARA       #7826-0
ROSS T. SHINYAMA       #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT        #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM        #2487-0
HOLLY T. SHIKADA       #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>    Plaintiffs,<br><br>  vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; | CIVIL NO. CV 00-00282 MLR (Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE: SECOND AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>Douglas W. Houck, Ed.D. |

|  |  |
|---|---|
| DEPARTMENT OF EDUCATION, <br> STATE OF HAWAII; <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE RE: <br> NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

I hereby certify that a copy of the Second Amended Notice of Taking Deposition Upon Oral Examination (Re: Douglas W. Houck, Ed.D.), dated July 1, 2008, was duly served on the following attorneys by hand-delivering and/or mailing same on this date to their last known address.

I further certify that a copy of the Certificate of Service Re: Second Amended Notice of Taking Depositions Upon Oral Examination (Re: Douglas W. Houck, Ed.D.), dated July 1, 2008, was duly served electronically through CM/ECF on the following attorneys to their last known address on July 1, 2008:

> **STANLEY E. LEVIN, ESQ.**           ("via Hand-Delivery")
> **MICHAEL K. LIVINGSTON, ESQ.**
> **ANNE L. WILLIAMS, ESQ.**
> **SUSAN K. DORSEY, ESQ.**
> 851 Fort Street; Suite 400
> Honolulu, HI   96813
>
>             and

```
KEITH H.S. PECK, ESQ.              ("via U.S. Mail")
3360 Kamaaina Place
Honolulu, Hawaii  96817

Attorneys for Plaintiffs
```

DATED:  Honolulu, Hawaii, July 1, 2008.

```
                              /s/ Gregg M. Ushiroda
                              JOHN T. KOMEIJI
                              GREGG M. USHIRODA
                              GARY S. SUGANUMA
                              LEIGHTON M. HARA
                              ROSS T. SHINYAMA

                              MARK J. BENNETT
                              GEORGE S.S. HOM
                              HOLLY T. SHIKADA

                              Attorneys for Defendants
```

Mark H., et al., Plaintiffs vs. PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education, et al., Defendants; Civil No.: CV00-000282 MLR; Certificate of Service

- 3 -