WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

| | |
|---|---|
| **JOHN T. KOMEIJI** | #2498-0 |
| **GREGG M. USHIRODA** | #5868-0 |
| **GARY S. SUGANUMA** | #6960-0 |
| **LEIGHTON M. HARA** | #7826-0 |
| **ROSS T. SHINYAMA** | #8830-0 |

First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT    #2672-0
Attorney General of Hawai`i

**GEORGE S.S. HOM**    #2487-0
**HOLLY T. SHIKADA**    #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:   Holly.T.Shikada@hawaii.gov

Attorneys for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>        Plaintiffs,<br><br>   vs.<br><br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; | CIVIL NO. CV 00-00282 MLR (Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE: AMENDED NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION<br><br><br><br>Daniel B. LeGoff, Ph.D.<br>Jay R. Lucker, Ed.D., CCC-A/SLP, FAAA |

```
DEPARTMENT OF EDUCATION,      )
STATE OF HAWAII;              )
                              )
          Defendants.         )
                              )
_____)
```

### CERTIFICATE OF SERVICE RE: AMENDED
### NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION

I hereby certify that a copy of the Amended Notice of Taking Depositions Upon Oral Examination (Re: Daniel B. LeGoff, Ph.D. and Jay R. Lucker, Ed.D., CCC-A/SLP, FAAA), dated July 1, 2008, was duly served on the following attorneys by hand-delivering and/or mailing same on this date to their last known address.

I further certify that a copy of the Certificate of Service Re: Amended Notice of Taking Depositions Upon Oral Examination, dated July 1, 2008, was duly served electronically through CM/ECF on the following attorneys to their last known address on July 1, 2008:

> **STANLEY E. LEVIN, ESQ.**          ("via Hand-Delivery")
> **MICHAEL K. LIVINGSTON, ESQ.**
> 851 Fort Street; Suite 400
> Honolulu, HI  96813
>
>          and

**KEITH H.S. PECK, ESQ.**   ("via U.S. Mail")
3360 Kamaaina Place
Honolulu, Hawaii  96817

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, July 1, 2008.

/s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

---

Mark H., et al., Plaintiffs vs. PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education, et al., Defendants; Civil No.: CV00-000282 MLR; Certificate of Service