401968.1
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI      #2498-0
GREGG M. USHIRODA    #5868-0
GARY S. SUGANUMA     #6960-0
LEIGHTON M. HARA     #7826-0
ROSS T. SHINYAMA     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT      #2672-0
Attorney General of Hawai`I

GEORGE S.S. HOM      #2487-0
HOLLY T. SHIKADA     #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`I
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:   Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>   Plaintiffs,<br><br>   vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, | CIVIL NO. CV 00-00282 MLR (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br>**(Re: DEFENDANT DEPARTMENT OF EDUCATION'S RESPONSE TO PLAINTIFFS' FIFTH REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF EDUCATION)** |

```
STATE OF HAWAII;                )
                                )
        Defendants.             )
_____  )
```

### CERTIFICATE OF SERVICE

I hereby certify that **two** copies of DEFENDANT DEPARTMENT OF EDUCATION'S RESPONSE TO PLAINTIFFS' FIFTH REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF EDUCATION, dated July 2, 2008, was duly served on the following attorneys by hand-delivery and U.S. Mail on this date to their last known address:

> **STANLEY E. LEVIN, ESQ.**
> **MICHAEL K. LIVINGSTON, ESQ.**
> 851 Fort Street; Suite 400
> Honolulu, HI 96813
>
>         and
>
> **KEITH H.S. PECK, ESQ.**
> 3360 Kamaaina Place
> Honolulu, Hawaii 96817
>
> Attorneys for Plaintiffs

I further certify that a copy of the CERTIFICATE OF SERVICE RE: DEFENDANT DEPARTMENT OF EDUCATION'S RESPONSE TO PLAINTIFFS' FIFTH REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF EDUCATION, dated July 2, 2008 , was duly served electronically through CM/ECF on the following attorneys to their last known address on July 2, 2008:

DATED: Honolulu, Hawaii, _____JUL - 2 2008_____.

                                                  /s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

---

Mark H., et al., Plaintiffs vs. PAUL LeMAHIEU, in his official capacity as Superintendent of the Hawai`i Public Schools, et al., Defendants; Civil No.: CV00-000282 MLR; Certificate of Service