WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI      #2498-0
GREGG M. USHIRODA    #5868-0
GARY S. SUGANUMA     #6960-0
LEIGHTON M. HARA     #7826-0
ROSS T. SHINYAMA     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT      #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM      #2487-0
HOLLY T. SHIKADA     #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>Plaintiffs,<br><br>vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as | CIVIL NO. CV00-00282 MLR (Other Civil Matter)<br><br><br>CERTIFICATE OF SERVICE<br><br><br>(Custodian of Records for State of Hawaii, Department of Health-Child and Adolescent Mental Health Division; State |

| | |
|---|---|
| Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>　　　　Defendants. | of Hawaii, Department of Health-Public Health Nursing Branch re: Natalie H.) |

### CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the Notice of Taking Deposition Upon Written Questions, dated July 9, 2008, was duly served upon the following person(s) by mailing same on this date to their last known address.

I further certify that a copy of this Certificate of Service will be duly served electronically through CM/ECF on the following person(s) to their last known address on July 9, 2008.

　　　　STANLEY E. LEVIN, ESQ.
　　　　MICHAEL K. LIVINGSTON, ESQ.
　　　　ANNE L. WILLIAMS, ESQ.
　　　　SUSAN K. DORSEY, ESQ.
　　　　851 Fort Street; Suite 400
　　　　Honolulu, HI  96813

　　　　　　and

```
            KEITH H.S. PECK, ESQ.
            3360 Kamaaina Place
            Honolulu, Hawaii  96817


            Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, July 9, 2008.


                            /s/ Gregg M. Ushiroda
                            JOHN T. KOMEIJI
                            GREGG M. USHIRODA
                            GARY S. SUGANUMA
                            LEIGHTON M. HARA
                            ROSS T. SHINYAMA

                            MARK J. BENNETT
                            GEORGE S.S. HOM
                            HOLLY T. SHIKADA

                            Attorneys for Defendants
```