IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>    Plaintiffs,<br><br>    vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII;<br><br>    Defendants. | CIVIL NO. CV00-00282 MLR-LEK<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of *DEFENDANTS MOTION TO PRECLUDE THE TESTIMONY OF BARBARA BATEMAN*, was duly served electronically through CM/ECF on the following attorneys to their last known address on July 28, 2008:

    **STANLEY E. LEVIN, ESQ.**
    **MICHAEL K. LIVINGSTON, ESQ.**
    **ANNE L. WILLIAMS, ESQ.**
    851 Fort Street; Suite 400
    Honolulu, HI  96813

    Attorneys for Plaintiffs

**KEITH H.S. PECK, ESQ.**
3360 Kamaaina Place
Honolulu, Hawaii  96817

Attorneys for Plaintiffs



DATED:  Honolulu, Hawaii, July 28, 2008.


                                          /s/ Gregg M. Ushiroda
                                          JOHN T. KOMEIJI
                                          GREGG M. USHIRODA
                                          GARY S. SUGANUMA
                                          LEIGHTON M. HARA
                                          ROSS T. SHINYAMA

                                          MARK J. BENNETT
                                          GEORGE S.S. HOM
                                          HOLLY T. SHIKADA

                                          Attorneys for Defendants

---

Mark H., et al., Plaintiffs vs. PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education, et al., Defendants; Civil No.: CV00-000282 MLR-LEK; Certificate of Service