403741.1
WATANABE ING LLP
A Limited Liability Law Partnership

GREGG M. USHIRODA     #5868-0
GARY S. SUGANUMA      #6960-0
LEIGHTON M. HARA      #7826-0
ROSS T. SHINYAMA      #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT       #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM       #2487-0
HOLLY T. SHIKADA      #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>     Plaintiffs,<br><br>     vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; | CIVIL NO. CV00-00282 MLR-LEK (Other Civil Action)<br><br>**DEFENDANTS' SUBMISSION OF REDACTED EXHIBITS "C", "D" & "E" TO MOTION TO PRECLUDE THE TESTIMONY OF BARBARA BATEMAN FILED ON 7/28/08; CERTIFICATE OF SERVICE**<br><br>**TRIAL DATE: March 16, 2009**<br>**JUDGE: Hon. Manuel L. Real** |

```
DEPARTMENT OF EDUCATION,        )
STATE OF HAWAII,                )
                                )
         Defendants.            )
_____)
```

### DEFENDANTS' SUBMISSION OF REDACTED EXHIBITS "C", "D" & "E" TO MOTION TO PRECLUDE THE TESTIMONY OF BARBARA BATEMAN FILED ON 7/28/08

COME NOW Defendants PATRICIA HAMAMOTO and DEPARTMENT OF EDUCATION ("DOE")(collectively, "Defendants"), by and through their attorneys, WATANABE ING LLP, and hereby submit their Redacted Exhibits "C", "D" and "E" to their Motion to Preclude the Testimony of Barbara Bateman filed on July 28, 2008.

Attached hereto are the respective redacted Exhibits "C", "D" and "E":

1. Report of Barbara Bateman for Michelle H. and Natalie H., dated May 29, 2008, attached hereto as Exhibit "C".

2. Report of Barbara Bateman for Aaron L., dated May 30, 2008, attached hereto as Exhibit "D".

- 2 -

3. Report of Barbara Bateman for Amber N., dated May 25, 2008, attached hereto as Exhibit "E".

DATED: Honolulu, Hawaii, July 29, 2008.

          /s/ Gregg M. Ushiroda
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants