403765.1
WATANABE ING LLP
A Limited Liability Law Partnership

**GREGG M. USHIRODA**   #5868-0
**GARY S. SUGANUMA**   #6960-0
**LEIGHTON M. HARA**   #7826-0
**ROSS T. SHINYAMA**   #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

**MARK J. BENNETT**   #2672-0
Attorney General of Hawai`i

**GEORGE S.S. HOM**   #2487-0
**HOLLY T. SHIKADA**   #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>      Plaintiffs,<br><br>  vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; | CIVIL NO. CV00-00282 MLR-LEK (Other Civil Action)<br><br>**DEFENDANTS' AMENDED SUBMISSION OF REDACTED EXHIBIT "E" TO SUBMISSION OF REDACTED EXHIBITS "C", "D" & "E" TO MOTION TO PRECLUDE THE TESTIMONY OF BARBARA BATEMAN FILED ON 7/28/08, FILED ON 7/29/08; EXHIBIT "E"; and CERTIFICATE OF SERVICE** |

DEPARTMENT OF EDUCATION,       )
STATE OF HAWAII,               )   TRIAL DATE: March 16, 2009
                               )   JUDGE: Hon. Manuel L. Real
         Defendants.           )
                               )
_____)

**DEFENDANTS' AMENDED SUBMISSION OF REDACTED EXHIBIT "E" TO
SUBMISSION OF REDACTED EXHIBITS "C", "D" & "E" TO
MOTION TO PRECLUDE THE TESTIMONY OF BARBARA BATEMAN
FILED ON 7/28/08, FILED ON 7/29/08**

COME NOW Defendants PATRICIA HAMAMOTO and DEPARTMENT OF EDUCATION, by and through their attorneys, WATANABE ING LLP, and hereby submit their Redacted Exhibit "E" to their Submission of Redacted Exhibits "C", "D" & "E" to Motion to Preclude the Testimony of Barbara Bateman filed on July 28, 2008, filed on July 29, 2008.

Attached hereto as Exhibit "E" is the report of Barbara Bateman for Amber N., dated May 25, 2008.

DATED:  Honolulu, Hawaii, July 29, 2008.

/s/ Gregg M. Ushiroda
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants