IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>    Plaintiffs,<br><br>  vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>    Defendants. | CIVIL NO. CV00-00282 MLR-LEK (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br><br>**TRIAL DATE:** March 16, 2009<br>**JUDGE:** Hon. Manuel L. Real |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of *DEFENDANTS' AMENDED SUBMISSION OF REDACTED EXHIBIT "E" TO SUBMISSION OF REDACTED EXHIBITS "C", "D" & "E" TO MOTION TO PRECLUDE THE TESTIMONY OF BARBARA BATEMAN FILED ON 7/28/08, FILED ON 7/29/08*, was duly served electronically through CM/ECF on the following attorneys to their last known address on July 29, 2008:

    STANLEY E. LEVIN, ESQ.
    MICHAEL K. LIVINGSTON, ESQ.
    ANNE L. WILLIAMS, ESQ.
    851 Fort Street; Suite 400
    Honolulu, HI  96813

    Attorneys for Plaintiffs

**KEITH H.S. PECK, ESQ.**
3360 Kamaaina Place
Honolulu, Hawaii  96817

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, July 29, 2008.


/s/ Gregg M. Ushiroda
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

---

Mark H., et al., Plaintiffs vs. PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education, et al., Defendants; Civil No.: CV00-000282 MLR-LEK; Certificate of Service