IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>          Plaintiffs,<br><br>     vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>          Defendants. | Civil No. CV 00-00282 MLR/LEK (Other Civil Action)<br><br>**DECLARATION OF STANLEY E. LEVIN** |

DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, declare as follows:

1.      I am one of the named attorneys in the above captioned case.

2.      Attached hereto as Exhibit A is a true and correct copy of the pertinent pages of the Deposition of Barbara Bateman taken on June 6, 2008.

3.      Attached hereto as Exhibit b is a true and correct copy of the pertinent pages of the Deposition of Barbara Bateman taken on June 7, 2008.

2

I declare under penalty of perjury that the above is true and correct.

Executed on the 22nd day of August 2008.

      /S/ STANLEY E. LEVIN

      _____
      STANLEY E. LEVIN