ORIGINAL

404754.1

**WATANABE ING LLP**
A Limited Liability Law Partnership

| | |
|---|---|
| **MELVYN M. MIYAGI** | #1624-0 |
| **GREGG M. USHIRODA** | #5868-0 |
| **GARY S. SUGANUMA** | #6960-0 |
| **LEIGHTON M. HARA** | #7826-0 |
| **ROSS T. SHINYAMA** | #8830-0 |

First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

**MARK J. BENNETT**     #2672-0
Attorney General of Hawai`i

**GEORGE S.S. HOM**     #2487-0
**HOLLY T. SHIKADA**     #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 21 2008

at 3 o'clock and 10 min  M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>          Plaintiffs,<br><br>     vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; | CIVIL NO. CV 00-00282 MLR-LEK (Other Civil Action)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS; CERTIFICATE OF SERVICE**<br><br><br>**TRIAL DATE: MARCH 16, 2009** |

DEPARTMENT OF EDUCATION,       )
STATE OF HAWAII,               )
                              )
            Defendants.        )
_____)

### NOTICE OF APPEARANCE
### AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

       PLEASE TAKE NOTICE that Ross T. Shinyama, Esq. of

the law firm of Watanabe, Ing LLP hereby enters an appearance on

behalf of Defendants in the above-captioned matter.

       Mr. Shinyama hereby requests to be included in

service of all future pleadings, documents and other papers

served in this proceeding, including electronic filings.  Copies

of said pleadings, documents and other papers served or filed

herein should be served as follows:

               MELVYN M. MIYAGI, ESQ.
               GREGG M. USHIRODA, ESQ.
               GARY S. SUGANUMA, ESQ.
               LEIGHTON M. HARA, ESQ.
               ROSS T. SHINYAMA, ESQ.
               First Hawaiian Center, 23rd Floor
               999 Bishop Street
               Honolulu, Hawaii  96813

      DATED:  Honolulu, Hawaii, August 21, 2008.

               MELVYN M. MIYAGI
               GREGG M. USHIRODA
               GARY S. SUGANUMA
               LEIGHTON M. HARA
               ROSS T. SHINYAMA

               MARK J. BENNETT
               GEORGE S.S. HOM
               HOLLY T. SHIKADA

               Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>          Plaintiffs,<br><br>     vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>          Defendants. | CIVIL NO. CV 00-00282 MLR-LEK (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

        I hereby certify that a copy of the foregoing, was duly served via U.S. mail on the following attorneys to their last known address on August 21, 2008:

          **STANLEY E. LEVIN, ESQ.**
          **MICHAEL K. LIVINGSTON, ESQ.**
          **ANNE L. WILLIAMS, ESQ.**
          **SUSAN K. DORSEY, ESQ.**
          851 Fort Street; Suite 400
          Honolulu, HI  96813

                    and

**KEITH H.S. PECK, ESQ.**
3360 Kamaaina Place
Honolulu, Hawaii  96817

Attorneys for Plaintiffs


DATED:   Honolulu, Hawaii, August 21, 2008.

_____
MELVYN M. MIYAGI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

---

Mark H., et al., Plaintiffs vs. PATRICIA HAMAMOTO, in her
official capacity as Superintendent of the Hawaii Department of
Education, et al., Defendants; Civil No.: CV00-000282 MLR-LEK;
Certificate of Service