S404912.1
WATANABE ING LLP
A Limited Liability Law Partnership

| | |
|---|---|
| **MELVYN M. MIYAGI** | #1624-0 |
| **GREGG M. USHIRODA** | #5868-0 |
| **GARY S. SUGANUMA** | #6960-0 |
| **LEIGHTON M. HARA** | #7826-0 |
| **ROSS T. SHINYAMA** | #8830-0 |

First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT   #2672-0
Attorney General of Hawai`i

**GEORGE S.S. HOM**   #2487-0
**HOLLY T. SHIKADA**   #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Holly.T.Shikada@hawaii.gov

Attorneys for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I


| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>    Plaintiffs,<br><br>    vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii | CIVIL NO. CV 00-00282 MLR-LEK<br>(Other Civil Action)<br><br>**DEFENDANTS' EXPERT DISCLOSURES;**<br>**EXHIBITS "1" - "8"; and**<br>**CERTIFICATE OF SERVICE**<br><br><br>**TRIAL: March 16, 2009**<br>**JUDGE: Honorable Manuel L. Real** |

```
Department of Education;        )
DEPARTMENT OF EDUCATION,        )
STATE OF HAWAII,                )
                                )
                                )
        Defendants.             )
_____ )
```

## DEFENDANTS' EXPERT DISCLOSURES

COME NOW Defendants DEPARTMENT OF EDUCATION ("DOE") and PATRICIA HAMAMOTO (collectively, Defendants), by and through their counsel, WATANABE ING LLP, and hereby submit their expert disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedures.

Attached hereto are the respective reports, CVs, fee information, list of publications and list of trial/deposition testimony (where applicable) of the following experts:

1. Joan M. Hawkinson;
2. Robert C. Marvit, M.D.;
3. Richard S. Goka, M.D.;
4. Robert Hall, Ph.D.;
5. David J. Rostetter;
6. Charles Weatherly, Esq.;
7. Ronald Toma; and
8. Stephen J. Sheinkopf, Ph.D.

Defendants reserve the right to call all expert witnesses named by Plaintiffs, and name rebuttal witnesses as necessary.  Defendants reserve the right to name additional expert witnesses as necessary and to submit additional, supplemented and/or amended expert reports as warranted by further investigation and discovery.

DATED:  Honolulu, Hawaii, August 26, 2008.

> /s/ Gregg M. Ushiroda
> MELVYN M. MIYAGI
> GREGG M. USHIRODA
> GARY S. SUGANUMA
> LEIGHTON M. HARA
> ROSS T. SHINYAMA
>
> MARK J. BENNETT
> GEORGE S.S. HOM
> HOLLY T. SHIKADA
>
> Attorneys for Defendants