# *Joan M. Hawkinson*

## *Education:*

Specialists Degree Special Education Administration UW-Superior, June 2000
MSE Lesley College, May 1990
BS Special Education UW-Whitewater, May 1975

## *Presentations:*

- Wyoming Department of Health – Division of Developmental Disabilities, Preschool Conference State model form revisions, Transition from Preschool to School, Comprehensive Evaluations 2008
- Wyoming Department of Education Special Education Symposium, Special Education State model form revisions 2008
- Wyoming Department of Education Special Education Symposium, Autism Assessing Students – Successful Teaching Strategies 2008
- State Complaint Investigators Conference, Interview and Question Techniques 2007
- Wyoming State model forms Part B IDEA Statewide and regional trainings for Wyoming Department of Education 2007/08
- 2007 Wyoming Chapter 7 Rules Governing Education Services to Children with Disabilities Statewide and regional trainings for the Wyoming Department of Education 2007/08
- Implementation of 2004 Federal Regulations & IDEA 2004 – Wyoming Speech & Language Association, 2006
- IDEA 2004 – Parent Information Center (PIC) Annual Conference, April 2006
- Comparison of IDEA 97 to IDEA 2004 – CESA 4, 2006
- State Deferments & IDEA 2004 - Wyoming Special Education State Advisory Panel, 2005
- Developing IEPs for Students with Autism - 3rd Annual CESA 5 / DPI Speech & Language Institute for School Based SLPs, 2005
- Wisconsin Association of School Business Officials (WASBO), Transportation Issues in Special Education 2003 -2004 State Annual Conferences
- Best Practices - Use of Seclusionary Timeout & Physical Restraint with Physically Aggressive Students: Presentation to WCASS regional conference, March 2004.

*Joan M. Hawkinson*

- Special Education and Aggressive Children- Methods and Techniques: Presentation Phillips School District August 2003
- Educational and Healthcare Services - Multiply Handicapped Children: Lorman, Seminar Madison, Wisconsin April 2002 & October 2003
- Section 504 Education of Children with Disabilities – South Central Administrators Conference 2002
- Special Education Plan in Wisconsin, Review of State and Federal Legal References: Presentation WCASS State Annual Conferences 2001-2002
- Special Education Law and Practices - Wisconsin Association of District Administrators Annual Conference, June 2002
- Special Education Law and Practices Eligibility - IEP: Professional Development Network, Presentation Eau Claire, Wisconsin January 2002
- Behavioral/Autism Diagnosis and Treatment Practices: Presentation CESA 5 School Districts 1998 – 2001
- Developing IEPs & Special Education Program Planning – CESA 4, 2001

### *Consultations - Educational Evaluations:*

- Wyoming Department of Health – Division of Developmental Disabilities, developed and revised Wyoming Part C rules for infants and toddlers with disabilities 2006 - present
- Wyoming Department of Education, developed State model special education forms 2007
- Wyoming Department of Education, developed and revised Chapter 7 Rules Governing Education Services to Children with Disabilities 2005-2007
- Montello School District, Multi-Handicapped/Behavioral/Autism Consultant 1996-present
- Sublette County School District #9, Multi-Handicapped/Behavioral/Autism Consultant, 2005-2006
- Behavioral/Autism, Treatment Practices & Classroom Programming 1990-present Stevens Point School District, Multi-Handicapped/Behavioral/Autism Consultant 2002 – 2004
- Wautoma Area School District, Behavioral/Autism Consultant 1996-2004
- CESA 5 Multi-Handicapped/Behavioral/Autism Education Program Evaluations 1989-2004
- Marinette School District Evaluation of Special Education Programs, (delivery of services, staffing, budget and procedures) 2003

*Joan M. Hawkinson*

- Peshtigo School District, Behavioral/Autism Consultant 2003
- Iola-Scandinavia School District, Multi-Handicapped/Consultant 1996-2001
- CESA 6 Behavioral/Autism Consultant 1999 and 2001
- Wisconsin Dells School District, Behavioral/Autism Consultant 1999
- Williams Bay School District, Behavioral/Autism Consultant 1998
- Phillips School District, Behavioral/Autism Consultant 1998
- Chilton School District, Multi-Handicapped/Behavioral/Autism Consultant 1997

## *Positions and Appointments:*

- Director, Educational Consultant SPECIALSʟʟᴄ
- Associate Director of Special Education CESA 5
  Co responsibility with the Director of Special Education for the operation of Special Education Leadership Services.
- Assistant Director of Special Education CESA 5
  Supervises and evaluates an assigned staff of Special Education teachers and/or programs as assigned.
- Special Education Program Services Coordinator CESA 5
  Coordinates, monitors, and directs the operation of particular special education programs as assigned.
- Special Education Program Support Teacher CESA 5
  Assists, supports, and supervises the planning development and teaching for Special education programs
- Adjunct Professor Silver Lake College
- Adjunct Professor Supervision of Student Teachers UW-Whitewater, Stevens Point & Oshkosh
- Senior Trainer Non-Violent Crisis Prevention - National Institute for Crisis Prevention
- Special Education Teacher Wautoma Area School District
- Special Education Teacher Westfield School District

## *Publications:*

- No publications in the last ten years

## *Compensation:*

- $125.00 per hour