**Richard S. Goka, M.D.**
PO Box 14089
Pinedale, California 93650-4089
(559) 269-2003     Fax (559) 439-3212

**CURRICULUM VITAE**

## EDUCATION:

| | |
|---|---|
| University High School, Los Angeles, California | Grad. 1965 |
| Santa Monica College, Santa Monica California | 1965-1967 |
| Woodbury College, Los Angeles, California | 1968-1970 |
| California State University, Hayward, California<br>Graduated, B.S. Biology | 1971-1973 |
| Universidad Autonoma de Guadalajara<br>School of Medicine<br>Guadalajara, Jalisco, Mexico<br>Graduated, Physician and Surgeon | 1973-1977 |
| College of Medicine and Dentistry, New Jersey<br>Rutgers Medical School<br>Fifth Pathway Program at St. Joseph's Hospital<br>Paterson, New Jersey | 1977-1978 |

### Post Graduate Education

| | |
|---|---|
| University of Utah, College of Medicine<br>Internship (Category *) | 1978-1979 |
| University of Utah, College of Medicine<br>Residency, Physical Medicine and Rehabilitation | 1978-1981 |

### Licenses

New York (136164) - Inactive    Oct. 1978
Utah (06326-1022-0)  Dec. 1979
California (A-36256)  Dec. 1980
DEA (AG9079078)    1979

CURRICULUM VITAE
RICHARD S. GOKA, M.D.
Page 2

Specialty Certification

| | |
|---|---|
| American Board of Physical Medicine and Rehabilitation, | |
|     Diplomat, Certificate Number 1866 | May 1982 |
| American Board of Pain Management | |
|     Diplomat, Certificate Number 1778 | Oct. 1990 |
| American Board of Forensic Examiners, | |
|     Diplomat, Certificate Number 1662 | Feb. 1996 |
| American Board of Disability Analysts | |
|     Diplomat & Sr.. Disability Analysis, Cert. No 2948-96 | Sept. 1996 |
| Case Manager, Certified Number M-04731 | May 1993 |

Academic Appointments

| | |
|---|---|
| University of Utah, College of Medicine | |
| Clinical Instructor in Physical Medicine and Rehabilitation | 1981-1988 |
| Universidad Autonoma de Guadalajara, Visiting Professor | 1985 |
| Emory University, Visiting Faculty | 1985 |
| Emory University, Visiting Faculty, | 1986 |

Committees and Appointments

| | |
|---|---|
| Achieves of Physical Medicine & Rehabilitation: | |
|     Reviewer | 1998-2006 |
| American Academy of Physical Medicine and Rehabilitation: | |
|     Brain Injury, Special Interest Group, Member | 1986-1988 |
|     Section of Brain Injury Rehabilitation, Member | 1988- 2005 |
|     Task Force, Subacute Rehabilitation, Chair | 1993 |
| American Congress of Rehabilitation Medicine: | |
|     Membership Committee, Member | 1989-1992 |
|     Public Relations and Marketing Committee, Task Force | 1990 |
|     Interdisciplinary Special Interest Group on Brain Injury, Member | 1986-2005 |
|         Membership Committee, Chairman | 1987-1993 |
|         Minor Brain Injury, Ethics | |
|         And Management of Persistent Veg. State, Member | 1987-1992 |
|         Post-Acute Committee, Member | 1989-1993 |
|         Inpatients, Member | 1991-1993 |
|         Professional Education | 1989-1995 |
|         Case Management/Reimbursement Committee | 1988-1995 |

American Subacute Care Association:
    President, Board of Directors    1993-1994
    Board of Directors    1993-1995

CAPP Care, Irvine, California
    Consultant    1994-2000

Case Management Society of America:
    Government Affairs Committee, Member    1992-1993
    Northern California Governmental Affairs, Member    1992

Cigna Ins., Philadelphia, PA,
    Consultant    1998-1999

Community Hospitals of Central California, Fresno, CA:
    Geriatric Task Force, Member    1990-1991
    Fresno Community Hospital, Cancer Committee, Member.    1990-1992
    Home Health Agency, Board Member    1990-1993
    Leon S. Peters Rehabilitation Center:
      Medical Director    1989-1992
      Consultant    1992-1993
      Medical Director, Outpatient    1993-1994

Holy Cross Hospital, Salt Lake City, UT:
    Medical Rehabilitation Committee; Member, Chairman    1982-1984

    Patient Care Committee, Member    1983-1987
    Utilization Review Committee, Member    1983-1986
    Medical Rehabilitation Advisory Committee, Member    1984-1989
    Professional Office Building Committee, Member    1987-1989

Holy Cross Hospital, Physical Medicine and Rehabilitation,
    Acting Medical Director    1982-1983
    Medical Director    1983-1987
    S.J. & Jesse E. Quinney Rehabilitation Institute of Holy Cross
    Hospital, Salt Lake City, Utah
    Medical Director    1987-1989

