# Exhibit I –

# Expert Curriculum Vitae

Curriculum Vitae for

# ROBERT B. HALL, Ph.D., CRC, CDMS

HALL ASSOCIATES
7290 Navajo Road, Suite 105
San Diego, CA. 92119
(619) 463-9334 Fax (619) 463-9337
info@rehabsource.org

## SUMMARY OF QUALIFICATIONS

**Rehabilitation and Disability Management Consultant** services provided since 1973. Experience providing evaluation and consulting services with disabled adults and youth in a variety of rehabilitation and disability compensation settings, including workers' compensation, long-term disability, and Social Security. Company-wide, over 2,800 persons have been served since 1978. Expert witness services provided in a variety of legal settings; including personal injury, medical malpractice, employment law, and spousal support. Employer and organizational consulting services provided, including the design & evaluation of assessment, re-employment and disability management programs. Case management and rehabilitation planning services provided with a wide variety of individuals with an emphasis on those having significant work disability.

**University Faculty / Center Director** - Rehabilitation Counselor Program, San Diego State University. Adjunct Professor of Rehabilitation 1985-1988 and 1993-Present. Adjunct Doctoral Research Faculty - University of Northern Colorado. Faculty responsibilities in the graduate rehabilitation counseling and rehabilitation administration programs. Center & Project Director with various research and training responsibilities.

## EMPLOYMENT RECORD

1980 - Present       **Hall Associates / Robert Hall & Associates, Inc.**
                     La Mesa, California

**Director of Services/President:**  Founder and manager for firm providing comprehensive rehabilitation and disability management services. Services provided include vocational evaluation, medical and rehabilitation case management, rehabilitation program development, employability studies, labor market analysis, job analysis, earnings capacity studies, job placement services, and expert testimony. Developer of SEER software for use in vocational evaluation and occupational analysis.

2000 – Present       **AtWork Resources & Presagia Corporation**
                     Belmont, Ca.

**Principal:** software development and consulting firm, providing web-based RTW Systems applications and on-site disability management and return-to-work services & training.

1985 - Present       **San Diego State University / Interwork Institute**
                     San Diego, California

**Adjunct Faculty Member/Center Director:** Instruction, supervision, and research coordination position within graduate rehabilitation counseling program and research & training Institute. Active community involvement with various consumer, family, health and rehabilitation service organizations.

**Director, Work & Health Technologies Center, San Diego State University**
Completion of various research and training projects & contracts:
- Project Director, California Workers' Compensation Vocational Rehabilitation Data Collection Project. (1998-2003) Project funded by California Association of Rehabilitation & Reemployment Professionals.
- Statewide Disability Needs Assessment: CA Department of Rehabilitation (2001). Co-Project Director. Developed research agenda, methods, and instruments.
- Director - Rehabilitation Counseling Program Specialization for Persons with Mental Illness. (1997-2000) Three-year special training contract, funded by U.S. Department of Education.
- Project Director, Disability Management Coursework Developed and Delivered via Distance Education for the Insurance Education Association. (1998-99).
- Program Director, SDSU Certificate Program in Disability Management Services. (1993 - 1997) Teaching / Administered six-course Graduate Certificate.
- Principal Investigator/Co-Project Director. (1996) Privatization of the Nevada Division of Rehabilitation Vocational Assessment Centers: A Feasibility Study.
- Training Series "Supervising the Injured Employee". (1996-97) California Department of Personnel Administration. Training for 168 California State Agencies in workers' compensation & return-to-work strategies.
- Co-Principal Investigator (1996) California Department of Rehabilitation - Inter-Rater Reliability Study of the Severity of Disability / Order of Selection System.
- Principal Investigator/Project Director (1993-94) Contract with the Disability Evaluation Unit, State of California Division of Workers' Compensation to review existing disability rating classification models and develop occupational classification systems for use in California's workers' compensation permanent disability rating system.
- Principal Investigator/Project Director (1992-94) - Vocational rehabilitation outcome research with industrially injured workers through the Case Management Information Service (CMIS).

