It would appear that health and functional status both greatly influence a person's self-assessment of his or her ability to work, depending on the nature of the condition or impairment that causes disability.

tute aggregate, condition-based data reflecting typical functional status. Thus, we compute the mean value of the functional limitation index by first determining the main cause of disability for each individual, then obtaining the functional limitation

**Figure 28. Proportion unable to work vs. Functional Limitation Index, by main condition causing disability.**



15. On the other hand, this graph may have more scatter, and a lower correlation, simply because we have only two years of data for the functional limitation measure compared to nine years for the health status measure.



**Percentage in Integrated Employment, 2001**

- 2.3–17.5
- 17.6–28.1
- 28.2–39.0
- 39.1–55.7
- no data available



**State Unemployment Rates (%), 2001**

- 5.4—6.4
- 4.7—5.3
- 3.9—4.6
- 2.9—3.8

No. 8, 2006

# Data Note

Data set: MR/DD

**Relationship between integrated employment and state unemployment rates for MR/DD consumers**

State mental retardation/developmental disability (MR/DD) agencies provided day and employment supports to over 466,500 people in 2001. Approximately 23% of individuals supported by MR/DD agencies nationwide were employed in integrated employment settings, with individual state outcomes ranging from 2% to 56%.

Researchers explored state unemployment rates to determine whether a state's MR/DD agency employment outcomes were related to the state's economy. The following table and maps compare the percentage of consumers working in integrated employment with state unemployment rates (UR), rounded to the nearest percentage point.

There was no significant correlation between the percentage of consumers in integrated employment and unemployment rate. This finding suggests that in 2001, a state's unemployment rate was not related to its integrated employment outcomes for individuals supported by state MR/DD agencies.

| State | Integrated % | UR % | State | Integrated % | UR % | State | Integrated % | UR % |
|---|---|---|---|---|---|---|---|---|
| | 48 | 6 | | 29 | 5 | | 20 | 5 |
| | 2 | 5 | | 41 | 6 | | 24 | 4 |
| | 3 | 5 | | 27 | 4 | | 39 | 4 |
| | --- | 5 | | 42 | 4 | | 38 | 6 |
| | 19 | 5 | | 31 | 4 | | 35 | 5 |
| | 34 | 4 | | 38 | 5 | | --- | 5 |
| | 52 | 3 | | 47 | 4 | | 33 | 5 |
| | 4 | 6 | | 12 | 5 | | 42 | 3 |
| | 33 | 3 | | 8 | 6 | | 14 | 4 |
| | --- | 5 | | --- | 5 | | 20 | 5 |
| | 39 | 4 | | 9 | 6 | | 40 | 4 |
| | --- | 5 | | --- | 3 | | 26 | 3 |
| | --- | 3 | | 23 | 3 | | 39 | 4 |
| | 10 | 5 | | 51 | 4 | | 56 | 6 |
| | 12 | 5 | | 20 | 4 | | 14 | 5 |
| | 19 | 4 | | 31 | 5 | | --- | 5 |
| | 24 | 4 | | --- | 5 | | 26 | 4 |

***Data sources***: U.S. Bureau of Labor Statistics (www.bls.gov) and the ICI National Survey of Day and Employment Services for People with Developmental Disabilities

This is a publication of StateData.info, funded in part by the Administration on Developmental Disabilities, U.S. Department of Health and Human Services (#90DN0204). This Data Note was written by Katherine Fichthorn and Dana S. Gilmore.



**StateData.info**

*A project of the Institute for Community Inclusion at UMass Boston*

# TRENDS IN LABOR FORCE PARTICIPATION AMONG PERSONS WITH DISABILITIES, 1983–1994

by

Laura Trupin, M.P.H.
Douglas S. Sebesta, Ph.D.
Edward Yelin, Ph.D.
Mitchell P. LaPlante, Ph.D.


Disability Statistics Rehabilitation Research and Training Center
Institute for Health & Aging
University of California, San Francisco
San Francisco, California

April 1997

Prepared with funding from the
National Institute on Disability and Rehabilitation Research,
U.S. Department of Education, under award number H133B30002–96.

Table 4. Estimated Population and Labor Force Participation Rate of Persons Aged 18–64, by Disability Status and for Selected Discrete Conditions Identified as Main Cause of Activity Limitation, 1983–1994.

| | 1983 | | 1984 | | 1985 | | 1986 | | 1987 | | 1988 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) |
| All persons | 140,816 | 75.0 | 142,581 | 76.3 | 143,932 | 77.0 | 145,678 | 77.9 | 147,113 | 77.8 | 148,638 | 78.5 |
| Persons without disabilities | 121,595 | 79.1 | 123,976 | 80.3 | 125,136 | 81.1 | 126,572 | 81.8 | 128,633 | 81.7 | 129,578 | 82.4 |
| Persons with disabilities | 19,221 | 48.6 | 18,604 | 49.9 | 18,795 | 49.7 | 19,106 | 52.1 | 18,485 | 50.5 | 19,061 | 51.6 |
| Disabling condition [1] | | | | | | | | | | | | |
| Orthopedic impairments of back or neck | 1,787 | 62.9 | 1,898 | 63.2 | 1,688 | 66.1 | 2,054 | 69.5 | 2,060 | 65.6 | 2,064 | 63.0 |
| Intervertebral disc disorders | 1,206 | 62.0 | 1,213 | 64.7 | 1,296 | 62.2 | 1,363 | 61.8 | 1,334 | 62.1 | 1,434 | 62.6 |
| Orthopedic impairments of lower extremity | 1,057 | 70.1 | 1,016 | 69.4 | 1,055 | 68.9 | 1,152 | 72.5 | 1,058 | 68.7 | 1,214 | 70.7 |
| Heart disease, excluding hypertension | 1,747 | 36.6 | 1,668 | 42.5 | 1,739 | 42.5 | 1,600 | 41.5 | 1,477 | 39.2 | 1,378 | 38.4 |
| Osteoarthrosis and allied disorders | 1,399 | 43.6 | 1,322 | 39.5 | 1,316 | 39.5 | 1,284 | 39.8 | 1,374 | 43.3 | 1,190 | 42.7 |
| Asthma | 733 | 59.3 | 691 | 60.4 | 693 | 62.2 | 712 | 60.9 | 702 | 62.7 | 825 | 62.7 |
| Orthopedic impairments of shoulder and/or upper extremities | 411 | 71.9 | 401 | 77.3 | 364 | 68.6 | 461 | 70.2 | 457 | 73.3 | 491 | 75.9 |
| Diabetes mellitus | 565 | 45.0 | 482 | 46.3 | 506 | 46.2 | 516 | 45.3 | 575 | 43.9 | 510 | 43.4 |
| Hypertensive disease | 897 | 36.5 | 685 | 41.1 | 715 | 37.3 | 725 | 43.2 | 556 | 42.6 | 612 | 39.8 |
| Mental retardation/ Down's syndrome | 372 | 25.8 | 362 | 33.2 | 345 | 31.2 | 489 | 30.4 | 381 | 23.6 | 468 | 23.9 |
| Rheumatoid arthritis and other inflammatory polyarthropathies | 345 | 40.3 | 328 | 37.8 | 369 | 44.9 | 297 | 51.7 | 316 | 38.7 | 320 | 40.5 |
| Epilepsy | 241 | 40.4 | 251 | 42.3 | 240 | 38.1 | 251 | 37.1 | 252 | 34.2 | 248 | 36.9 |
| Neurotic disorders | 195 | 20.6 | 231 | 18.7 | 233 | 17.5 | 209 | 32.7 | 254 | 15.5 | 212 | 20.8 |
| Curvature of spine or back | 381 | 67.3 | 315 | 67.8 | 328 | 61.6 | 294 | 61.0 | 250 | 37.2 | 321 | 64.2 |
| Spondylosis and allied disorders | 356 | 43.1 | 266 | 37.7 | 292 | 37.1 | 266 | 43.9 | 265 | 45.3 | 315 | 49.2 |