Learning Services, Gilroy, California
    Medical Consultant    1990-1994
    Advisory Committee    1996-1997

Medical Review Institute, Salt Lake City, Utah
    Consultant    1992-2004

| | |
|---|---|
| Meridian Neurocare – Care Meridian, Fresno, California | |
|     Consultant | 1991- |
|     Acting Medical Director | 1994 |
| | |
| Mutual of Omaha, Omaha, Nebraska | |
|     Consultant | 1994 |
| | |
| National Subacute Care Association | |
|     Board of Directors, Member | 1995-1996 |
| | |
| Pacific Review Services, Cypress, California | |
|     Medical Consultant | 1991-1994 |
| | |
| Personal Health Care, Irvine, California | |
|     Consultant | 1994-2000 |
| | |
| Rivendell Children and Youth Center, | |
|     Consultant | 1987-1988 |
| | |
| Sandy Regional Rehabilitation and Convalescent Center, | |
|     Consultant | 1987-1989 |
| | |
| Sante Health System, Fresno, California | |
|     Assistant Medical Director | 1994-1995 |
| | |
| University of Utah, College of Medicine: | |
|     Pain Clinic, Division of Behavioral Medicine, Consultant | 1981-1982 |
| | |
| Villa Serena, Magna, Utah, | |
|     Medical Director | 1987-1989 |
| | |
| Western States Administrators/Q.C. Medical, Fresno, California | |
|     Medical Director | 1990-1995 |
| | |
| U.S. Department of Education, Office of Special Educations and Rehabilitation Services, National Institute on Disability and Rehabilitation Research: Grant Review Panel, "Traumatic Brain Injury Model Systems Project: | May 1998 |

Hospital Staff Appointments

| | |
|---|---|
| Holy Cross Hospital, Salt Lake City, UT | |
|     Associate Staff | 1981-1982 |
|     Active Staff | 1982-1989 |

University of Utah, Medical Center, Salt Lake City, Utah
    Courtesy Staff — 1981-1988

Fresno Community Hospital, Fresno, California
    Provisional — 1989-1990
    Active Staff — 1990-1992
    Active Unified CHCC Staff — 1992-2008

Clovis Hospital, Clovis, California
    Provisional Staff — 1989-1990
    Courtesy — 1990-1992
    Unified CHCC Staff — 1992-2008

Sierra Hospital, Fresno, California
    Provisional Staff — 1989-1992
    Unified CHCC Staff — 1992-1996

Valley Medical Center, Fresno, California
    Provisional Staff — 1990-1992

St. Agnes Medical Center, Fresno, California
    Provisional Staff — 1990-1992
    Courtesy Staff — 1992-

San Joaquin Rehabilitation Hospital
    Provisional Staff — 1991-1992
    Courtesy Staff — 1992-2007

<u>Professional Associations</u>

American Academy of Physical Medicine and
    Rehabilitation, Fellow — 1981-

American Association of Electrodiagnosis and
    Electromyography, Member — 1982-2005

American Congress of Rehabilitation Medicine
    Member — 1981-2005

American Medical Association
    Member — 1980-

American Paraplegia Society
    Member — 1991-

| | |
|---|---|
| American Society of Clinical Hypnosis and Related Research, Member | 1981-1988 |
| American Spinal Injury Association Member | 1984-2000 |
| American Subacute Care Association Member | 1993-1995 |
| California Medical Association Member | 1989- |
| Case Management Society of America Member | 1991-2005 |
|     Northern California, Member | 1992-2005 |
|     Central California, Member | 1995-2005 |
| Fresno-Madera County Medical Society, Member | 1990- |
| International Medical Society of Paraplegia Member | 1981-2006 |
| International Rehabilitation Medicine Association Member | 1982-2005 |
| International Society of Hypnosis Member | 1982-1988 |
| National Subacute Care Association Member | 1995-1998 |
| Salt Lake County Medical Society Member | 1980-1989 |
| Utah State Medical Society Member | 1980-1989 |

Other Appointments and Committees.

| | |
|---|---|
| City View Boarding Home, Salt Lake City, UT Member, Board of Directors | 1982-1987 |
| Contemporary Long Term Care, Bills Communication Riverton, New Jersey | |

|  |  |
|---|---|
| Advisor | 1995-1996 |
| Commission on Accreditation of Rehabilitation Facilities, Surveyor | 1984-1992 |
| Fresno City College, Disabled Students Programs and Services, Community Advisory Committee, Member | 1996- |
| Snowbird Handicap Ski Foundation Member | 1981-1983 |
| State Of Utah, Department of Education: | |
| Rehabilitation Services, Consultant | 1981-1989 |
| Services Advisory Council, Member | 1982-1983 |
| State of Utah, Governor's Committee for Employment Of the Handicapped, Member | 1981-1986 |
| State of Utah, Division of Registration, Department of Business Regulation, Acupuncture Licensing Board, Member | 1983-1989 |
| Subacute Care, Bills Communication Riverton, New Jersey Advisor | 1995-1996 |