1988 -1993        **WorkAble Solutions, Inc.**
                  San Diego, California
**Partner** Disability Management Consulting firm. Consulting services to industry and organizations regarding compliance with Federal/State disability and related legislation.

1973 - 80         **Counselor/Case Manager** in a variety of public/private inpatient & outpatient mental health and vocational rehabilitation programs.


## ORGANIZATIONAL LEADERSHIP

- National Advisory Board, Disability Management Employer Coalition: 1998-03.
- Board of Directors for the San Diego Brain Injury Foundation: 2001-02.
- Disability Management Advisory Committee – International Association of Rehabilitation Professionals: 1999-00.
- Research Chair, California Association of Rehabilitation Professionals: 1990-92.
- President of the Board of Directors and Legislative Chairperson for California Chapter of National Association of Rehabilitation Professionals in the Private Sector: 1987-90.

## EDUCATIONAL RECORD

- Doctor of Philosophy Degree - 1994 <u>Major: Human Rehabilitation.</u> College of Health & Human Sciences, University of Northern Colorado. Dissertation: <u>*Factors Contributing to Rehabilitation Outcomes & Costs in California's Workers' Compensation Vocational Rehabilitation Program.*</u>
- 35 Units Doctoral course work - 1980-1985 <u>Major: Professional Psychology.</u> United States International University, School of Human Behavior, San Diego, California.
- Master of Arts Degree-1978 <u>Major: Rehabilitation Counseling</u> School of Health Sciences, Fresno State University, and Fresno, California.
- Bachelor of Arts Degree-1975 <u>Major: Psychology</u> School of Behavioral Sciences, Chapman College; Orange, California.

## PUBLISHING

- *Absenteeism: Measure Costs, Adjust Incentives, Change Behaviors.* <u>SHRM Online.</u> (December, 2007). Society for Human Resource Management.
- *Understanding the Productivity Impact:* <u>SHRM Online.</u> (November, 2007). Society for Human Resource Management.
- *Integrated Absence & Disability Management.* <u>Rehab Management. January/February, 2007.</u>
- *New Return to Work Strategies (2005).* <u>Benefits & Compensation Digest.</u> International Foundation for Education Benefits and Compensation: Vol. 42, No.12.
- <u>*The SEDEC Method: Stepwise Estimate of Diminished Earning Capacity*</u> (2005). Published in Seminar Proceedings by California Applicant Attorneys' Association.
- <u>*SEER*</u> (2004). Developer of occupational analysis software using the O*NET database.
- <u>*RTW College*</u> (2003). Co-author of course manual and training materials. Insurance Educational Association.
- <u>*RTW Program Survey Research Summary*</u>. DMEC Newsletter (2003).
- *Small Employers and Return to Work Programs.* Chapter in <u>Modified Duty Manual</u> (2003). Disability Management Employer Coalition: San Diego, Ca.
- <u>*AtWork Manager*</u> (2002-Present). Co-developer of Return-to-Work and Medical Case Management web-based software applications for use by industry and providers to manage workforce health & productivity issues. AtWork Resources, Inc. Belmont, Ca.
- <u>*Organizational Concepts for Disability Managers*</u>. (1998) Insurance Educational Association - Training Manual for DM certification training program.
- <u>*The Abilities Accommodation Program: A Comprehensive Program for Employers Designed to Reduce the Human & Economic Cost of Disability in the Workplace*</u> (1997). Robert Hall & Associates, Inc: La Mesa, Ca.
- *Client Factors Related to Outcomes and Costs in California's Workers' Compensation Vocational Rehabilitation Program.* <u>Journal of Rehabilitation Administration,</u> (1997).
- *Case Managers and Disability Management Programs,* <u>the Case Manager</u> (1997).
- *Service Delivery Timeliness as a Factor in Outcomes and Costs in California's Workers' Compensation Vocational Rehabilitation Program,* <u>Journal of Rehabilitation Administration</u> (1994): Special Issue on Workers' Compensation.
- <u>*Evaluation of Permanent Disability, Methodology, Public Law and Policy, and Reemployment of the Injured Worker*</u>, San Diego State University - Work & Health Technologies Center, research monograph (1995).
- <u>*Reasonable Accommodation at Work: A Guide for Employers*</u> (1992) co-author with Harris, Thompson, and Fox. Training manual.
- *Expand and Refine Vocational Rehabilitation.* Co-author with Fred McFarlane, Ph.D. <u>Journal of Private Sector Rehabilitation</u> (1989).