| 1989 | | 1990 | | 1991 | | 1992 | | 1993 | | 1994 | | Percent Change in LFP Rate 1983–1994[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | |
| 150,310 | 78.5 | 151,667 | 78.8 | 152,900 | 78.0 | 154,195 | 78.6 | 155,553 | 78.3 | 153,583 | 78.6 | 3.8% † |
| 130,677 | 82.4 | 132,264 | 82.7 | 132,688 | 82.0 | 132,391 | 83.0 | 132,823 | 82.7 | 136,082 | 83.0 | 4.2% † |
| 19,633 | 52.6 | 19,403 | 52.6 | 20,213 | 52.2 | 21,804 | 51.9 | 22,731 | 52.1 | 22,501 | 51.8 | 6.4% † |
| 2,271 | 67.3 | 2,240 | 64.9 | 2,474 | 63.1 | 2,567 | 62.3 | 2,991 | 63.0 | 2,739 | 62.5 | -4.1% |
| 1,607 | 65.3 | 1,564 | 62.3 | 1,625 | 61.2 | 1,771 | 60.8 | 1,973 | 59.3 | 1,970 | 59.8 | -5.7% |
| 1,170 | 69.5 | 1,188 | 70.9 | 1,182 | 73.4 | 1,404 | 71.2 | 1,385 | 72.0 | 1,402 | 69.4 | 2.3% |
| 1,415 | 39.3 | 1,467 | 38.6 | 1,269 | 39.5 | 1,443 | 38.1 | 1,361 | 40.6 | 1,350 | 41.5 | -0.6% |
| 1,264 | 44.9 | 1,146 | 45.9 | 1,251 | 47.5 | 1,291 | 43.7 | 1,321 | 44.8 | 1,187 | 45.2 | 12.6% † |
| 803 | 67.2 | 837 | 67.3 | 843 | 65.1 | 906 | 66.4 | 1,021 | 64.7 | 1,022 | 70.8 | 14.7% † |
| 592 | 72.8 | 534 | 70.3 | 544 | 70.7 | 665 | 64.1 | 685 | 68.3 | 735 | 68.6 | -10.2% † |
| 640 | 49.8 | 619 | 43.5 | 633 | 46.7 | 680 | 41.3 | 710 | 39.6 | 668 | 41.1 | -11.8% |
| 572 | 42.7 | 469 | 43.7 | 562 | 44.2 | 472 | 44.0 | 484 | 47.7 | 457 | 38.2 | 17.8% † |
| 417 | 37.1 | 526 | 29.8 | 458 | 30.4 | 466 | 40.4 | 507 | 36.3 | 456 | 33.5 | 35.9% † |
| 308 | 35.7 | 308 | 46.1 | 333 | 46.4 | 271 | 45.8 | 335 | 40.5 | 352 | 44.0 | 7.9% |
| 227 | 40.2 | 290 | 38.2 | 248 | 39.7 | 281 | 38.4 | 321 | 33.3 | 351 | 37.3 | -6.0% |
| 202 | 22.1 | 277 | 17.5 | 298 | 24.3 | 296 | 27.7 | 244 | 28.3 | 314 | 28.3 | 46.1% † |
| 318 | 68.1 | 294 | 72.7 | 271 | 67.8 | 252 | 64.8 | 356 | 65.7 | 285 | 59.2 | -0.9% |
| 299 | 52.7 | 234 | 53.8 | 266 | 38.9 | 271 | 43.3 | 277 | 43.9 | 268 | 40.9 | 1.1% |

34

*Disability Statistics Report*

Table 4. Estimated Population and Labor Force Participation Rate of Persons Aged 18–64, by Disability Status and for Selected Discrete Conditions Identified as Main Cause of Activity Limitation, 1983–1994, continued.

| | 1983 | | 1984 | | 1985 | | 1986 | | 1987 | | 1988 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) |
| Carpal tunnel syndrome | 14 * | 55.8 * | 20 * | 72.9 | 23 * | 39.8 * | 22 * | 93.2 | 77 | 71.4 | 76 | 77.4 |
| Cerebrovascular disease | 199 | 17.7 | 214 | 14.9 | 198 | 19.8 | 203 | 15.1 * | 252 | 24.7 | 219 | 17.1 |
| Depressive disorders | 55 | 31.2 | 73 | 37.2 | 71 * | 13.9 * | 87 | 12.7 * | 62 | 28.3 | 82 | 28.9 |
| Emphysema | 292 | 30.7 | 276 | 32.5 | 312 | 29.2 | 275 | 39.9 | 228 | 27.6 | 241 | 25.9 |
| Peripheral entheseopathies and allied syndromes | 102 | 66.1 | 93 | 63.2 | 90 | 69.7 | 111 | 77.6 | 139 | 67.8 | 142 | 71.0 |
| Multiple sclerosis | 96 | 22.1 | 122 | 28.9 | 103 | 39.1 | 88 | 28.6 * | 115 | 21.4 | 127 | 31.9 |
| Schizophrenic psychoses | 74 | 17.7 * | 86 | 23.8 | 100 | 20.0 * | 75 | 14.9 * | 72 | 17.5 * | 139 | 4.1 * |
| Orthopedic impairment of hip or pelvis | 94 | 63.9 | 96 | 69.1 | 134 | 54.8 | 125 | 67.3 | 154 | 55.4 | 142 | 65.0 |
| Migraine | 85 | 48.7 | 95 | 46.1 | 84 | 57.0 | 101 | 63.5 | 87 | 44.5 | 97 | 62.7 |
| Affective psychoses | 36 | 27.9 * | 28 | 14.9 * | 49 | 22.4 * | 35 * | 38.1 * | 36 | 28.4 * | 41 | 36.3 |
| Hernia | 164 | 63.6 | 190 | 67.7 | 203 | 59.2 | 167 | 66.9 | 159 | 69.1 | 192 | 60.3 |
| Toxic poisoning and other adverse effects | 50 | 39.0 | 63 | 43.9 | 62 | 50.3 | 63 | 53.8 | 60 | 64.2 | 80 | 62.3 |
| Nervousness | 189 | 12.0 | 173 | 23.2 | 147 | 21.8 | 149 | 19.2 * | 139 | 24.4 | 129 | 27.7 |
| Hearing impairment in both ears | 122 | 57.7 | 111 | 57.5 | 123 | 55.8 | 135 | 65.7 | 122 | 69.2 | 115 | 66.6 |
| Cerebral palsy | 79 | 42.8 | 90 | 45.4 | 55 | 41.6 | 80 | 49.4 | 60 | 34.2 | 80 | 46.9 |
| Blindness in both eyes | 65 | 36.2 | 76 | 15.8 * | 95 | 48.7 | 88 | 35.2 | 91 | 23.2 | 76 | 28.5 |
| Allergic rhinitis | 108 | 64.4 | 115 | 64.1 | 122 | 65.8 | 137 | 73.8 | 112 | 79.7 | 88 | 91.4 |
| Blindness or visual impairment in one eye | 159 | 62.3 | 177 | 61.6 | 187 | 71.4 | 133 | 61.6 | 129 | 62.2 | 161 | 70.5 |
| Tuberculosis, all sites | 72 | 39.0 | 49 | 33.9 * | 47 | 40.5 | 44 * | 47.2 * | 43 | 31.2 | 30 | 57.2 |
| Malignant neoplasm of female breast | 61 | 42.5 | 55 | 30.5 | 62 | 36.9 | 73 | 51.9 | 91 | 24.3 | 58 | 46.3 |
| Deformity of lower extremity | 132 | 65.2 | 156 | 65.7 | 152 | 60.8 | 143 | 73.0 | 133 | 79.7 | 131 | 69.6 |
| Adjustment reaction | 23 * | 54.0 | 26 * | 23.2 * | 36 | 37.3 * | 57 | 64.1 | 35 | 89.5 | 30 | 49.0 |