## Consultant

|  |  |
|---|---|
| Western Neuro Care, Tustin, California | 1987 |
| Synergos Neurological Retraining Center, Pleasanton, California | 1989 |
| Western State Administrators, Fresno, California | 1990 |
| Fortis Corporation, Sacramento, California | 1990 |

## Projects

Motion Pictures (with Robert Watanabe, M.D.)
    Metatarsal Osteotomy of the Cavus Foot
    Ligamentous Injuries of the Ankle
    Rupture of the Achilles Tendon
    Hauser Patellar Tendon Transplant

Video Tapes
    Bear I - Adult Volume Ventilator

|  |  |
|---|---|
| (University of Utah, 1981) | 1981 |
| Myofascial Pain Syndrome, Cigna Ins. | 1998 |

Television and Radio Interviews:

|  |  |
|---|---|
| "Prime Time Access", KSL, Salt Lake City, Guillain Barré Syndrome, | 1985. |
| "Cover Story", KTVX NEWS, Salt Lake City, Traumatic Brain Injury, | 1989. |
| "Valley Morning" KFSN, Fresno, California, Interview on Rehabilitation, | 1989. |
| "Daly's Events", KJAY, Sacramento, California, Traumatic Brain Injury, | 1990. |
| "Independence Ringing", Continental Cable Vision Channel 4, Brain Injury Support Network of Central California, Fresno, California | 1991. |
| "Professional Review", KFRE Radio Fresno, California | 1994. |

Publications And Major Presentations

Baer, R.D., Goka, R.S., Smith, G., "Electrodiagnosis in Entrapment of the Intermediate Dorsal Cutaneous Branch of the Superficial Peroneal Nerve," Orthopedic Review, Vol. XI: 3, pgs 105-107, Mar. 1981

Escobar, P.L., Goka, R.S., " Carpal Tunnel Syndrome: Palmar Sensory Latencies to the Middle Finger and Wrist," Ortho. Review, Vol. 14:10, pgs. 633-639, Oct. 1985.

Goka, R.S., Simpson, V., "Conservative Treatment of Knee Flexion Contractures: A Case Study," Presented to the American Academy of Physical Medicine and Rehabilitation Annual Meeting, Boston, Ma. Oct. 1984.

Goka, R. S., Toppel, A.H., Giles, D., "Commission on Accreditation of Rehabilitation Facilities (CARF)," A Primer On Management For Rehabilitation Medicine, ed., Maloney, F.P., Physical Medicine and Rehabilitation, State of the Art Reviews, Vol. 1:2, pg. 317, May 1987.

Macnamara, S.E., Gummow, L.J., Goka, R.S., Gregg, C.H., "Caring for Stroke Patients: The Relationship of Stress and Time," Presented at the American Academy of Physical Medicine and Rehabilitation, Annual Meeting, Baltimore, Md., Oct., 1986.
Published: Rehabilitation Psychology, Vol. 35:2, 1990.

Goka, R.S., "Minor Brain Injury: Disability Determination," Presented at the American Congress of Rehabilitation Medicine, Annual Meeting, Seattle, Washington, Nov. 1988.

Goka, R.S., "Physician Case Manager," Presented at the National Head Injury

Foundation, Annual Meeting, Atlanta, Georgia, Nov. 1988

Raftis, J.T., Goka, R.S., "Rehabilitation-The Responsibilities," Journal of Insurance Medicine, Vol. 20:3, pg. 4, 1988.

Goka, R.S., "Rehabilitation: Education is Treatment," Correspondence, Journal of Insurance Medicine, Vol. 20:4, pg. 77, 1988

Artman, J.W., Goka, R.S., "Head Control: Feedback Device for Brain Injured Patients," Presented at the 7th Annual Southwest Head Injury Symposium, Park City Utah, Jan. 1989.

Goka, R.S., Adams, H.R., Parson, K., "Physicians Role in Medical Case Management," Panel Discussion, Association of Medical Case Managers, Monthly Meeting, Los Angeles, California, 1989.

Goka, R.S., "Practice Guidelines Not Best Approach," Correspondence, Am. Med. News, Sept. 28, 1990.

Goka, R.S., "Post Concussion Syndrome," Issues and Viewpoints, Gayle Foster and Associates, Fall 1990.

Feldman, B., Carr, V., Goka, R., Haussler, P., "Case Management-vs-Rehabilitation," Panel Discussion, Casa Colina Case Management Conference, Palm Springs, CA., March 1991.

Goka, R. S., Arakaki, A.H., "Centers of Excellence, Choosing The Appropriate Rehabilitation Center," Journal Of Insurance Medicine, Vol. 23:1, pg. 66, 1991.