## PROFESSIONAL CERTIFICATIONS

- Certified Rehabilitation Counselor (CRC) #12266, continuously since 1978.
- Certified Disability Management Specialist (CDMS) #01726, continuously since 1983.

## APPOINTED POSITIONS

- National Commission for Disability Management Specialist Certification: 2004-08
- Disability Management Advisory Group, International Association of Rehabilitation Professionals: 1998-99.
- Disability Management Standards Work Group, CARF: 1995-96.
- Rehabilitation Advisory Committee, State of California, Division of Workers' Compensation: 1990-91.

## PROFESSIONAL ORGANIZATION MEMBERSHIPS

- Disability Management Employer Coalition
- National Rehabilitation Association
- International Association of Rehabilitation Professionals

## CONSULTING

- Presagia Corporation. (2006-present). Corporate principal and consultant in development of total absence management and return-to-work web-based software.
- Disability Management Employer Coalition (2003). Provided technical assistance on Return-to-Work Survey.
- Nordstrom Corporation (2001). Provided technical assistance and training to corporate human resources and risk management on ADA policy and procedures.
- UNUM/Provident Insurance (2001). Consultant to Director, Return-to-Work Programs regarding design of RTW programs and technology initiatives.
- Rutgers University, School of Labor and Industrial Relations (1997 & 1999). Contracted to teach graduate-level course, Vocational Systems.
- Presidium / Cambridge Integrated Services (1998-99). Team consultant in the development, delivery, and evaluation of disability management services and products for this national TPA for workers' compensation and short-term disability benefits.
- University of California, Office of the President (1997). Technical assistance to the UC system in the development of a disability management cost-benefit model for UC campuses to evaluate, maintains, and improves disability management programs for faculty and staff. Training on model provided to campus rehabilitation and employee assistance staff.
- University of Arkansas, Regional Continuing Education Program (RCEP) (1997). Contract for development of curriculum and to conduct training in disability management services for employees of the State of Arkansas Rehabilitation Services.
- Paradigm Health Corporation (1996-97). Project lead on design & implementation of vocational component for catastrophic case management services. Vocational rehabilitation consultant for planning conferences and individual vocational evaluations.
- National Association of Rehabilitation Professionals in the Private Sector /IARP (1995-96). Executive Director, responsible for operational and fiscal management of the 4,000 member professional organization.
- Social Security Administration – Vocational Expert Panel (1987-89). Provided vocational evaluation and testimony regarding SSA disability determination process.

## **PROFESSIONAL PAPERS & PRESENTATIONS**

Over 80 papers & presentations on the local, national, and international levels regarding a variety of topics, including: characteristics of mental & physical disabilities, rehabilitation strategies, disability evaluation, vocational assessment, job placement, job accommodation, disability case management, life care planning, proposal and grant writing, labor market & wage earning capacity analysis, professional issues & ethics, disability policy, employer-based disability management programs, Social Security Disability, Workers' Compensation, the Americans with Disabilities Act, Family Medical Leave Act, expert witness testimony, and rehabilitation & employment program development & evaluation.