*Trends in Labor Force Participation Among Persons With Disabilities, 1983–1994*                    35

| 1989 | | 1990 | | 1991 | | 1992 | | 1993 | | 1994 | | Percent Change in LFP Rate 1983–1994 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Population (1.000s) | LFP Rate (%) | Estimated Population (1.000s) | LFP Rate (%) | Estimated Population (1.000s) | LFP Rate (%) | Estimated Population (1.000s) | LFP Rate (%) | Estimated Population (1.000s) | LFP Rate (%) | Estimated Population (1.000s) | LFP Rate (%) | |
| 74 | 66.0 | 117 | 64.5 | 147 | 65.3 | 178 | 67.1 | 194 | 80.7 | 263 | 73.9 | 1.1% |
| 243 | 24.8 | 192 | 21.7 | 220 | 17.7 | 262 | 14.0 | 220 | 12.9 | 254 | 23.3 | -3.7% |
| 92 | 28.0 | 84 | 30.5 | 135 | 33.4 | 119 | 23.0 | 209 | 34.1 | 222 | 25.4 | 14.2% |
| 220 | 26.5 | 204 | 25.0 | 210 | 32.5 | 191 | 22.4 | 186 | 30.6 | 208 | 27.1 | -18.4% |
| 109 | 67.2 | 159 | 68.4 | 159 | 70.1 | 175 | 74.0 | 262 | 67.6 | 187 | 73.3 | 6.2% |
| 131 | 25.8 | 165 | 38.0 | 133 | 30.0 | 205 | 38.1 | 127 | 32.3 | 184 | 36.9 | 51.6% † |
| 125 | 16.1 * | 149 | 18.1 | 144 | 13.9 | 194 | 15.6 | 204 | 11.2 * | 176 | 11.9 * | — |
| 131 | 56.7 | 122 | 65.6 | 123 | 57.9 | 143 | 60.6 | 134 | 66.4 | 151 | 59.3 | -2.8% |
| 92 | 70.4 | 91 | 50.1 | 124 | 60.6 | 134 | 51.0 | 133 | 58.7 | 144 | 69.2 | 24.3% |
| 68 | 33.2 | 104 | 23.1 | 79 | 24.0 * | 120 | 32.1 | 154 | 26.5 | 133 | 30.9 | — |
| 129 | 57.8 | 140 | 62.8 | 177 | 67.1 | 145 | 67.3 | 143 | 73.4 | 132 | 76.0 | 13.8% |
| 55 | 37.2 | 58 | 82.3 | 74 | 31.1 | 115 | 50.3 | 101 | 54.3 | 116 | 46.2 | -0.7% |
| 142 | 15.3 * | 96 | 14.6 * | 147 | 9.0 * | 135 | 22.8 | 98 | 13.9 * | 114 | 13.7 * | — |
| 126 | 67.2 | 106 | 78.8 | 119 | 69.0 | 98 | 66.8 | 110 | 82.0 | 109 | 58.7 | 31.3% † |
| 77 | 47.3 | 98 | 31.1 | 86 | 48.9 | 92 | 29.9 | 122 | 34.4 | 107 | 30.7 | -29.7% |
| 69 | 39.4 | 101 | 33.2 | 107 | 24.5 | 105 | 35.0 | 88 | 16.0 * | 106 | 28.9 | -13.7% |
| 100 | 57.8 | 121 | 70.9 | 118 | 81.3 | 91 | 72.8 | 130 | 61.7 | 106 | 80.9 | 11.3% |
| 135 | 70.4 | 132 | 65.1 | 136 | 75.3 | 118 | 62.4 | 183 | 69.2 | 105 | 69.0 | 10.7% |
| 65 | 37.3 | 80 | 60.5 | 88 | 50.8 | 76 | 32.8 | 98 | 39.7 | 100 | 37.8 | 3.8% |
| 92 | 35.2 | 91 | 49.6 | 42 | 51.0 | 106 | 43.3 | 96 | 52.6 | 95 | 46.4 | 39.5% † |
| 106 | 70.4 | 96 | 66.8 | 107 | 73.7 | 94 | 68.6 | 133 | 70.9 | 94 | 63.2 | 2.5% |
| 45 | 45.2 | 44 | 44.2 | 47 | 52.6 | 92 | 47.4 | 104 | 47.1 | 90 | 43.6 | -27.3% |

36                                 *Disability Statistics Report*

Table 4. Estimated Population and Labor Force Participation Rate of Persons Aged 18–64, by Disability Status and for Selected Discrete Conditions Identified as Main Cause of Activity Limitation, 1983–1994, continued.

| | 1983 | | 1984 | | 1985 | | 1986 | | 1987 | | 1988 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) |
| Chronic injuries or late effects of injuries | 72 | 46.5 | 95 | 71.1 | 78 | 52.2 | 109 | 61.4 | 84 | 57.2 | 94 | 59.1 |
| Headache | 34 | 36.7 * | 62 | 45.9 | 76 | 41.0 | 49 | 30.9 * | 68 | 53.5 | 64 | 44.1 |
| Deafness or hearing impairment in one ear only | 64 | 80.6 | 105 | 76.6 | 98 | 69.9 | 101 | 78.9 | 99 | 67.2 | 85 | 87.9 |
| Absence or loss, lower extremity | 94 | 42.2 | 90 | 43.0 | 82 | 49.0 | 76 | 43.8 | 72 | 51.2 | 65 | 38.8 |
| Disorders of synovium, tendon, and bursa | 86 | 53.8 | 73 | 55.4 | 66 | 54.9 | 70 | 55.4 | 46 | 57.0 | 53 | 60.1 |
| Chronic liver disease and cirrhosis | 44 | 28.0 * | 28 | 22.3 * | 21 * | 22.9 * | 23 * | 68.5 | 29 | 38.5 * | 36 | 39.2 * |
| Alcohol or drug dependence | 57 | 28.7 * | 69 * | 34.8 | 67 | 30.5 | 43 | 20.0 * | 55 | 41.5 | 56 | 50.2 |
| Enteritis and colitis | 57 | 39.9 | 65 | 50.6 | 65 | 69.4 | 82 | 73.1 | 43 | 61.9 | 77 | 57.5 |
| Amyotrophic lateral sclerosis (ALS) | 34 | 41.6 | 45 | 30.2 * | 35 | 32.5 * | 37 * | 53.2 | 56 * | 31.9 * | 54 | 51.6 |
| Nephritis, nephrotic syndrome, and nephrosis | 47 | 30.2 * | 42 | 24.4 * | 44 | 34.9 * | 50 | 47.7 | 42 | 43.1 | 57 | 40.4 |
| Malignant neoplasm of respiratory and intrathoracic organs | 46 | 30.1 * | 48 | 29.7 * | 62 | 38.2 | 48 * | 28.5 * | 35 | 16.2 * | 60 | 21.6 * |
| Visual impairment in both eyes | 65 | 40.2 | 65 | 62.9 | 80 | 52.2 | 48 | 55.1 | 89 | 43.6 | 68 | 39.1 |
| Benign neoplasms | 58 | 29.1 * | 46 | 26.0 * | 60 | 43.5 | 38 * | 54.7 | 44 | 60.5 | 48 | 60.8 |

[1] Change in LFP Rate estimated using weighted least-squares regression and expressed as a percentage of the 1983 rate (see Methods).
* Estimate has low statistical reliability (relative standard error > 30%).
† Test for trend is significant at .05 level.
‡ Conditions listed in order of prevalence in 1994.
— Trend not estimated due to low statistical reliability of several annual rates.
Source: National Health Interview Survey.