Goka, R.S., "Case Management, A Rehabilitation Physicians Prospectus," Journal of Insurance Medicine, Vol. 23:4, Winter 1991.

Goka, R.S., "Americans with Disability Act: Physicians Responsibility," Workshop faculty, Fresno, CA, Sept. 1992.

Goka, R.S., "Traumatic Brain Injury," American Congress of Rehabilitation Medicine, Brain Injury Workshop, Panel Faculty, Denver, CO, Oct. 1992

Goka, R.S., "Documentation to Obtain Reimbursement," Faculty, Focus Session, American Congress of Rehabilitation Medicine, Annual Meeting, San Francisco, CA., Nov. 1992.

Goka, R.S., "Comprehensive Rehabilitation: A Universal funding Strategy and System of Documentation," Faculty, Course, American Congress of Rehabilitation Medicine, Annual Meeting, San Francisco, CA., Nov. 1992.

Goka, R.S., "Preserving and Restoring Muscle Strength," U.C.S.F., Walter A. Rohlfing, M.D. Lectureship, 6th Annual Meeting, Fresno, CA, Mar. 1993

Goka, R.S. & Arakaki, A.H., "Americans with Disability Act," Western Claims Conference, Burbank, CA, Mar. 1993

Goka, R.S., "The Difference between Subacute Care and Acute Rehabilitation," Memorial Hospital, Visalia, CA, Apr. 1993.

Goka, R.S., "Continuum of Care, Traumatic Brain Injury," Fresno Community Hospital, Fresno, CA, Jun. 1993.

Geller, C., Barker, D., Eskstrand, R., Goka, R., Pomper, C., & Till, M.; "Roles, Goals, Access and Process: Case Management Interface on the Legislative Continuum," Northern California CMSA Chapter Second Annual Conference, Concord, CA, Aug. 1992.

Goka, R.S., "Acute Rehabilitation verse Subacute Rehabilitation," Second Annual: Current Concepts in Subacute Patient Care, Creighton University School of Medicine, Omaha, NE, Sept. 1993.

Kay, T., Harrington, D., Adams, R., Anderson, T., Berrol, S., Cicerone, K., Dahlberg, K., Gerber, D., Goka, R., Harley, P., Hilt, J., Horn, L., Lehmkuhl, d., Malec, J.; "Definition of Mild Traumatic Brain Injury," Journal of Head Trauma Rehabilitation, Vol. 8:3, Pages 86-87, 1993.

Goka, R.S., "Subacute Care," Medical Case Management Conference V, Annual Meeting, Individual Case Management Association, Orlando, FL, Sept. 1993.

Goka, R.S., "Subacute Care," Annual meeting, Washington Medical Case Managers, Seattle, WA, April 1994.

Goka, R.S., "Subacute Rehabilitation v. Comprehensive Inpatient Rehabilitation," Casa Colina, 9th Annual Case Management of Catastrophic Injury Conference, Palm Springs, CA, April 1994.

Goka, R.S., "The Current Issues of Subacute Care," Insurance Rehabilitation Study Group, Spring Meeting, Philadelphia, PA, April 1994.

Goka, R.S., "Subacute Care: Physician and Staffing," Subacute Rehabilitation Conference, Barrow Neurological Institute, Phoenix, AZ, May 1994.

Goka, R.S., "Subacute & SNF Rehab, The Future?" Annual Scientific Meeting, California Society of Physical Medicine & Rehab., Lake Tahoe, CA, May 1994.

Goka, R.S., "Subacute Care in Managed Care Environment," Invitational Forum for Liaison network Organizations, Joint Commission on Accreditation of Healthcare Organizations, Chicago, IL, June 1994.

Goka, R.S., "Subacute Care," Key note speaker, Pennsylvania Hospital Association, Hershey, PA, Aug. 1994.

Goka, R.S., "Subacute Rehabilitation: Academy Position," Annual Meeting, American Academy of Phy. Med. & Rehab., Anaheim, CA, Oct. 1994.

Goka, R.S., "How Case Manager Can Determine the Appropriate Subacute Center," Medical Case Management Conference VI, San Diego, CA Oct. 1994.

Goka, R.S., "Subacute Rehabilitation: The Future," Presented at Annual Meeting, American Osteopathic Association, San Francisco, CA, Nov. 1994.

Goka, R.S., Arakaki, A.H., "Continuum of Care, Traumatic Brain Injury," Journal of Insurance Med., Vol. 26:4, Fall 1994.

Hyatt. L.Z., Goka, R.S., et. al, Subacute Care: Redefining Healthcare, PROBUS Pub. sub. of Times Mirror, Corp., Chicago, IL, Spring 1995.

Goka, R.S., "Trends in Subacute Care," Iowa Head Injury Association, Presented at Annual Meeting, Des Moines, Iowa, Mar. 1995.