# Exhibit II –

# Fee Schedule

## CONSULTING SERVICES & EXPERT WITNESS FEE SCHEDULE

| | |
|---|---|
| **RETAINER:** | $ 2500 |
| Required when retained as an expert or consultant on a case to reserve use of our services. Fee will be applied to future services, if provided. If no work is performed, retainer fee will be refunded, less administration fee of $400.00. | |

**ALL WORK BILLED AT THE FOLLOWING RATES:**

| | |
|---|---|
| CONSULTING, COUNSELING, RESEARCH SERVICES (HOURLY SERVICES) | $300/HOUR |

**VOCATIONAL EVALUATION:**
    Interview / Testing
    Records Review & Research

**ADDITIONAL CASE PREPARATION:**
    Records Review
    Research
    Conferences/Meetings

| | |
|---|---|
| **EXPERT WITNESS TESTIMONY:** | |
| Testimony at Trial or Arbitration | $1500 PER ½ DAY |
| Depositions / Hearings | $400/HOUR |

Note: Any special retainer and/or fee arrangements must be confirmed in writing.

Tax ID: 95-3768848

> *Note: Obtaining a copy of Dr. Hall's CV does not constitute retention.
> Please contact the offices of Hall Associates to finalize the retention.

# Exhibit III –

# List of Expert Testimony Cases

**ROBERT B. HALL**
**HALL ASSOCIATES**
**TRIAL/DEPO TESTIMONY**
**2002-2008**

| Case | Year | Case # | Superior Court |
|---|---|---|---|
| Adler v. Taco Bell | 2002 | 91731 | County of Imperial |
| Banks v. Kashou Bros, Inc | 2002 | GIC759454 | San Diego |
| Bartsch v. Grossmont Hospital | 2003 | GIC777728 | San Diego |
| Beauchamp v. Kaiser | 2003 | Arbitration | San Diego |
| Bella v. Nissan | 2006 | GIC827442 | San Diego |
| Beltran v. Cypert, et al | 2002 | GIC773258 | San Diego |
| Berglund v. Dr. Losse, et al | 2006 | Arbitration | San Diego |
| Bonilla v. Ryder Truck | 2002 | LC00287 | San Diego |
| Boone v. State Farm Insurance | 2008 | GIC050526 | San Diego |
| Boyd v. Kaiser | 2005 | Arbitration | San Diego |
| Brownen v. Reyes, et al | 2002 |  | San Diego |
| Buell-Wilson v. Turner | 2003 | GIC800836 | San Diego |
| Burt v. Sharp Memorial Hospital | 2008 | GIC880133 | San Diego |
| Cabral v. UPS, et al | 2002 | GIC768020 | San Diego |
| Cano v. Dr. Villarassa | 2008 | INC054247 | San Diego |
| Carr v. MDB Erectors, et al | 2003 | TC016457 | Orange County |
| Chadwick v. USA | 2003 | 02CV1059 | San Diego |
| Chrislock v. Sharp Chula Vista | 2003 | GIS008195 | San Diego |
| Claret v. Harbor Freight Tools | 2005 | GIC828028 | San Diego |
| Cotter v. Advanced Honeycomb | 2008 | WCABSD00355724 | San Diego |
| Cox v. Dr. Padilla | 2004 | GIC803808 | San Diego |
| Cox v. Regents | 2003 | GIC794667 | San Diego |
| Crew v. Bloomfield | 2003 | GIN020352 | San Diego |
| Crippen v. Brannons | 2003 | GIC785501 | San Diego |
| Croy v. United Rentals | 2002 | 00CC14158 | San Diego |
| Daniels v. Henning | 2003 | GIC775300 | San Diego |
| Doherty v. Richardson | 2003 | GIC780619 | San Diego |
| Dyer v. Damon Corp | 2008 | 37200700050046 | San Diego |
| Elliott v. Valley Fence Company | 2006 | SD0326374 | San Diego |
| Escuivel v. SD Engineering Corp | 2002 | GIN015138 | San Diego |
| Eskridge v. Davis | 2005 | GIE017592 | San Diego |
| Feist v. Waste Management | 2003 | IC795035 | El Centro |
| Fetzer v. Chaisson | 2002 | GIN011979 | San Diego |
| Garcia v. Jones, et al | 2002 | GIC771805 | San Diego |
| Garcia v. Petsmart | 2004 | GIS009277 | San Diego |
| Gomez v. Fleming, et al | 2004 | GIN 030445 | San Diego |