*Trends in Labor Force Participation Among Persons With Disabilities, 1983–1994*        37

| 1989 | | 1990 | | 1991 | | 1992 | | 1993 | | 1994 | | Percent Change in LFP Rate 1983–1994 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | Estimated Population (1,000s) | LFP Rate (%) | |
| 82 | 61.2 | 116 | 62.2 | 120 | 52.4 | 162 | 60.8 | 120 | 59.1 | 90 | 56.8 | -4.4% |
| 50 | 45.6 | 37 | 54.2 | 59 | 45.0 | 104 | 49.1 | 60 | 47.5 | 84 | 40.6 | 11.0% |
| 66 | 68.5 | 72 | 57.3 | 74 | 69.2 | 63 | 84.0 | 75 | 67.9 | 81 | 80.0 | -1.2% |
| 72 | 39.7 | 78 | 45.9 | 70 | 57.2 | 98 | 47.4 | 80 | 50.6 | 75 | 35.0 | 3.0% |
| 69 | 76.2 | 59 | 78.6 | 60 | 75.4 | 76 | 64.0 | 63 | 64.1 | 74 | 76.3 | 41.3% † |
| 27 | 13.6 * | 57 | 33.9 | 65 | 25.9 | 58 | 31.7 | 35 | 56.6 | 72 | 30.7 | — |
| 56 | 54.3 | 57 | 39.5 | 62 | 16.5 * | 60 | 26.3 * | 71 | 22.1 * | 72 | 43.4 | — |
| 108 | 49.7 | 93 | 62.3 | 77 | 54.1 | 100 | 63.8 | 95 | 50.3 | 71 | 47.7 | -6.8% |
| 40 | 50.8 | 57 | 65.5 | 50 | 52.1 | 59 | 62.8 | 61 | 41.1 | 71 | 50.1 | 49.9% † |
| 57 | 33.0 | 46 | 32.7 * | 57 | 34.7 | 80 | 27.4 | 56 | 25.4 * | 70 | 20.1 * | — |
| 63 | 39.5 | 50 | 24.6 * | 76 | 26.5 | 63 | 28.5 | 42 | 14.3 * | 70 | 45.0 | — |
| 62 | 42.5 | 76 | 50.3 | 74 | 32.0 | 47 | 66.2 | 89 | 47.5 | 68 | 59.8 | 2.6% |
| 78 | 52.9 | 70 | 37.0 | 71 | 42.0 | 96 | 56.6 | 48 | 56.0 | 66 | 54.0 | 76.5% † |

TABLE 3.7.  Employment Rates of Civilians Ages 25–61 in Selected Impairment Subpopulations, by Gender and Work Limitation Status, Pooled Over Survey Years 1983–1996[a]

| Impairment Subpopulation[b] | Men | | | Women | | |
| --- | --- | --- | --- | --- | --- | --- |
| | All | With Work Limitations | Ratio[c] | All | With Work Limitations | Ratio[c] |
| Total population with and without impairments | 88.4 | 48.9 | 0.55 | 68.8 | 37.4 | 0.54 |
| One or more of the impairments below | 81.5 | 47.7 | 0.59 | 61.4 | 37.6 | 0.61 |
| Sensory impairments | 82.4 | 45.8 | 0.56 | 57.7 | 31.7 | 0.55 |
| Visual impairments | 81.2 | 43.5 | 0.54 | 53.0 | 27.3 | 0.52 |
| Blind in both eyes | 49.4 | 28.1 | 0.57 | 30.0 | 16.0 | 0.53 |
| Other visual impairments | 82.4 | 45.2 | 0.55 | 54.7 | 29.1 | 0.53 |
| Hearing impairments | 81.6 | 44.9 | 0.55 | 58.4 | 32.5 | 0.56 |
| Deaf in both ears | 75.4 | 49.1 | 0.65 | 50.3 | 26.5 | 0.53 |
| Other hearing impairments | 81.9 | 44.5 | 0.54 | 58.7 | 32.9 | 0.56 |
| Sensation impairments[e] | 79.9 | 50.5 | 0.63 | 60.9 | 44.4 | 0.73 |
| Speech impairments | 61.7 | 30.1 | 0.49 | 42.2 | 18.9 | 0.45 |
| Stammering and stuttering | 70.2 | 28.3 | 0.40 | 51.1 | 16.2 | 0.32 |
| Other speech impairments | 48.6 | 31.4 | 0.65 | 32.4 | 20.7 | 0.64 |

(continues)

81

74    TABLE 3.5  *Continued.*

| | Men | | | | Women | | | |
|---|---|---|---|---|---|---|---|---|
| | Employment Rate[b] | | | | Employment Rate[b] | | | |
| Location | Without Work Limitations | With Work Limitations | Relative Employment[c] | Ranked by Relative Employment[d] | Without Work Limitations | With Work Limitations | Relative Employment[c] | Ranked by Relative Employment |
| New Hampshire | 97.6 | 51.4 | 52.7 | 17 | 81.7 | 41.9 | 51.3 | 19 |
| Vermont | 97.4 | 50.7 | 52.1 | 18 | 83.7 | 44.4 | 53.1 | 17 |
| Wisconsin | 97.1 | 50.4 | 51.9 | 19 | 82.7 | 47.2 | 57.1 | 7 |
| Arizona | 95.4 | 48.4 | 50.7 | 20 | 74.3 | 38.3 | 51.6 | 18 |
| Maryland | 95.5 | 45.4 | 47.6 | 21 | 80.1 | 32.3 | 40.3 | 35 |
| Oklahoma | 95.7 | 44.3 | 46.3 | 22 | 76.1 | 34.1 | 44.9 | 27 |
| Texas | 96.4 | 43.8 | 45.4 | 23 | 74.8 | 36.7 | 49.0 | 21 |
| Delaware | 96.6 | 43.6 | 45.1 | 24 | 79.5 | 35.9 | 45.1 | 26 |
| Missouri | 95.6 | 42.0 | 43.9 | 25 | 79.5 | 36.4 | 45.9 | 24 |
| Michigan | 94.2 | 41.0 | 43.5 | 26 | 73.8 | 29.7 | 40.3 | 34 |
| Massachusetts | 95.9 | 41.2 | 43.0 | 27 | 79.1 | 32.7 | 41.4 | 33 |
| California | 94.3 | 40.3 | 42.7 | 28 | 73.5 | 34.5 | 46.9 | 23 |
| Indiana | 95.9 | 40.8 | 42.5 | 29 | 78.0 | 32.3 | 41.4 | 32 |
| Florida | 95.1 | 40.1 | 42.1 | 30 | 76.3 | 33.4 | 43.8 | 29 |
| Maine | 96.2 | 40.1 | 41.7 | 31 | 79.7 | 36.0 | 45.2 | 25 |
| Rhode Island | 95.8 | 39.7 | 41.5 | 32 | 80.1 | 33.6 | 42.0 | 31 |
| Hawaii | 93.8 | 38.7 | 41.3 | 33 | 79.5 | 38.0 | 47.7 | 22 |
| New Jersey | 96.1 | 39.5 | 41.1 | 34 | 74.9 | 32.7 | 43.7 | 30 |
| Illinois | 95.1 | 39.1 | 41.1 | 35 | 75.3 | 29.5 | 39.2 | 37 |