Goka, R.S., Keynote Speaker, "Changing Trends in Stroke Rehabilitation: Does it Work," Rehabilitation Institute of Chicago, Presented at Annual Meeting, Chicago, IL, April 1995.

Goka, R.S., "Subacute Rehabilitation," Presented at Annual meeting of the California Medical Directors Association, Anaheim, CA, May 1995.

Goka, R.S., "Documentation Issues In Subacute Rehabilitation for Managed Care, " American Academy of Physical Medicine & Rehabilitation, Presented at Annual Meeting, Orlando, FL, Nov. 1995

Jay, G W., Goka, R.S. & Arakaki, A., "Mild Traumatic Brain Injury: Review of Clinical Data, Appropriate Evaluation and Treatment," Journal of Insurance Med., Vol. 27:4, Spring 1996, pgs 262-282.

Goka, R.S., "Life Care Planning & Other Rehabilitation Issues in Litigation," Presented at Annual meeting of Bay Area Chapter of Northern California, American Association of Legal Nurse Consultants, Walnut Creek, CA, Oct. 1996.

Goka, R.S., "Subacute Care in the Rehabilitation Setting," Presented at Subacute Care Conference: Current Issues - Future Trends, U.C.S.F and California Geriatric Education Center-San Joaquin Valley Program at CSU Fresno, Fresno, CA, Feb. 1997.

Goka, R.S., "Fibromyalgia and Myofascial Pain Syndromes," Presented at Central California, Case Management Society of American meeting, Fresno, CA, Jun. 1997.

Goka, R. S., "Mild Brain Injury and Subacute Care," Presented at Rehabilitation Insurance Nursing Group meeting, Dublin, CA, Oct. 1997.

Goka, R.S., "Subacute Care & Legal Issues in California," Presented at AAPMR annual Meeting, Atlanta, GA, Nov. 1997.

Goka, R.S., "Primary Care Approach to Neuropathic/Musculoskeletal Pain," Presented at the UCSF-Fresno, 8th Annual Family Medicine Update, Fresno, CA. Jan. 1998.

Goka, R.S., "Subacute Care," Presented at Current Issues - Future Trends, U.C.S.F and California Geriatric Education Center-San Joaquin Valley Program at CSU Fresno, Fresno, CA, Feb. 1998.

Goka, R. S., "Primary Care Approach to Neuropathic/Musculoskeletal Pain," UCSF-Fresno, Presented to Madera Community Hospital Medical Staff, Madera, CA . Feb. 1998.

Goka, R.S., "Managing Low Back Injuries..." Presented at Workers Comp Update, 1998, Council on Education in Management, Fresno, CA . Mar. 1998.

Goka, R.S., "Treatment of Mild Traumatic Brain Injury," Jay, G., <u>Minor Traumatic Brain Injury Handbook: Diagnosis and Treatment</u>, CRC Press, Tampa, FL., 2000.

Goka, R.S., "Myofascial Pain Syndrome & Repetitive Motion Injury," Presented to Disability Management Employers Coalition (DMEC), Central Valley Chapter, Fresno, CA Nov. 1999.