Robert B. Hall
Trial/Depo Testimony
Page 2

| Case | Year | Number | Location |
|---|---|---|---|
| Gonzales v. Shaffer, et al | 2002 | GIC769683 | San Diego |
| Grey v. Kaiser | 2003 | Arbitration | San Diego |
| Grubb v. USA | 2006 | 05CV1367DMD | San Diego |
| Grijalva v. SD Trolley | 2003 | GIC795985 | San Diego |
| Grijalva v. Rangel, et al | 2003 | GIN018588 | San Diego |
| Hackett v. Matson Navigation | 2005 | NC035158 | San Diego |
| Hargis v. Home Depot | 2006 | 05CC13112 | Orange County |
| Haywood v. Nasso | 2005 | GIC822393 | San Diego |
| Henderson v. Santa Maria | 2003 | | San Diego |
| Hollins v. Contender Plumbing | 2003 | GIC786542 | San Diego |
| Hoss v. Schemen | 2003 | GC791482 | San Diego |
| Jennings v. Palomar Health | 2002 | GIC768563 | San Diego |
| Johnson v. Hootwink, et al | 2002 | | San Diego |
| Jones v. City of Santee | 2004 | GIC806552 | San Diego |
| Kirstead v. Kaiser | 2002 | Arbitration | San Diego |
| Klemz v. USA | 2002 | 00CV01240-B | San Diego |
| Kops v. Morley Const, et al | 2004 | GIC803717 | San Diego |
| Koutrouba v. USA | 2003 | 02CV1008 | San Diego |
| Kuderna v. Tustison, et al | 2005 | GIC818121 | San Diego |
| Leano v. Leano | 2004 | | San Diego |
| Lee v. S.D.G. & E. | 2005 | | San Diego |
| Lecuyer v. Sunset Trails | 2003 | GIC781227 | San Diego |
| Lemas v. Brown, et al | 2008 | C0700958SI | San Diego |
| Loerch v. UCSD Regents | 2006 | GIC842170 | San Diego |
| Lowry v. Johnson, et al | 2006 | RCV085122 | Riverside |
| Maldanado v. Basiliere, et al | 2003 | GIS00888 | San Diego |
| Marion v. County of San Diego | 2005 | 0278411 | San Diego |
| Martinez v. McKesson Water | 2002 | RCV052111 | San Bernardino |
| Mason v. Ravessoud | 2004 | NC033900 | Los Angeles |
| McCauley v. Laser Vision, et al | 2002 | GIC766773 | San Diego |
| Mendez v. Ingersoll-Rand, et al | 2008 | GIS19096 | San Diego |
| Mills v. Petsmart | 2003 | GIC795020 | San Diego |
| Moreno v. U.S. Gypsum | 2008 | 06VZ196DMS | San Diego |
| Moss v. Kaiser | 2004 | Arbitration | San Diego |
| Murguz v. County of San Diego | 2005 | GIC822109 | San Diego |
| Naber v. Cycle Express | 2003 | 796289 | San Diego |
| Nousiss v. Kaiser | 2002 | Arbitration | San Diego |
| Ordway v. Richley, et al | 2006 | GIC845594 | San Diego |
| O'Keefe v. State Of California | 2002 | GIS6069 | San Diego |
| Ortega v. Pacific Motor Trucking | 2004 | Arbitration | Los Angeles |
| Ortiz v. Ramirez | 2005 | RCVRS 070533 | San Bernardino |