TABLE 3.5. Employment and Relative Employment Rates of Noninstitutionalized Civilians Ages 25–61 for the United States and for Each State and the District of Columbia, over the Period of Work Years 1980–1998, and Rankings, by Gender and Work Limitation Status[a]

| Location | Men | | | | Women | | | |
|---|---|---|---|---|---|---|---|---|
| | Employment Rate[b] | | | | Employment Rate[b] | | | |
| | Without Work Limitations | With Work Limitations | Relative Employment[c] | Ranked by Relative Employment[d] | Without Work Limitations | With Work Limitations | Relative Employment[c] | Ranked by Relative Employment[d] |
| United States | 95.4 | 40.5 | 42.4 | — | 75.8 | 32.6 | 43.1 | — |
| Minnesota | 97.5 | 62.5 | 64.1 | 1 | 84.1 | 57.0 | 67.7 | 1 |
| Wyoming | 97.3 | 61.4 | 63.0 | 2 | 79.2 | 46.9 | 59.2 | 5 |
| Utah | 97.4 | 59.5 | 61.1 | 3 | 73.8 | 44.5 | 60.3 | 2 |
| North Dakota | 97.6 | 57.3 | 58.8 | 4 | 80.3 | 47.8 | 59.6 | 4 |
| Oregon | 95.5 | 54.9 | 57.4 | 5 | 78.7 | 42.1 | 53.4 | 16 |
| Connecticut | 96.4 | 55.1 | 57.2 | 6 | 80.0 | 43.8 | 54.8 | 12 |
| Alaska | 95.5 | 54.1 | 56.7 | 7 | 78.9 | 46.5 | 58.9 | 6 |
| Idaho | 97.4 | 55.1 | 56.6 | 8 | 78.7 | 44.5 | 56.6 | 8 |
| Colorado | 96.8 | 54.5 | 56.3 | 9 | 80.4 | 44.2 | 55.0 | 11 |
| South Dakota | 97.1 | 54.3 | 56.0 | 10 | 83.4 | 49.8 | 59.7 | 3 |
| Montana | 96.4 | 53.1 | 55.1 | 11 | 80.2 | 43.9 | 54.8 | 13 |
| Nebraska | 97.9 | 53.6 | 54.7 | 12 | 81.5 | 44.3 | 54.4 | 14 |
| Iowa | 97.3 | 52.8 | 54.2 | 13 | 81.1 | 43.6 | 53.8 | 15 |
| Nevada | 95.9 | 51.7 | 53.9 | 14 | 79.4 | 44.7 | 56.3 | 9 |
| Washington | 96.0 | 51.7 | 53.9 | 15 | 77.0 | 38.3 | 49.8 | 20 |
| Kansas | 97.6 | 52.1 | 53.4 | 16 | 81.2 | 44.7 | 55.1 | 10 |
| | | | | | | | | (continues) |



**Cornell University**



2006

Hawaii



Rehabilitation Research
and Training Center on
Disability Demographics
and Statistics (StatsRRTC)

# 2006 Disability Status Report
# Hawaii



www.DisabilityStatistics.org

# Contents

## Introduction

Introduction ............................................................ 1
New Features, Changes, and Cautions ............................ 2

## Summaries

Summary ................................................................ 3
Prevalence by State: Ages 21 to 64 .............................. 4
Employment by State: Ages 21 to 64 ............................ 5

## Demographics

Prevalence: Ages 5 and Older .................................... 6
Prevalence: Ages 5 to 15 .......................................... 8
Prevalence: Ages 16 to 20 ........................................ 10
Prevalence: Ages 21 to 64 (Working Age) .................... 12
Prevalence: Ages 65 to 74 ........................................ 14
Prevalence: Ages 75 and Older .................................. 16
Prevalence: Gender and Age ...................................... 18
Prevalence: Race .................................................... 20

## Outcomes

Employment .......................................................... 22
Not Working but Actively Looking for Work .................. 24
Full-Time/Full-Year Employment ................................ 26
Annual Labor Earnings ............................................ 28
Annual Household Income ........................................ 30
Poverty ................................................................ 32
Supplemental Security Income (SSI) ............................ 34
Education: High School Diploma / Equivalent ................ 36
Education: Some College / Associate's Degree ................ 38
Education: Bachelor's Degree or More ........................ 40

## Glossary ................................................................ 42

## About the StatsRRTC .................................................. 45



# The 2006 Annual Disability Status Report

The Annual Disability Status Reports provide policy makers, disability advocates, reporters, and the public with a summary of the most recent demographic and economic statistics on the non-institutionalized population with disabilities. They contain information on the population size and disability prevalence for various demographic subpopulations, as well as statistics related to employment, earnings, and household income. Comparisons are made to people without disabilities and across disability types. Disability Status Reports and other statistics are available for each state, DC, and Puerto Rico at www.disabilitystatistics.org.

The Status Reports primarily look at the working-age population because the employment gap between people with and without disabilities is a major focus of government programs and advocacy efforts. Furthermore, employment is a key factor in the social integration and economic self-sufficiency of working-age people with disabilities. In the future we will add health-related statistics.

The estimates in the 2006 Disability Status Report are based on American Community Survey (ACS) data—a US Census Bureau survey designed to replace the decennial census long form.  See the ACS User Guide on www.disabilitystatistics.org for additional information on the ACS.

In 2006 the ACS began to sample people living in institutional and non-institutional group quarters. Small sample sizes prohibit the estimation of the population with disabilities living in institutional group quarters for many states, thus we are not including statistics on institutionalization. In the future, we may pool years together to boost sample sizes.

The estimates in these reports are based on responses from a sample of the population and may differ from actual population values because of sampling variability and other factors. As a result, differences between the estimates for two or more groups may not be statistically significant.

## Suggested Citation

Rehabilitation Research and Training Center on Disability Demographics and Statistics. (2007). *2006 Disability Status Report*. Ithaca, NY: Cornell University.



# New Features, Changes, and Cautions

## New Features

**Additional Topics:** This year we have added prevalence rates for ages 5 and older, 5 to 15, 16 to 20, 65 to 74, 75 or older, as well as prevalence by gender and age group, by race, and the percentage actively looking for work among individuals not working.

**Puerto Rico:** A Status Report for Puerto Rico is now available. However, please note that the Puerto Rico sample is not included when we estimate values for the U.S. as a whole.

## Changes and Cautions

**Group Quarters:** In 2006 the ACS surveyed the group quarters population for the first time. We have included the non-institutionalized group quarters population in our estimates, therefore it is not advisable to compare the 2006 Disability Status Report to the 2004 and 2005 Disability Status Reports.

**Reconfigured Topics:** We are no longer providing distributions by gender or race but instead are providing the prevalence rates within these groups. The distribution by education level was converted to educational attainment by disability status. We are also not reporting the percentage living in owner-occupied housing—we are developing alternative ways to characterize home ownership.