01/08

Richard S. Goka, MD
Testiomny, April 2007

| YEAR | PATINET | Testimony Date | LAW FIRM | CITY | STATE | | | | Opposing Counsel |
|---|---|---|---|---|---|---|---|---|---|
| 2008 | Rhodes, Richard A. | 5/13/08 Depo | Tim Lamucchi | Bakersfied | CA | Plantiff | Neck/Back | MVA | Plantiff Exper Robt Harding |
| 2008 | Lincicum, Steven | Depo 3/14/08- settled | Carol Moses | Fresno | CA | Plantiff | Foot FX | MVA | Plantiff Exper Dan Wuthrich |
| 2008 | Chan, Christopher | depo 1/24/08-settled | Justus Spilner | Hanford | CA | Defense | TBI | MVA v Bik,e | Defense Exper Brian Chase |
| 2007 | | | | | | | | | |
| 2007 | Alanso, Angelique | Depo 11/6/07 settled | Silvia Lopez | Bakersfied | CA | Plantiff | Back | MVA | Plantiff Exper Phillip T.S. Tukia |
| 2007 | Naki, Shoray | Depo 11/3/2007 | Lyle Harada | Honolulu | HI | Defense | Arm Trauma | Mechine | Defense Expert |
| 2007 | Scott, Eric | Arb. 10/15/07 | Stuart Chandler | Fresno | CA | Plantiff | Back | MVA | Treating         Steven McQuillan |
| 2007 | Wiles-Bond, Bryan | Depo 9/21/07 | Gregg Ushiroda | Honolulu | HI | Defense | Learn dis | | Defense Exper S.L. Levin (Carl Varady) |
| 2007 | Villagrana, Magdalena | Depo 6/18/07 | Paul Welchans | Bakersfield | CA | Plantiff | Leg | Auto v. ped | Plantiff expert Eileen Deimerly |
| 2007 | Cabrara, Sylvestre | Depo 5/8/07 | Ed. Chatooian | Kings | CA | Plantiff | Anoxic, Neck | WC cave in | Treating          McCormick |
| 2007 | Amador, John | Depo 4/30/07 | Anthony Petru | Santa Clara | CA | Plantiff | TBI, neck, etc. | Train | Plantiff expert Guichoadd, et.al. |
| 2007 | Fosnot, Jack | Depo 2/20/07 | Ralph Smith | Sacramento | CA | Plantiff | Back | WC/auto | Plantiff Expert Matheny, Sears, et.al. |
| 2007 | Rodriguez, Christian | Depo 2/5/07, Testify X | Weakley, Ratliff, et | Fresno | CA | Defense | Anoxic | Hanging | Defense Exper Robt. Patch |
| 2006 | | | | | | | | | |
| 2006 | Bonillas, LeRoy | Nov 28, 2006 Depo | Susan Medina | Fresno | CA | Plantiff | BI | WC | Treating         SCIF |
| 2006 | Verdugo, Demisia | Oct 19, 2006 depo - set | Tim Lamucchi | Bakersfield | CA | Plantiff | Decub | Elder abuse | Plantiff expert /Pat Osborn |
| 2006 | DaSilva Richard | 10/31/06 Depo | Susan Madina | Fresno | CA | Plantif | BI | WC | Workers comp tom Leath SCIF |
| 2006 | Shibazian, Lindsay | Testify 12/12/06 | Stuart Tabak | Modesto | CA | Plantiff | CRPS | MVA | Plantiff Expert |
| 2006 | Kupukaa, Janis | Depo 6/13/06 Settled | Mark Kamitomo | Honolulu | HI | Plantiff | Blind | Med mal | Plantiff expert |
| 2006 | Maciel, Ignasio | Depo 5/2 | ?? | Fresno | CA | plantiff | Back | WC | Treating         Zenith |
| 2005 | | | | | | | | | |
| 2005 | Lamas, Moises | Testify 2/2/06 | Phil Bianco | Visalae | CA | Defense | BI, HA | WC fraud | Defense Exper DA |
| 2005 | Wiley, David | Depo 10/25/05 Settled | Dorothy Carol | Fresno | CA | Plantiff | neck/back | MVA | Plantiff Expert Mardirosian, et.al. |