Robert B. Hall
Trial/Depo Testimony
Page 3

| Case | Year | Number | Location |
|---|---|---|---|
| Padoan v. Motalle | 2004 | | San Diego |
| Park Place Associates v. The Bell Gardens Bicycle Club | 2005 | Arbitration | Los Angeles |
| Palmer v. Newman Backhoe Svc | 2006 | GIC842815 | San Diego |
| Parker v. Kelly | 2002 | GIC769960 | San Diego |
| Parrell v. Hillcrest Pharmacy | 2006 | GIC853597 | San Diego |
| Pham v. Gross | 2003 | O1CC14085 | Orange County |
| Quintero v. Harper Construction | 2002 | GIC 745821 | San Diego |
| Rafelson v. Miller, et al | 2002 | OOCC09657 | Orange County |
| Ray v. Kroeker, et al | 2002 | GIN013590 | No County |
| Ramcharan v. Carl Investors | 2003 | GIC800336 | San Diego |
| Reichner v. Maywood | 2003 | GIC775112 | San Diego |
| Reid v. Glaxo, et al | 2005 | | |
| Rifkin v. Seastrom | 2003 | OOCC16552 | Orange County |
| Rister v. Defendant DOE 1-6 | 2007 | GIC8229779 | San Diego |
| Restar v. Al' Auto Wrecking | 2004 | GIC816755 | San Diego |
| Rivera-Wilson v. Amory | 2003 | GIN019070 | San Diego |
| Robinson v. Bell Helicopter | 2005 | BC206780 | Los Angeles |
| Roberts v. Council | 2004 | | San Diego |
| Rodriguez v. Metros, et al | 2002 | GIC754962 | San Diego |
| Roleder v. Pardee Homes | 2007 | | San Diego |
| Roque v. Clougherty Packing | 2006 | Arbitration | San Diego |
| Rosser v. Home Depot | 2006 | LC071462 | Los Angeles |
| Rowe v. RPD Construction | 2003 | GIC789652 | San Diego |
| Sabiston v. Moran, et al | 2002 | GIE005294 | San Diego |
| Sagredo v. Chula Vista Marina | 2002 | GIC754962 | San Diego |
| Sanchez v. Yellow Transportation | 2006 | Arbitration | Orange |
| Sanden v. Everingham Bros. | 2002 | GIC771315 | San Diego |
| Schoenfield v. USA | 2008 | 02CV819WQT | San Diego |
| Sherman v. City of Chula Vista | 2005 | GIN032903 | San Diego |
| Simmons v. Grossmont Hospital | 2002 | GIC759674 | San Diego |
| Sisk v. USA | 2008 | 05CV1869BTM | San Diego |
| Slade v. Kaiser | 2003 | Arbitration | San Diego |
| Smith v. Barron Boats | 2006 | 04CC05762 | Orange |
| Smith v. Dodge, et al | 2002 | GIC756440 | San Diego |
| Snyder v. Vizard | 2005 | GIN040161 | San Diego |
| Steen v. Diving Unlimited | 2003 | | San Diego |
| Thummel v. Kaiser | 2004 | Arbitration | San Diego |
| Todd v. Harper Construction | 2002 | 255595 | San Diego |
| Tucker v. Ruben H. Fleet | 2004 | GIC809391 | San Diego |
| | | | Washington State |
| Underdahl v. Scripps, et al | 2003 | GIC778033 | San Diego |

| | | | |
|---|---|---|---|
| White v. Cicalese, et al | 2002 | GIC770113 | San Diego |
| Winchester v. Corcoran | 2004 | GIN 030107 | San Diego |
| Zampetti v. Kaiser | 2003 | Arbitration | San Diego |
| Zorick v. Pac Bell, et al | 2002 | GIZ769172 | San Diego |

Case 1:00-cv-00282-MLR-LEK    Document 387-9    Filed 08/26/2008    Page 13 of 13