**Note:** According to the Census Bureau, estimates from the ACS Public Use Microdata Sample (PUMS) file may differ slightly from the ACS summary tables produced by the Census Bureau, because they are subject to additional sampling error and further data processing operations. Go to www.ilr.cornell.edu/edi/disabilitystatistics/faq.cfm for more information.



**Summary**

# Hawaii

These statistics indicate the social and economic status of non-institutionalized people with disabilities in Hawaii, using data from the 2006 American Community Survey (ACS). Comparisons to the 2005 Disability Status Report are not advisable due to inclusion of the non-institutionalized group quarters population.

**Age:** In 2006, the prevalence of disability in HI was:

- 13.1 percent for persons ages 5 +
- 4.8 percent for persons ages 5 to 15
- 5.7 percent for persons ages 16 to 20
- 10.1 percent for persons ages 21 to 64
- 25.2 percent for persons ages 65 to 74
- 50.0 percent for persons ages 75 +

**Gender:** In 2006, 13.1 percent of females ages 5 and older and 13.2 percent of males ages 5 and older in HI reported a disability.

**Race:** In HI in 2006, the prevalence of disability was:

- 11.0 percent among Whites
- 11.2 percent among Black / African Americans
- 8.2 percent among Asians
- 29.4† percent among Native Americans
- 11.5 percent among persons of some other race

**Employment:** In 2006, the employment rate of working-age people (ages 21 to 64) with disabilities in HI was 42.4 percent.

**Looking for Work:** In HI in 2006, the percentage actively looking for work among people with disabilities who were not working was 9.4 percent.

**Full-Time/Full-Year Employment:** In HI in 2006, the percentage of working-age people with disabilities working full-time/ full-year was 22.8 percent.

**Annual Labor Earnings:** In 2006, the median annual labor earnings of working-age people with disabilities working full-time/full-year in HI was $33,000.

**Annual Household Income:** In HI in 2006, the median annual household income of working-age people with disabilities was $50,400.

**Poverty:** In HI in 2006, the poverty rate of working-age people with disabilities was 23.3 percent.

**Supplemental Security Income:** In 2006, the percentage of working-age people with disabilities receiving SSI payments in HI was 16.4 percent.

**High School Diploma or Equivalent:** In 2006, the percentage of working-age people with disabilities with only a high school diploma or equivalent in HI was 32.4 percent.

**Some College or Associate's Degree:** In HI in 2006, the percentage of working-age people with disabilities with only some college or Associate's degree was 34.6 percent.

**Bachelor's Degree or More:** In 2006, the percentage of working-age people with disabilities with a Bachelor's degree or more in HI was 17.0 percent.

†**Caution:** Estimate based on small sample size (less than 40 individuals).

**3**



2006

US

**United States**

US Prevalence:
Ages 21 - 64

**12.9%**

US Employment:
with disability

**37.7%**

US Employment:
without disability

**79.7%**

4

# Prevalence: Ages 21 - 64

This summary lists percentages by state of non-institutionalized work-ing-age (ages 21 to 64) people with disabilities using data from the 2006 American Community Survey (ACS). Comparisons to the 2005 Disability Status Report are not advisable due to the inclusion of people living in non-institutionalized group quarters.

| Location | 2006 | Location | 2006 |
|---|---|---|---|
| Alabama | 18.8 | Montana | 15.4 |
| Alaska | 14.6 | Nebraska | 11.7 |
| Arizona | 11.9 | Nevada | 10.6 |
| Arkansas | 19.6 | New Hampshire | 11.7 |
| California | 10.9 | New Jersey | 9.7 |
| Colorado | 11.0 | New Mexico | 15.1 |
| Connecticut | 10.6 | New York | 11.5 |
| Delaware | 12.8 | North Carolina | 15.0 |
| Dist. of Columbia | 11.4 | North Dakota | 11.1 |
| Florida | 12.9 | Ohio | 14.1 |
| Georgia | 13.1 | Oklahoma | 18.0 |
| Hawaii | 10.1 | Oregon | 14.3 |
| Idaho | 13.2 | Pennsylvania | 13.7 |
| Illinois | 10.5 | Puerto Rico | 24.5 |
| Indiana | 13.1 | Rhode Island | 13.4 |
| Iowa | 12.0 | South Carolina | 15.7 |
| Kansas | 12.2 | South Dakota | 11.0 |
| Kentucky | 20.4 | Tennessee | 17.4 |
| Louisiana | 16.9 | Texas | 12.7 |
| Maine | 16.8 | Utah | 10.9 |
| Maryland | 10.5 | Vermont | 14.2 |
| Massachusetts | 11.2 | Virginia | 11.6 |
| Michigan | 14.3 | Washington | 14.1 |
| Minnesota | 10.2 | West Virginia | 21.9 |
| Mississippi | 20.0 | Wisconsin | 11.1 |
| Missouri | 14.8 | Wyoming | 13.4 |

# Employment: Ages 21 - 64

This summary lists employment rates by state of non-institutionalized working-age (ages 21 to 64) people with disabilities using data from the 2006 American Community Survey (ACS). Comparisons to the 2005 Disability Status Report are not advisable due to inclusion of people living in non-institutionalized group quarters.

| Location | People w/ Disabilities 2006 | People w/o Disabilities 2006 | Location | People w/ Disabilities 2006 | People w/o Disabilities 2006 |
|---|---|---|---|---|---|
| Alabama | 31.4 | 78.1 | Montana | 44.9 | 81.7 |
| Alaska | 49.8 | 78.0 | Nebraska | 48.9 | 85.8 |
| Arizona | 37.2 | 78.1 | Nevada | 40.9 | 80.3 |
| Arkansas | 34.6 | 79.4 | New Hampshire | 46.7 | 84.9 |
| California | 37.1 | 77.4 | New Jersey | 38.1 | 80.0 |
| Colorado | 46.4 | 81.4 | New Mexico | 40.4 | 77.0 |
| Connecticut | 42.3 | 81.5 | New York | 33.5 | 77.9 |
| Delaware | 38.7 | 80.6 | North Carolina | 37.4 | 80.2 |
| Dist. of Columbia | 32.7 | 79.1 | North Dakota | 52.6 | 87.2 |
| Florida | 39.1 | 79.3 | Ohio | 37.8 | 80.4 |
| Georgia | 36.5 | 79.2 | Oklahoma | 38.6 | 80.3 |
| Hawaii | 42.4 | 80.7 | Oregon | 43.4 | 79.3 |
| Idaho | 42.9 | 80.9 | Pennsylvania | 34.9 | 80.5 |
| Illinois | 39.4 | 79.1 | Puerto Rico | 24.7 | 60.7 |
| Indiana | 39.6 | 80.6 | Rhode Island | 36.3 | 82.5 |
| Iowa | 45.6 | 85.2 | South Carolina | 31.9 | 79.3 |
| Kansas | 46.3 | 84.0 | South Dakota | 49.5 | 85.5 |
| Kentucky | 30.0 | 79.3 | Tennessee | 32.6 | 79.5 |
| Louisiana | 33.4 | 77.0 | Texas | 39.8 | 78.3 |
| Maine | 40.8 | 82.9 | Utah | 50.6 | 80.3 |
| Maryland | 43.5 | 82.9 | Vermont | 44.2 | 83.9 |
| Massachusetts | 38.9 | 82.0 | Virginia | 38.5 | 82.7 |
| Michigan | 32.9 | 77.3 | Washington | 40.5 | 79.9 |
| Minnesota | 47.2 | 84.3 | West Virginia | 26.5 | 76.8 |
| Mississippi | 30.0 | 77.3 | Wisconsin | 43.0 | 84.0 |
| Missouri | 38.1 | 81.7 | Wyoming | 49.4 | 84.3 |



2006

HI

**Hawaii**

**Prevalence:
Ages 5 and Older**

**13.1%**

# Prevalence:
## Ages 5 and Older

### Introduction

This section addresses the prevalence of disability among non-institutionalized people ages 5 and older in Hawaii, using data from the 2006 American Community Survey (ACS). For definitions of terms, see Glossary (page 42). Comparisons to the 2005 Disability Status Report are not advisable due to the inclusion of people living in non-institutionalized group quarters.