| 2005 | La Porta, Susan | Depo 4/19/06 settled | Anthony Klein | St. Louis | MO | Plantiff | Back | WC | Plantiff Expert [St. Louis] |
| 2005 | Speakman, Robert | 9/15/05 depo-Settled | Lee Marshall | Bakersfield | CA | Defense | back, knee | WC acc | Defense Exper Klein, et.al. |
| 2005 | Hermasillo. Juan | depo 8/30/05- settled | Craig A. Edmonsto | Bakersfield | CA | Plantiff | Crush Injury | Cave in | Plantiff Expert |
| 2005 | Rodriguez, Frank | Depo 5/20/05 Settled | Dorothy Carroll | Fresno | CA | Plantiff | BI, HA | MVA | Treating          Robt Bettencourt. |
| 2005 | Sumlin, Sammy | Depo 4/28/05 Settled | Steve Clifford | Bakersfield | CA | Defense | Neck | Train | Defense Exper Anthony Petru |
| 2005 | Glenn, Roger | Depo 10/13/05 Testify | Greg Muir | Stockton | CA | Plantiff | BI, Upper Ext | Fall | Plantiff Expert Richard Morton, Haight Brown |
| 2005 | Buentipo, Reuybne | Depo 4/7/05 settled | Charles Fell | Honolulu | HI | Defense | BI | abuse | Defense Exper O'Brian/ Allen Williams |
| 2005 | Katz, Carri | Arb. 1/17/05 | Stuart Chandler | Fresno | CA | Plantiff | Neck, etc. | MVA | Treating          R. Marc Stamper |
| 2004 | | | | | | | | | |
| 2004 | Duenez, David | Depo 5/19/05; 10/18/05 | David Draheim | Oakland | CA | Plantiff | Back | Fall | Plantiff Expert Lombardi, et.al |
| 2004 | Simpson, Bonnie | Depo 3/1/05 | Roger Vehrs | Bakersfiedl | CA | Plantiff | PVS | Med Mal | Plantiff Expert Jurich/Lampe |
| 2004 | Branch, Reba | Dep 5/9/05-Settled | Richard Berman | Fresno | CA | Plantiff | Neck Back, ha | MVA | Plantiff Expert JR Ovideo |
| 2004 | Anrig, Susie | Depo 11/4/04-Settled | Stuart Chandler | Fresno | CA | Plantiff | Neck with Dis | MVA | Treating         Greg Mason, McCormick |
| 2004 | Ehoff, Brice | Depo 8/30/04 Settled | Warren Paboojian | Fresno | CA | Plantiff | Neck with FX | MVA | Plantiff Expert Jim Emmerson |
| 2004 | Lorenzo, Anthony | Dep 8/23/04- Settled | Greg Goodwin | Merced | CA | Plantiff | Multiple traur | Fall | Plantiff Expert Charles Brunn |
| 2004 | Graham-Carter, Barbara | 9/2/04 depo-Settled | Robt Williams | Fresno | CA | Plantiff | Neck, Shoulde | MVA | Treating          Malcolm Stewart |
| 2004 | Legare, Aaron | 8/20/04 Depo-Summar | Geoge Horn | Honolulu | HI | Defense | Downs | | Defense Expert |
| 2004 | Torres, Paul | 8/15/04 Depo Settled | Rod McCelland | Fresno | CA | Plantiff | Pain | MVA | Plantiff Expert Thomas Georgouses |
| 2004 | Fuller, Cindy | 7/2/04 Depo | Bryan Henry | | FL | Plantiff | BI | MVA | Treating          Leon Brunet |
| 2004 | Dolittle, Jacque | 7/15/04 Depo-Settled | David Cohn | Fresno | CA | Plantiff | Pain-?RSD | Fall | Plantiff Expert R. Church |
| 2004 | Guerra, Raquel | 5/20/04 deop Settled | Dorothy Carroll | Fresno | CA | Plantiff | BI | Fall | Treating         David Overstreet |
| 2004 | Collins, Robert | Depo 2/10/05 | Gerald Sugarman | Fresno | CA | Plantiff | Anoxia- | Med Mal | Plantiff Expert |