### Quick Statistics

In 2006, the overall percentage (prevalence rate) of people with a disability ages 5 and older in HI was 13.1 percent.

- In other words, in 2006, 157,000 of the 1,192,000 individuals ages 5 and older in HI reported one or more disabilities.

- In HI in 2006, among the six types of disabilities identified in the ACS, the highest prevalence rate was "Physical Disability," 8.1 percent. The lowest prevalence rate was for "Self-Care Disability," 2.3 percent.

2006 Disability Status Report



Prevalence: Ages 5 +

## Prevalence of disability among non-institutionalized people ages 5 and older in Hawaii in 2006

## Chart



Prevalence Rates: Ages 5 and Older (%)                    ■ 2006, HI

## Table

| Disability Type | Percent | StdErr | Number | StdErr | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| Any Disability | 13.1 | 0.40 | 157,000 | 4,800 | 1,192,000 | 12,039 |
| Sensory | 4.1 | 0.24 | 49,000 | 2,800 | 1,192,000 | 12,039 |
| Physical | 8.1 | 0.32 | 97,000 | 3,900 | 1,192,000 | 12,039 |
| Mental | 4.8 | 0.25 | 57,000 | 3,000 | 1,192,000 | 12,039 |
| Self-Care | 2.3 | 0.18 | 27,000 | 2,100 | 1,192,000 | 12,039 |
| Go-Outside-Home | 5.0 | 0.28 | 50,000 | 2,800 | 1,012,000 | 10,291 |
| Employment | 5.2 | 0.31 | 44,000 | 2,700 | 835,000 | 8,217 |



2006

HI

Hawaii

Prevalence:
Ages 5 to 15 years

**4.8%**

# Prevalence:
## Ages 5 to 15 years

### Introduction

This section focuses on the prevalence of disability among non-institutionalized children ages 5 to 15 in Hawaii, using data from the 2006 American Community Survey (ACS). For definitions of terms, see Glossary (page 42). Comparisons to the 2005 Disability Status Report are not advisable due to the inclusion of people living in non-institutionalized group quarters.

### Quick Statistics

In 2006, the overall percentage (prevalence rate) of children with a disability ages 5 to 15 in HI was 4.8 percent.

- In other words, in 2006, 9,000 of the 179,000 children ages 5 to 15 in HI reported one or more disabilities.

- In 2006, in HI, among the six types of disabilities identified in the ACS, the highest prevalence rate was for "Mental Disability," 3.5 percent. The lowest prevalence rate was for "Self-Care Disability," 0.9 percent.

2006 Disability Status Report



Prevalence: Ages 5 to 15

# Prevalence of disability among non-institutionalized people ages 5 to 15 in Hawaii in 2006

## Chart



Prevalence Rates: Ages 5 to 15 years (%)     ■ 2006, HI

| | Any Disability | Sensory | Physical | Mental | Self-Care |
|---|---|---|---|---|---|
| | 4.8 | 1.7 | 1.1 | 3.5 | 0.9 |

## Table

| Disability Type | Percent | StdErr | Number | StdErr | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| Any Disability | 4.8 | 0.65 | 9,000 | 1,200 | 179,000 | 1,748 |
| Sensory | 1.7 | 2.00 | 3,000 | 700 | 179,000 | 1,748 |
| Physical | 1.1 | 2.00 | 2,000 | 600 | 179,000 | 1,748 |
| Mental | 3.5 | 0.56 | 6,000 | 1,000 | 179,000 | 1,748 |
| Self-Care | 0.9 | 2.00 | 2,000 | 500 | 179,000 | 1,748 |



2006

HI

**Hawaii**

Prevalence:
Ages 16 to 20 years

**5.7%**

# Prevalence:
## Ages 16 to 20 years

### Introduction

This section examines the prevalence of disability among non-institutionalized people ages 16 to 20 in Hawaii, using data from the 2006 American Community Survey (ACS). For definitions of terms, see Glossary (page 42). Comparisons to the 2005 Disability Status Report are not advisable due to the inclusion of people living in non-institutionalized group quarters.

### Quick Statistics

In 2006, the overall percentage (prevalence rate) of people with a disability ages 16 to 20 in HI was 5.7 percent.

- In other words, in 2006, 5,000 of the 87,000 individuals ages 16 to 20 in HI reported one or more disabilities.

- In 2006, in HI, among the six types of disabilities identified in the ACS, the highest prevalence rate was for "Mental Disability," 2.9 percent. The lowest prevalence rate was for "Self-Care Disability," 0.6 percent.



Prevalence: Ages 16 to 20

## Prevalence of disability among non-institutionalized people ages 16 to 20 in Hawaii in 2006

### Chart



Prevalence Rates: Ages 16 to 20 years (%)          ■ 2006, HI

| | Any Disability | Sensory | Physical | Mental | Self-Care | Go-Outside-Home | Employ-ment |
|---|---|---|---|---|---|---|---|
| | 5.7 | 1.6 | 1.6 | 2.9 | 0.6 | 1.7 | 2.0 |

### Table

| Disability Type | Percent | StdErr | Number | StdErr | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| Any Disability | 5.7 | 1.02 | 5,000 | 900 | 87,000 | 772 |
| Sensory | 1.6 | 2.00 | 1,000 | 500 | 87,000 | 772 |
| Physical | 1.6 | 2.00 | 1,000 | 500 | 87,000 | 772 |
| Mental | 2.9 | 0.74 | 3,000 | 600 | 87,000 | 772 |
| Self-Care | 0.6 | 2.00 | 0 | 300 | 87,000 | 772 |
| Go-Outside-Home | 1.7 | 2.00 | 500 | 290 | 87,000 | 772 |
| Employment | 2.0 | 2.00 | 2,000 | 500 | 87,000 | 772 |



2006

HI

**Hawaii**

**Prevalence:
Ages 21 to 64 years**

**10.1%**

# Prevalence:
## Ages 21 to 64 (Working-Age)

### Introduction

This section focuses on the prevalence of disability among non-institutionalized working-age people (ages 21 to 64) in Hawaii, using data from the 2006 American Community Survey (ACS). For definitions of terms, see Glossary (page 42). Comparisons to the 2005 Disability Status Report are not advisable due to the inclusion of people living in non-institutionalized group quarters.

### Quick Statistics

In 2006, the overall percentage (prevalence rate) of working-age people with a disability ages 21 to 64 in HI was 10.1 percent.

- In other words, in 2006, 76,000 of the 748,000 working-age individuals in HI reported one or more disabilities.

- In 2006, in HI, among the six types of disabilities identified in the ACS, the highest prevalence rate was for "Physical Disability," 6.3 percent. The lowest prevalence rate was for "Self-Care Disability," 1.4 percent.