Richard S. Goka, MD
Testiomny, April 2007

| Year | Name | Date/Action | Attorney | City | State | Side | Injury | Case Type | Role | Opposing |
|---|---|---|---|---|---|---|---|---|---|---|
| 2004 | Stewart, Alexander | 4/27/2004 depo-Settled | Gerald Sugarman | Fresno | CA | Plantiff | BI-Anoxic | Med Mal | Plantfiif Exper | Geo Strausser |
| 2004 | Graham, Rose | 4/29/04 depo-Settled | Will. Clark | Fresno | CA | Plantiff | SDH-BI | Fall | Plantfiif Expert | |
| 2004 | Kampf, Robert | 3/23/04 Depo-settled | Ralph Smith | Fresno | CA | Plantiff | Neck-fusion | MVA | Plantfiif Exper | Paul Auchard |
| 2004 | Oliver, Kimberly | 3/9/04 Depo, Testify 3/ | John Morris JR | Fresno | CA | Plantiff | Neck, back, SI | MVA | Treating | Michael Czeshinski |
| 2004 | Sato, Debra | 2/25/04 Depo-Settled | Brian Murphy | Denver | CO | Plantiff | FX neck - MT | MVA | Treating | Daniel McCune |
| 2004 | Holler, Robert | 2/17/04 Depo, Testify 2 | Penner | Fresno | CA | Plantiff | RSD | Auto v. ped | Treating | |
| 2004 | Robinson, Sue | 2/10/04 depo Settled | Oren & Paboojian | Madera | CA | Plantifft | Neck-FX | MVA | Treating | Mardarosian, etal |
| 2003 | | | | | | | | | | |
| 2003 | Naauao-Kealoha, Tyson | 11/10/03 Depo | Charles Fell | Wailuku | HI | Defense | TBI | MVA | Defense Exper | Joy Yanagaida |
| 2003 | Elkins, Diore | 10/9/03 Testify | Wagner & Jones | Fresno | CA | Plantiff | Neck-Back | MVA | Plantiff | Presthold & Fidone |
| 2003 | Martin, Uleysses | 6/17/03 Depo 9/9/03 Te | Netzler | Fresno | CA | Plantiff | SCI | Fall | Plantiff Expert | Cooper & Hoppe |
| 2003 | Gomez, Robert | 9/8/02 SS Hearing | Richard Barrons | Visalia | CA | Plantiff | RDS | Social Sec | Plantiff Expert | |
| 2003 | Larsen, Roselee | 6/5/03 Depo Settle | Tom Tusan | Fresno | CA | Plantiff | Neck/Back | MVA | Treating | |
| 2003 | Avidesian, Kristine | 6/19/03 Depo Settled | W. Papoogian | | CA | Plantif | CRPS | Work accident | Treating | McCormick Barstow |
| 2003 | Clegg, Gheri | 5/20/03 Depo Settled | Andrew Jones | Mariposa | CA | Plantiff | Back | Slip & Fall | Plantiff Expert | David Wall & Assso. |
| 2003 | Armstrong, Joel Phillip | 3/27/03 depo | Eric Oren | Fresno | CA | Plantiff | Back | MVA | Treating | McCormick Barstow |
| 2003 | Ewald, Tammy | 4/3/03 Depo | Ed Chatoian, Esq | Fresno | CA | Plantiff | Back/Stomach | Industrial | Treating | Eric Emanuels, esq. |
| 2003 | Rivera, Manual | 2/18/03 Depo | Robt Bergstrom | Fresno | CA | Plantiff | Back. Hip | MVA | Treating | William Kronenberg |
| 2003 | Malcher, Karen | 1/6/03 Depo-Settled | Wynn Herron | Fresno | CA | Plantiff | Neck/Back | MVA | Treating | Allstate |
| 2002 | | | | | | | | | | |
| 2002 | Salisbury, Ken | 9/17/02 Depo-Settled | Renee Sample | Fresno | CA | Plantiff | Neck/Back | Auto | Treating | Cooper & Hoope |
| 2002 | Cane, Benjamin | 1/9/03 Depo-Settled | Sharon Hightower | Merced | CA | Defense | Neck | Auto | Defense Expert | |
| 2002 | Landrano, James | Test 8/30/02 | Rod McCelland | Fresno | CA | Plantiff | Back | Auto | Treating | J. Stone |
| 2002 | Cano, Fernando | Depo 7/12/02 Test 7/25 | Silvia Lopez | Bakersfield | CA | Plantiff | Neck | Third Party | Plantiff Expert | Steve Clifford |
| 2002 | Arroyo, Luis | Depo 1/16/03 - Settled | Mario Beltramo | Monertray | CA | Defense | Amp. | Med Mal | Defense Exper | Robt Gottesman |
| 2002 | Thompson, Cheryl | Depo 6/20/02,Testify 3. | Melvin Belli | Fresno | CA | Plantiff | Neck/Back | Auto | Treating | |
| 2002 | Stovall, Dedriomne | Depo 6/17/02-settled | Gerald Sugarman | Fresno | CA | Plantiff | Encepho. | Med mal | Plantiff Expert | |
| 2002 | Wilkie, Lyndia | Depo 6/12/02, Test 6/1 | Oliver Robinson | Bakersfield | CA | Defense | Back | Auto | Defense Exper | Anthony Kline |
| 2002 | Hurley, Kenneth | Depo 4/25/02 | baker manock | Fresno | CA | Plantiff | Polio | Third Party | Treating | Craig Trippel |
| 2002 | Hernandez, Jose | Depo 2/28/02 | Eric Wenzel, YPKI | Fresno | CA | WC - Agreed eval | | Workers Comp | | Linda Bosquez-Florez |
| 2002 | McComb, Tammy | Depo 2/27/02 | James Sanchez | Fresno | CA | Plantiff | Neck/MS | Auto | Treating | Greg |
| 2002 | Neil, Brandon | Depo 2/15/02-Settled | Carol Moses | Fresno | CA | plantiff | Knee Inj | Third Party | Plantiff Expert | Larry Sharpazian |
| 2002 | Guerrero, Berth | Depo 2/20/02-Settled | Randy Yamamoto | Honolulu | HI | Defense | Multiple traum | Auto v bike | Defense Exper | Ian Mattlock |
| 2002 | Ingram, Ingrid | Dep 6/21/02 Test 7/15/ | Dennis McPherson | Sacramento | CA | Defense | Anoxia | Med Mal | Defense Expert | |

**Richard S. Goka, M.D.**
PO Box 14089
Pinedale, California 93650-4089
(559) 269-2003     Fax (559) 439-3212

---

**MEDICAL LEGAL FEE SCHEDULE**
And Special Consultation
Effective Jan. 1, 2008

| | |
|---|---|
| Evaluation, chart review, etc. | $500.00 per hour. Eval. Min. $600.00. |
| Deposition Testimony, Fresno | $1,000.00 for the first hour, second hour free and $500.00 per hour thereafter. |
| Trial Testimony, local and Video Depo: | $2,500.00 minimum (1/2 day) plus expenses. |
| Out of town activities: | $5,000.00 per day plus expenses. |
| Expenses: | Cost, first class |
| Mileage: | Per IRS. |
| Retainer (nonrefundable): | |
| Patient evaluated in Fresno. | $4,000.00 |
| Patient evaluated outside Fresno. | $8,000.00 |

(Note: in more complex cases a higher retainer maybe requested)

Advance payment:

Deposition in Fresno. First hour fee received at least three-business day before deposition. Out of Town, same as testimony rate.

Testimony: Local (Fresno-Madera) trial, $3,000.00 to cover preparation and testimony to be received at least one week before expected testimony. Out of town testimony, $5,500.00 at least one week before testimony.

The above is subject to change without notice.

Cancellation Policy: A minimum of 5 working days is required otherwise charges will apply.