Prevalence: Ages 21 to 64

## Prevalence of disability among non-institutionalized working-age people (ages 21 to 64) in Hawaii in 2006

### Chart



Prevalence Rates: Ages 21 to 64 years (%)          ■ 2006, HI

| | Any Disability | Sensory | Physical | Mental | Self-Care | Go-Outside-Home | Employ-ment |
|---|---|---|---|---|---|---|---|
| | 10.1 | 2.2 | 6.3 | 3.5 | 1.4 | 2.5 | 5.6 |

### Table

| Disability Type | Percent | StdErr | Number | StdErr | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| Any Disability | 10.1 | 0.45 | 76,000 | 3,500 | 748,000 | 7,445 |
| Sensory | 2.2 | 0.22 | 17,000 | 1,700 | 748,000 | 7,445 |
| Physical | 6.3 | 0.36 | 47,000 | 2,700 | 748,000 | 7,445 |
| Mental | 3.5 | 0.27 | 26,000 | 2,100 | 748,000 | 7,445 |
| Self-Care | 1.4 | 2.00 | 10,000 | 1,300 | 748,000 | 7,445 |
| Go-Outside-Home | 2.5 | 0.23 | 18,000 | 1,700 | 748,000 | 7,445 |
| Employment | 5.6 | 0.34 | 42,000 | 2,600 | 748,000 | 7,445 |



2006

**HI**

Hawaii

Prevalence:
Ages 65 to 74 years

**25.2%**

14

# Prevalence: Age
## Ages 65 to 74 years

### Introduction

This section explores the prevalence of disability among non-institutionalized people ages 65 to 74 in Hawaii, using data from the 2006 American Community Survey (ACS). For definitions of terms, see Glossary (page 42). Comparisons to the 2005 Disability Status Report are not advisable due to the inclusion of people living in non-institutionalized group quarters.

### Quick Statistics

In 2006 in HI, the overall percentage (prevalence rate) of people with a disability ages 65 to 74 was 25.2 percent.

- In other words, in 2006, 21,000 of the 85,000 individuals ages 65 to 74 in HI reported one or more disabilities.

- In 2006, in HI, among the six types of disabilities identified in the ACS, the highest prevalence rate was "Physical Disability," 18.3 percent. The lowest prevalence rate was for "Self-Care Disability," 4.6 percent.



Prevalence: Ages 65 to 74

## Prevalence of disability among non-institutionalized people ages 65 to 74 in Hawaii in 2006

### Chart



Prevalence Rates: Ages 65 to 74 years (%)          ■ 2006, HI

### Table

| Disability Type | Percent | StdErr | Number | StdErr | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| Any Disability | 25.2 | 1.93 | 21,000 | 1,900 | 85,000 | 1,030 |
| Sensory | 8.2 | 1.22 | 7,000 | 1,100 | 85,000 | 1,030 |
| Physical | 18.3 | 1.72 | 16,000 | 1,600 | 85,000 | 1,030 |
| Mental | 5.1 | 0.98 | 4,000 | 900 | 85,000 | 1,030 |
| Self-Care | 4.6 | 0.93 | 4,000 | 800 | 85,000 | 1,030 |
| Go-Outside-Home | 7.6 | 1.18 | 6,000 | 1,000 | 85,000 | 1,030 |



2006

HI

**Hawaii**

**Prevalence:
Ages 75 and Older**

**50.0%**

# Prevalence:
## Ages 75 and Older

### Introduction

This section focuses on the prevalence of disability among non-institutionalized people ages 75 and older in Hawaii, using data from the 2006 American Community Survey (ACS). For definitions of terms, see Glossary (page 42). Comparisons to the 2005 Disability Status Report are not advisable due to the inclusion of people living in non-institutionalized group quarters.

### Quick Statistics

In HI in 2006, the overall percentage (prevalence rate) of people with a disability ages 75 and older was 50.0 percent.

- In other words, in 2006, 46,000 of the 92,000 individuals ages 75 and older in HI reported one or more disabilities.

- In 2006, in HI, among the six types of disabilities identified in the ACS, the highest prevalence rate was for "Physical Disability," 33.9 percent. The lowest prevalence rate was for "Self-Care Disability," 11.9 percent.



Prevalence: Ages 75 +

## Prevalence of disability among non-institutionalized people ages 75 and older in Hawaii in 2006

### Chart



Prevalence Rates: Ages 75 and Older (%)    ■ 2006, HI

### Table

| Disability Type | Percent | StdErr | Number | StdErr | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| Any Disability | 50.0 | 2.13 | 46,000 | 2,700 | 92,000 | 1,044 |
| Sensory | 22.8 | 1.79 | 21,000 | 1,900 | 92,000 | 1,044 |
| Physical | 33.9 | 2.02 | 31,000 | 2,300 | 92,000 | 1,044 |
| Mental | 18.7 | 1.66 | 17,000 | 1,700 | 92,000 | 1,044 |
| Self-Care | 11.9 | 1.38 | 11,000 | 1,300 | 92,000 | 1,044 |
| Go-Outside-Home | 26.0 | 1.87 | 24,000 | 2,000 | 92,000 | 1,044 |



**2006**

**Hawaii**

**Prevalence:
Males Ages 5+**

# 13.2%

**Prevalence:
Females Ages 5+**

# 13.1%

**18**

# Prevalence:
## Gender and Age

### Introduction

This section examines the prevalence of disability among people by gender and age group in Hawaii, using data from the 2006 American Community Survey (ACS). For definitions of terms, see Glossary (page 42). Comparisons to the 2005 Disability Status Report are not advisable due to the inclusion of people living in non-institutionalized group quarters.

### Quick Statistics

In HI in 2006, the overall percentage (prevalence rate) of males with a disability ages 5 and older was 13.2 percent.

- In other words, in 2006, 78,000 of the 594,000 males, ages 5 and older in HI reported one or more disabilities.

In HI the overall percentage (prevalence rate) of females with a disability ages 5 and older was 13.1 percent.

- In other words, in 2006, 78,000 of the 597,000 females, ages 5 and older in HI reported one or more disabilities.



**Prevalence of disability among non-institutionalized people by gender and age group in Hawaii in 2006**

## Chart



## Table

| Gender / Age | Percent | StdErr | Number | StdErr | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| Males: Ages 5+ | 13.2 | 0.70 | 78,000 | 4,300 | 594,000 | 5,904 |
| Males: Ages 5-15 | 5.0 | 1.13 | 5,000 | 1,100 | 95,000 | 940 |
| Males: Ages 16-20 | 7.8 | 1.96 | 4,000 | 1,000 | 47,000 | 411 |
| Males: Ages 21-64 | 10.9 | 0.81 | 41,000 | 3,200 | 375,000 | 3,620 |
| Males: Ages 65-74 | 25.2 | 3.50 | 10,000 | 1,600 | 39,000 | 495 |
| Males: Ages 75+ | 50.6 | 4.08 | 19,000 | 2,200 | 38,000 | 438 |
| Females: Ages 5+ | 13.1 | 0.70 | 78,000 | 4,300 | 597,000 | 6,135 |
| Females: Ages 5-15 | 4.5 | 1.14 | 4,000 | 1,000 | 84,000 | 808 |
| Females: Ages 16-20 | 3.2 | 1.40 | 1,000 | 600 | 40,000 | 361 |
| Females: Ages 21-64 | 9.3 | 0.76 | 35,000 | 2,900 | 373,000 | 3,825 |
| Females: Ages 65-74 | 25.1 | 3.23 | 11,000 | 1,700 | 46,000 | 535 |
| Females: Ages 75+ | 49.5 | 3.42 | 27,000 | 2,600 | 54,000 | 606 |