

2006

**HI**

**Hawaii**

# Prevalence:
## Race

### Introduction

This section presents the disability prevalence rate among non-institutionalized working-age people (ages 21 to 64) by race category in Hawaii, using data from the 2006 American Community Survey (ACS). For definitions of terms, see Glossary (page 42). Comparisons to the 2005 Disability Status Report are not advisable due to the inclusion of people living in non-institutionalized group quarters.

### Quick Statistics

In 2006, among working-age people in HI:

- 11.0 percent of persons who were White reported a disability

- 11.2 percent of persons who were Black/African American reported a disability

- 29.4[†] percent of persons who were Native American reported a disability

- 8.2 percent of persons who were Asian reported a disability

- 11.5 percent of persons who were some other race reported a disability

[†]**Caution:** Estimate based on small sample size (less than 40 individuals).



Prevalence: Race

## Prevalence of disability among non-institutionalized working-age people (ages 21 to 64) by race in Hawaii in 2006

### Chart



**Prevalence Rates: Race (%)**                    ■ 2006, HI

| White | Black / African American | Native American | Asian | Some Other Race(s) |
| 11.0 | 11.2 | 29.4† | 8.2 | 11.5 |

### Table

| Disability Type | Percent | StdErr | Number | StdErr | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| White | 11.0 | 0.86 | 24,000 | 2,000 | 221,000 | 2,242 |
| Black/African American | 11.2 | 3.05 | 2,000 | 600 | 18,000 | 107 |
| Native American | 29.4 | 10.07 | 1,000 | 410 | 3,000 | 33 |
| Asian | 8.2 | 0.64 | 25,000 | 2,000 | 304,000 | 3,039 |
| Some other race(s) | 11.5 | 0.92 | 23,000 | 2,000 | 202,000 | 2,024 |

†**Caution:** Estimate based on small sample size (less than 40 individuals).

# Employment



2006

HI

**Hawaii**

**Employment:**
**with disability**

# 42.4%

**Employment:**
**without disability**

# 80.7%

## Introduction

This section examines the employment rates of non-institutionalized working-age people (ages 21 to 64) with disabilities in Hawaii, using data from the 2006 American Community Survey (ACS). For definitions of terms, see Glossary (page 42). Comparisons to the 2005 Disability Status Report are not advisable due to the inclusion of people living in non-institutionalized group quarters.

## Quick Statistics

- In 2006, the employment rate of working-age people with disabilities in HI was 42.4 percent.

- In 2006, the employment rate of working-age people without disabilities in HI was 80.7 percent.

- The gap between the employment rates of working-age people with and without disabilities was 38.3 percentage points.

- Among the six types of disabilities identified in the ACS, the highest employment rate was for people with a "Sensory Disability," 38.2 percent. The lowest employment rate was for people with a "Self-Care Disability," 19.4 percent.



**Employment**

## Employment of non-institutionalized working-age people (ages 21 to 64) by disability status in Hawaii in 2006

### Chart



### Table

| Disability Type | Percent | StdErr | Number | StdErr | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| No Disability | 80.7 | 0.62 | 543,000 | 7,200 | 673,000 | 6,637 |
| Any Disability | 42.4 | 2.32 | 32,000 | 2,300 | 76,000 | 808 |
| Sensory | 38.2 | 4.84 | 6,000 | 1,000 | 17,000 | 168 |
| Physical | 36.9 | 2.88 | 17,000 | 1,700 | 47,000 | 488 |
| Mental | 30.8 | 3.69 | 8,000 | 1,200 | 26,000 | 260 |
| Self-Care | 19.4 | 5.07 | 2,000 | 600 | 10,000 | 100 |
| Go-Outside-Home | 22.8 | 3.99 | 4,000 | 800 | 18,000 | 192 |
| Employment | 26.6 | 2.79 | 11,000 | 1,400 | 42,000 | 455 |



2006

**Hawaii**

**Actively Looking: with disability**

**9.4%**

**Actively Looking: without disability**

**14.3%**

24

# Not Working but Actively Looking for Work

## Introduction

This section focuses on the percentage actively looking for work among non-institutionalized working-age people (ages 21 to 64) with disabilities who are not working in Hawaii, using data from the 2006 American Community Survey (ACS). For definitions of terms, see Glossary (page 42). Comparisons to the 2005 Disability Status Report are not advisable due to the inclusion of people living in non-institutionalized group quarters.

## Quick Statistics

- In 2006, the percentage actively looking for work among people with disabilities who were not working in HI was 9.4 percent.

- In 2006, the percentage actively looking for work among people without disabilities who were not working in HI was 14.3 percent.

- The difference in the percentage actively looking for work between working-age people with and without disabilities who are not working was 4.9 percentage points.

- Among the six types of disabilities identified in the ACS, the highest percentage was for people with "Sensory Disability," 17.0 percent. The lowest percentage was for people with "Self-Care Disability," 0.0 percent.



Not Working but
Actively Looking for Work

**Percentage who are not working but actively looking for work among non-institutionalized working-age people (ages 21 to 64) in Hawaii in 2006**

## Chart



## Table

| Disability Type | Percent | StdErr | Number | StdErr | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| No Disability | 14.3 | 1.26 | 19,000 | 1,800 | 130,000 | 1,329 |
| Any Disability | 9.4 | 1.81 | 4,000 | 800 | 44,000 | 449 |
| Sensory | 17.0 | 4.77 | 2,000 | 500 | 10,000 | 98 |
| Physical | 6.8 | 1.89 | 2,000 | 600 | 30,000 | 299 |
| Mental | 5.1 | 2.11 | 900 | 390 | 18,000 | 173 |
| Self-Care | 0.0 | 2.00 | 0 | 250 | 8,000 | 76 |
| Go-Outside-Home | 0.4 | 2.00 | 100 | 250 | 14,000 | 142 |
| Employment | 6.3 | 1.79 | 2,000 | 600 | 31,000 | 328 |



2006

HI

**Hawaii**

**FT / FY Employment:
with disability**

**22.8%**

**FT / FY Employment:
without disability**

**58.7%**

# Full-Time / Full-Year Employment

## Introduction

This section presents the percentage of non-institutionalized working-age people (ages 21 to 64) with disabilities working full-time/full-year in Hawaii, using data from the 2006 American Community Survey (ACS). For definitions of terms, see Glossary (page 42). Comparisons to the 2005 Disability Status Report are not advisable due to the inclusion of people living in non-institutionalized group quarters.

## Quick Statistics

- In 2006, the percentage of working-age people with disabilities working full-time/full-year in HI was 22.8 percent.

- In 2006, the percentage of working-age people without disabilities working full-time/full-year in HI was 58.7 percent.

- The difference in the percentage working full-time/full-year between working-age people with and without disabilities was 35.9 percentage points.

- Among the six types of disabilities identified in the ACS, the highest full-time/full-year employment rate was for people with "Sensory Disability," 26.5 percent. The lowest full-time/full-year employment rate was for people with "Self-Care Disability," 6.8 percent.

2006 Disability Status Report



**Full-Time/Full-Year employment of non-institutionalized working-age people (ages 21 to 64) by disability status in Hawaii in 2006**

## Chart



## Table

| Disability Type | Percent | StdErr | Number | StdErr | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| No Disability | 58.7 | 0.84 | 395,000 | 7,300 | 673,000 | 6,637 |
| Any Disability | 22.8 | 2.12 | 17,000 | 1,800 | 76,000 | 808 |
| Sensory | 26.5 | 4.74 | 4,000 | 900 | 17,000 | 168 |
| Physical | 18.8 | 2.52 | 9,000 | 1,300 | 47,000 | 488 |
| Mental | 9.9 | 2.57 | 3,000 | 700 | 26,000 | 260 |
| Self-Care | 6.8 | 3.48 | 1,000 | 400 | 10,000 | 100 |
| Go-Outside-Home | 10.2 | 3.11 | 2,000 | 600 | 18,000 | 192 |
| Employment | 10.4 | 2.07 | 4,000 | 900 | 42,000 | 455 |



2006

**Hawaii**

**Labor Earnings: with disability**

# $33,000

**Labor Earnings: without disability**

# $36,000

28

# Annual Labor Earnings

## Introduction

This section examines the median annual labor earnings of non-institutionalized working-age people (ages 21 to 64) with disabilities who work full-time/full-year in Hawaii, using data from the 2006 American Community Survey (ACS). For definitions of terms, see Glossary (page 42). Comparisons to the 2005 Disability Status Report are not advisable due to the inclusion of people living in non-institutionalized group quarters.

## Quick Statistics

- In 2006, the median labor earnings of working-age people with disabilities who worked full-time/full-year in HI was $33,000.

- In 2006, the median labor earnings of working-age people without disabilities who worked full-time/full-year in HI was $36,000.

- The difference in the median labor earnings between working-age people with and without disabilities who worked full-time/full-year was $3,000.

- Among the six types of disabilities identified in the ACS, the highest annual labor earnings was for people with "Self-Care Disability," $50,000.[†] The lowest annual labor earnings was for people with "Sensory Disability," $33,000.

**†Caution:** Estimate based on small sample size (less than 40 individuals).

2006 Disability Status Report



**Annual Labor Earnings**

**Median annual labor earnings of non-institutionalized working-age people (ages 21 to 64) who work full-time/full-year by disability status Hawaii in 2006**

## Chart



Median Earnings ($, thousands) — ■ 2006, HI

| Any Disability | Sensory | Physical | Mental | Self-Care | Go-Outside-Home | Employment |
|---|---|---|---|---|---|---|
| 33.0 | 33.0 | 34.0 | 35.0† | 50.0† | 35.0† | 36.0 |

## Table

| Disability Type | Median Earnings | Standard Error | Base Population | Sample Size |
|---|---|---|---|---|
| No Disability | $36,000 | $710 | 395,000 | 3,766 |
| Any Disability | $33,000 | $4,000 | 17,000 | 198 |
| Sensory | $33,000 | $5,960 | 4,000 | 50 |
| Physical | $34,000 | $6,350 | 9,000 | 100 |
| Mental | $35,000† | $17,150 | 3,000 | 33 |
| Self-Care | $50,000† | $18,130 | 700 | 10 |
| Go-Outside-Home | $35,000† | $9,160 | 2,000 | 27 |
| Employment | $36,000 | $7,860 | 4,000 | 56 |

†**Caution:** Estimate based on small sample size (less than 40 individuals).

For more statistics go to www.DisabilityStatistics.org    **29**

# Annual Household Income

2006



**Hawaii**

**Household Income: with disability**

## $50,400

**Household Income: without disability**

## $79,700

## Introduction

This section illustrates the median annual household income[1] of non-institutionalized working-age people (ages 21 to 64) with disabilities in Hawaii, using data from the 2006 American Community Survey (ACS). For definitions of terms, see Glossary (page 42). Comparisons to the 2005 Disability Status Report are not advisable due to the inclusion of people living in non-institutionalized group quarters.

## Quick Statistics

- In 2006, the median household income of working-age people with disabilities in HI was $50,400.

- In 2006, the median household income of working-age people without disabilities in HI was $79,700.

- The difference in the median household income between working-age people with and without disabilities was $29,300.

- Among the six types of disabilities identified in the ACS, the highest median household income was for people with "Sensory Disability," $50,700. The lowest median household income was for people with "Self-Care Disability," $31,100.

[1]**Caution:** For persons living in non-institutional group quarters household income is not available, therefore total personal income is substituted for household income.



**Annual Household Income**

## Median annual household income[†] of non-institutionalized working-age people (ages 21 to 64) by disability status in Hawaii in 2006

### Chart



### Table

| Disability Type | Median Earnings | Standard Error | Base Population | Sample Size |
|---|---|---|---|---|
| No Disability | $79,700 | $1,390 | 673,000 | 6,637 |
| Any Disability | $50,400 | $3,310 | 76,000 | 808 |
| Sensory | $50,700 | $9,350 | 17,000 | 168 |
| Physical | $48,500 | $4,180 | 47,000 | 488 |
| Mental | $37,700 | $4,020 | 26,000 | 260 |
| Self-Care | $31,100 | $9,430 | 10,000 | 100 |
| Go-Outside-Home | $37,200 | $8,320 | 18,000 | 192 |
| Employment | $43,500 | $4,160 | 42,000 | 455 |

[†]**Caution:** For persons living in non-institutional group quarters household income is not available, therefore total personal income is substituted for household income.



2006

HI

Hawaii

Poverty:
with disability

**23.3%**

Poverty:
without disability

**7.2%**

32

# Poverty

## Introduction

This section examines the poverty rates[†] of non-institutionalized working-age people (ages 21 to 64) with disabilities in Hawaii, using data from the 2006 American Community Survey (ACS). For definitions of terms, see Glossary (page 42). Comparisons to the 2005 Disability Status Report are not advisable due to the inclusion of people living in non-institutionalized group quarters.

## Quick Statistics

- In 2006, the poverty rate of working-age people with disabilities in HI was 23.3 percent.

- In 2006, the poverty rate of working-age people without disabilities in HI was 7.2 percent.

- The difference in the poverty rate between working-age people with and without disabilities was 16.1 percentage points.

- Among the six types of disabilities identified in the ACS, the highest poverty rate was for people with "Self-Care Disability," 43.2 percent. The lowest poverty rate was for people with "Physical Disability," 26.2 percent.

[†]**Caution:** The Census Bureau does not calculate poverty status for those people living in military group quarters or college dormitories.



**Poverty**

## Poverty Rates[†] of non-institutionalized working-age people (ages 21 to 64) by disability status in Hawaii in 2006

### Chart



Poverty Rates (%)    ■ 2006, HI

| Any Disability | Sensory | Physical | Mental | Self-Care | Go-Outside-Home | Employ-ment |
|---|---|---|---|---|---|---|
| 23.3 | 33.1 | 26.2 | 33.9 | 43.2 | 34.8 | 28.9 |

### Table

| Disability Type | Percent | StdErr | Number | StdErr | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| No Disability | 7.2 | 0.54 | 48,000 | 3,600 | 663,000 | 6,557 |
| Any Disability | 23.3 | 2.61 | 17,000 | 2,200 | 75,000 | 797 |
| Sensory | 33.1 | 6.15 | 6,000 | 1,300 | 17,000 | 166 |
| Physical | 26.2 | 3.46 | 12,000 | 1,900 | 46,000 | 481 |
| Mental | 33.9 | 4.98 | 9,000 | 1,600 | 26,000 | 256 |
| Self-Care | 43.2 | 8.33 | 4,000 | 1,100 | 10,000 | 99 |
| Go-Outside-Home | 34.8 | 5.94 | 6,000 | 1,300 | 18,000 | 191 |
| Employment | 28.9 | 3.75 | 12,000 | 1,800 | 42,000 | 452 |

†**Caution:** The Census Bureau does not calculate poverty status for those people living in military group quarters or college dormitories.

# Supplemental Security Income (SSI)



2006

**Hawaii**

**Receipt of SSI**

## 16.4%

## Introduction

This section focuses on the percentage of non-institutionalized working-age people (ages 21 to 64) with disabilities who receive Supplemental Security Income (SSI) payments in Hawaii, using data from the 2006 American Community Survey (ACS). For definitions of terms, see Glossary (page 42). Comparisons to the 2005 Disability Status Report are not advisable due to the inclusion of people living in non-institutionalized group quarters. Please note that these results will differ from official Social Security Administration reports for several reasons. For additional information, please email DisabilityStatistics@cornell.edu.

## Quick Statistics

- In 2006, the percentage of working-age people with disabilities receiving Supplemental Security Income payments in HI was 16.4 percent.

- In 2006, the number of working-age people with disabilities receiving Supplemental Security Income payments in HI was 12,000.

- Among the six types of disabilities identified in the ACS, the highest percentage that received SSI was people with "Mental Disability," 30.8 percent. The lowest percentage that received SSI was people with "Physical Disability," 18.2 percent.

2006 Disability Status Report

**Supplemental Security Income (SSI)**

## Percentage of non-institutionalized working-age people (ages 21 to 64) with disabilities who receive Supplemental Security Income (SSI) payments in Hawaii in 2006

### Chart



Receipt of SSI (%)    ■ 2006, HI

| Disability Type | Percent | StdErr | Number | StdErr | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| Any Disability | 16.4 | 2.14 | 12,000 | 1,800 | 76,000 | 808 |
| Sensory | 18.8 | 4.80 | 3,000 | 900 | 17,000 | 168 |
| Physical | 18.2 | 2.84 | 9,000 | 1,500 | 47,000 | 488 |
| Mental | 30.8 | 4.54 | 8,000 | 1,400 | 26,000 | 260 |
| Self-Care | 21.9 | 6.53 | 2,000 | 800 | 10,000 | 100 |
| Go-Outside-Home | 28.6 | 5.30 | 5,000 | 1,200 | 18,000 | 192 |
| Employment | 22.6 | 3.25 | 9,000 | 1,500 | 42,000 | 455 |

### Table



2006

HI

Hawaii

**High School Only: with disability**

**32.4%**

**High School Only: without disability**

**28.9%**

36

# Education:
## High School Diploma/Equivalent

### Introduction

This section explores the percentage of non-institution-alized working-age people (ages 21 to 64) with dis-abilities with only a high school diploma or equivalent in Hawaii, using data from the 2006 American Commu-nity Survey (ACS). For definitions of terms, see Glossary (page 42). Comparisons to the 2005 Disability Status Report are not advisable due to the inclusion of people living in non-institutionalized group quarters.

### Quick Statistics

• In 2006, the percentage of working-age people with disabilities with only a high school diploma or equiva-lent in HI was 32.4 percent.

• The percentage of working-age people without dis-abilities with only a high school diploma or equivalent in HI was 28.9 percent.

• The difference in the percentage with only a high school diploma or equivalent between working-age people with and without disabilities was 3.5 percent-age points.

• Among the six types of disabilities identified in the ACS, the highest percentage with only a high school di-ploma or equivalent was for people with "Mental Dis-ability," 34.6 percent. The lowest percentage with only a high school diploma or equivalent was for people with "Sensory Disability," 25.1 percent.

**Education:
H.S. Diploma / Equivalent**

**Percentage of non-institutionalized working-age people (ages 21 to 64) with only a high school diploma or equivalent by disability status in Hawaii in 2006**

## Chart



## Table

| Disability Type | Percent | StdErr | Number | StdErr | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| No Disability | 28.9 | 0.82 | 194,000 | 6,100 | 673,000 | 6,637 |
| Any Disability | 32.4 | 2.54 | 24,000 | 2,300 | 76,000 | 808 |
| Sensory | 25.1 | 4.99 | 4,000 | 1,000 | 17,000 | 168 |
| Physical | 33.4 | 3.25 | 16,000 | 1,900 | 47,000 | 488 |
| Mental | 34.6 | 4.38 | 9,000 | 1,400 | 26,000 | 260 |
| Self-Care | 33.8 | 7.00 | 3,000 | 900 | 10,000 | 100 |
| Go-Outside-Home | 30.8 | 5.07 | 6,000 | 1,100 | 18,000 | 192 |
| Employment | 30.9 | 3.37 | 13,000 | 1,700 | 42,000 | 455 |

# Education:
## Some College/Associate's Degree

2006

HI

Hawaii

**Some College:
with disability**

# 34.6%

**Some College:
without disability**

# 34.1%

### Introduction

This section examines the percentage of non-institu-tionalized working-age people (ages 21 to 64) with disabilities with only some college or an Associate's degree in Hawaii, using data from the 2006 American Community Survey (ACS). For definitions of terms, see Glossary. Comparisons to the 2005 Disability Status Report are not advisable due to the inclusion of people living in non-institutionalized group quarters.

### Quick Statistics

- In 2006, the percentage of working-age people with disabilities with only some college or an Associate's de-gree in HI was 34.6 percent.

- The percentage of working-age people without disabil-ities with only some college or an Associate's degree in HI was 34.1 percent.

- The difference in the percentage with only some col-lege or an Associate's degree between working-age people with and without disabilities was 0.5 percent-age points.

- Among the six types of disabilities identified in the ACS, the highest percentage with only some college or an Associate's degree was for people with "Sensory Disability," 40.8 percent. The lowest percentage with only some college or Associate's degree was for people with "Mental Disability," 28.5 percent.



**Education:
Some College / Associate's**

Percentage of non-institutionalized working-age people (ages 21 to 64) with only some college or an Associate's degree by disability status in Hawaii in 2006

## Chart



**Education: Some College or Associate's Degree Only (%)**          ■ 2006, HI

| | Any Disability | Sensory | Physical | Mental | Self-Care | Go-Outside-Home | Employ-ment |
|---|---|---|---|---|---|---|---|
| | 34.6 | 40.8 | 36.0 | 28.5 | 28.9 | 28.9 | 36.3 |

## Table

| Disability Type | Percent | StdErr | Number | StdErr | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| No Disability | 34.1 | 0.86 | 229,000 | 6,500 | 673,000 | 6,637 |
| Any Disability | 34.6 | 2.58 | 26,000 | 2,400 | 76,000 | 808 |
| Sensory | 40.8 | 5.66 | 7,000 | 1,200 | 17,000 | 168 |
| Physical | 36.0 | 3.31 | 17,000 | 1,900 | 47,000 | 488 |
| Mental | 28.5 | 4.16 | 7,000 | 1,300 | 26,000 | 260 |
| Self-Care | 28.9 | 6.71 | 3,000 | 800 | 10,000 | 100 |
| Go-Outside-Home | 28.9 | 4.98 | 5,000 | 1,100 | 18,000 | 192 |
| Employment | 36.3 | 3.51 | 15,000 | 1,800 | 42,000 | 455 |



2006

HI

Hawaii

Bachelor's or More:
with disability

**17.0%**

Bachelor's or More:
without disability

**31.4%**

# Education:
## Bachelor's Degree or More

### Introduction

This section presents the percentage of non-institutionalized working-age people (ages 21 to 64) with disabilities with a Bachelor's degree or more in Hawaii, using data from the 2006 American Community Survey (ACS). For definitions of terms, see Glossary (page 42). Comparisons to the 2005 Disability Status Report are not advisable due to the inclusion of people living in non-institutionalized group quarters.

### Quick Statistics

• In 2006, the percentage of working-age people with disabilities with a Bachelor's degree or more in HI was 17.0 percent.

• The percentage of working-age people without disabilities with a Bachelor's degree or more in HI was 31.4 percent.

• The difference in the percentage with a Bachelor's degree or more between working-age people with and without disabilities was 14.4 percentage points.

• Among the six types of disabilities identified in the ACS, the highest percentage with a Bachelor's degree or more was for people with "Go-Outside-Home Disability," 17.1 percent. The lowest percentage with a Bachelor's degree or more was for people with "Mental Disability," 13.7 percent.

**Education:
Bachelor's Degree or More**

## Percentage of non-institutionalized working-age people (ages 21 to 64) with a Bachelor's degree or more by disability status in Hawaii in 2006

### Chart



Education: Bachelor's Degree or More (%)     ■ 2006, HI

| | Any Disability | Sensory | Physical | Mental | Self-Care | Go-Outside-Home | Employ-ment |
|---|---|---|---|---|---|---|---|
| | 17.0 | 15.5 | 16.6 | 13.7 | 16.8 | 17.1 | 15.6 |

### Table

| Disability Type | Percent | StdErr | Number | StdErr | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| No Disability | 31.4 | 0.84 | 211,000 | 6,300 | 673,000 | 6,637 |
| Any Disability | 17.0 | 2.04 | 13,000 | 1,700 | 76,000 | 808 |
| Sensory | 15.5 | 4.17 | 3,000 | 800 | 17,000 | 168 |
| Physical | 16.6 | 2.57 | 8,000 | 1,300 | 47,000 | 488 |
| Mental | 13.7 | 3.17 | 4,000 | 900 | 26,000 | 260 |
| Self-Care | 16.8 | 5.53 | 2,000 | 600 | 10,000 | 100 |
| Go-Outside-Home | 17.1 | 4.14 | 3,000 | 800 | 18,000 | 192 |
| Employment | 15.6 | 2.65 | 7,000 | 1,200 | 42,000 | 455 |

# Glossary

**Actively Looking for Work:** A person is defined as actively looking for work if he or she reports looking for work during the last four weeks.

**Base Population (Base Pop.):** The estimated number of individuals upon which the calculation is based. (For percentages, this is the denominator.)

**Disability and Disability Types:** The ACS definition of disability is based on three questions. (1) Does this person have any of the following long-lasting conditions: (a) blindness, deafness, or a severe vision or hearing impairment? [Sensory Disability]; (b) a condition that substantially limits one or more basic physical activities such as walking, climbing stairs, reaching, lifting, or carrying? [Physical Disability] (2) Because of a physical, mental, or emotional condition lasting six months or more, does this person have any difficulty in doing any of the following activities: (a) learning, remembering, or concentrating? [Mental Disability]; (b) dressing, bathing, or getting around inside the home? [Self-Care Disability] (3) Because of a physical, mental, or emotional condition lasting six months or more, does this person have any difficulty in doing any of the following activities: (a) going outside the home alone to shop or visit a doctor's office? [Go-Outside-Home Disability]; (b) working at a job or business? [Employment Disability]. A person is coded as having a disability if he or she or a proxy respondent answers affirmatively for one or more of these six categories.

**Education:** Our definition is based on the responses to the question: "What is the highest level of schooling this person has completed? If currently enrolled, mark the previous grade or highest degree received." Our category "high school diploma/equivalent" includes those marking the ACS option "HIGH SCHOOL GRADUATE — high school DIPLOMA or the equivalent (for example: GED)." Our category "some college or an Associate's degree" includes those marking the ACS options: some college credit, but less than one year; one or more years of college but no degree, or "Associate's degree (for example: AA, AS)." Our category "a Bachelor's or more" includes those marking the ACS options: "Bachelor's degree (for example: BA, AB, BS)"; "Master's degree (for example: MA, MS, MEng, Med, MSW, MBA)"; "Professional degree (for example: MD, DDS, DVM, LLB, JD)"; or "Doctorate degree (for example: PhD, EdD)."

**Employment:** A person is considered employed if he or she (a) worked as a paid employee, worked in his or her own business or profession, worked on his or her own farm, or worked 15 or more hours as an unpaid worker on a family farm or business, or (b) had a job but temporarily did not work at that job during the reference period due to illness, bad weather, industrial dispute, vacation or other personal reasons. The reference period is defined as the week preceding the date the questionnaire was completed.

**Employment Disability:** This disability type is based on the question: Because of a physical, mental, or emotional condition lasting six months or more, does this person have any difficulty in doing any of the following activities: (b) working at a job or business?

**Full-Time/Full-Year Employment:** A person is considered employed full-time/full-year if he or she worked 35 hours or more per week (full-time) and 50 or more weeks per year (full-year). The reference period is defined as the year preceding the date the questionnaire was completed. Note: this does not signify whether a person is eligible for fringe benefits.

**Go-Outside-Home Disability:** This disability type is based on the question: Because of a physical, mental, or emotional condition lasting six months or more, does this person have any difficulty in doing any of the following activities: (a) going outside the home alone to shop or visit a doctor's office?

**Group Quarters (GQ):** A GQ is a place where people live or stay that is normally owned or managed by an entity or organization providing housing and/or services for the residents. These services may include custodial or medical care as well as other types of assistance, and residency is commonly restricted to those receiving these services. People living in group quarters are usually not related to each other. Group quarters include such places as college residence halls, residential treatment centers, skilled nursing facilities, group homes, military barracks, correctional facilities, and workers' dormitories. See the definitions of institutional GQs and non-institutional GQs for more information. In addition, a description of the types of group quarters included in the 2006 ACS is located on the U.S. Census Bureau's Web site at www.census.gov/acs/www/UseData/GQ/def.htm.

**Household Income:** Household income is defined as the total income of a household including: wages, salary, commissions, bonuses, or tips from all jobs; self-employment income from own non-farm businesses or farm businesses, including proprietorships and partnerships; interest, dividends, net rental income, royalty income, or income from real estates and trusts; Social Security or Railroad Retirement; Supplemental Security Income; any public assistance or welfare payments from the state or local welfare office; retirement, survivor or disability pensions; and any other regularly received income (e.g., Veterans' payments, unemployment compensation, child support or alimony).

**Institutional Group Quarters (GQs):** Includes facilities for people under formally authorized, supervised care or custody at the time of enumeration; such as correctional facilities, nursing facilities/skilled nursing facilities, in-patient hospice facilities, mental (psychiatric hospitals), group homes for juveniles, and residential treatment centers for juveniles.

**Labor Earnings:** Labor earnings are defined as wages, salary, commissions, bonuses, or tips from all jobs; not including self-employment income from own non-farm businesses or farm businesses.

**Mental Disability:** This disability type is based on the question: Because of a physical, mental, or emotional condition lasting six months or more, does this person have any difficulty in doing any of the following activities: (a) learning, remembering, or concentrating?

**Non-Institutional Group Quarters (GQs):** Includes facilities that are not classified as institutional group quarters; such as college/university housing, group homes intended for adults, residential treatment facilities for adults, workers' group living quarters and Job Corps centers and religious group quarters.

**Not Working but Actively Looking for Work:** A person is defined as not working but actively looking for work if he or she reports not being employed but has been looking for work during the last four weeks.

**Number:** This term appears in the tables; it refers to estimated number of people in the category. (For percentages, this is the numerator.)

**Physical Disability:** This disability type is based on the question: Does this person have any of the following long-lasting conditions: (b) a condition that substantially limits one or more basic physical activities such as walking, climbing stairs, reaching, lifting, or carrying?

**Poverty:** The poverty measure is computed based upon the standards defined in Directive 14 from the Office of Management and Budget. These standards use poverty thresholds created in 1982 and index these thresholds to 2006 dollars using poverty factors based upon the Consumer Price Index. They use the family as the income sharing unit and family income is the sum of total income from each family member living in the household. The poverty threshold depends upon the size of the family; the age of the householder; and the number of related children under the age of 18.

**Race:** Our race categories are based on the question, "[w]hat is this person's race? Mark (X) one or more races to indicate what this person considers himself/herself to be." Responses include the following: White; Black or African-American; American Indian or Alaska Native (print name of enrolled or principal tribe); Asian Indian; Chinese; Filipino; Japanese; Korean; Vietnamese; Other Asian (Print Race); Native Hawaiian; Guamanian or Chamorro; Samoan; Other Pacific Islander (Print Race Below); Some other race (print race below). Other race also contains people who report more than one race.

**Sample Size:** The number of survey participants used to calculate the statistic.

**Self-Care Disability:** This disability type is based on the question: Because of a physical, mental, or emotional condition lasting six months or more, does this person have any difficulty in doing any of the following activities: (b) dressing, bathing, or getting around inside the home?

**Sensory Disability:** This disability type is based on the question: Does this person have any of the following long-lasting conditions: (a) blindness, deafness, or a severe vision or hearing impairment?

**Standard Error (StdErr):** Data, such as data from the American Community Survey (ACS), is based on a sample, and therefore statistics derived from this data are subject to sampling variability. The standard error (StdErr) represents the degree of sampling variability. In a random sample, the degree of sampling variation will be determined by the underlying variability of the phenomena being estimated (e.g., income) and the size of the sample (i.e., the number of survey participants used to calculate the statistic). The smaller the standard error—the lower the sampling variability—the more "precise" the estimate is considered.

**Supplemental Security Income (SSI):** A person is defined as receiving SSI payments if he or she reports receiving SSI income in the 12 months prior to the survey.

# About the StatsRRTC

### About the Rehabilitation Research and Training Center on Disability Demographics and Statistics (StatsRRTC)

The Rehabilitation Research and Training Center on Disability Demographics and Statistics (StatsRRTC) bridges the divide between the sources of disability data and the users of disability statistics. We conduct research exploring the reliability of existing data sources and collection methods, and study the potential to improve current and future data collection efforts.

The StatsRRTC is an interdisciplinary effort of two organizations at Cornell University: the Employment and Disability Institute, and the Department of Policy Analysis and Management. In addition, expertise is drawn from the following collaborating institutions: American Association of People with Disabilities (AAPD), Center for an Accessible Society, InfoUse, and Mathematica Policy Research, Inc.

The StatsRRTC is funded by the U.S. Department of Education, National Institute on Disability and Rehabilitation Research (No. H133B031111). The contents of this paper do not necessarily represent the policy of the Department of Education, and you should not assume endorsement by the Federal Government (Edgar, 75.620 (b)).

### StatsRRTC Co-Principal Investigators

Andrew J. Houtenville: Senior Research Associate, Cornell University

Susanne M. Bruyere: Director, Employment and Disability Institute, School of Industrial and Labor Relations, Extension Division, Cornell University

Richard V. Burkhauser: Sarah Gibson Blanding Professor, Department of Policy Analysis and Management, College of Human Ecology, Cornell University

David C. Stapleton: Mathmatica Policy Research, Center for Disability Policy

### Contact Us

Andrew J. Houtenville, Director
Rehabilitation Research and Training Center on Disability Demographics and Statistics
Cornell University, Ithaca, New York 14853

Phone:      607.255.5702
Email:      DisabilityStatistics@cornell.edu
Web:        www.DisabilityStatistics.org



The Rehabilitation Research and Training
Center on Disability Demographics and
Statistics (StatsRRTC) is funded by the
U.S. Department of Education, National
Institute on Disability and Rehabilitation
Research (No. H133B031111).

Table 5.
**Disability Status, Employment, and Annual Earnings: Individuals 21 to 64 Years Old: 2002**

(Numbers in thousands)

| Characteristic | Total Number | Total 90-percent C.I.[1] (±) | Employed Number | Employed 90-percent C.I.[1] (±) | Employed Percent | Employed Percent 90-percent C.I.[1] (±) | Median earnings (dollars) Value | Median 90-percent C.I.[1] (±) | Mean earnings (dollars) Value | Mean 90-percent C.I.[1] (±) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Both sexes** | 164,362 | 1,326 | 136,714 | 1,336 | 83.2 | 0.5 | 24,160 | 315 | 31,840 | 532 |
| **Disability Status** | | | | | | | | | | |
| With a disability | 25,597 | 759 | 14,313 | 579 | 55.9 | 1.5 | 17,150 | 909 | 23,034 | 1,014 |
| Severe | 16,892 | 626 | 7,177 | 415 | 42.5 | 1.9 | 12,781 | 1,084 | 18,363 | 1,228 |
| Covered by Medicare, received supplemental security income, or received social security | 7,345 | 420 | 1,022 | 158 | 13.9 | 2.0 | 3,685 | 3,566 | 5,934 | 1,222 |
| Covered by Medicare | 3,707 | 300 | 420 | 102 | 11.3 | 2.6 | 3,375 | 5,672 | 4,650 | 1,070 |
| Received supplemental security income | 3,539 | 294 | 380 | 97 | 10.7 | 2.6 | 3,019 | 6,094 | 4,853 | 1,717 |
| Received social security | 4,772 | 340 | 767 | 137 | 16.1 | 2.6 | 3,870 | 4,067 | 6,178 | 1,436 |
| Not covered by Medicare and did not receive supplemental security income | 10,625 | 502 | 6,460 | 395 | 60.8 | 2.4 | 14,514 | 1,297 | 19,661 | 1,329 |
| Received social security | 1,079 | 163 | 304 | 87 | 28.2 | 6.8 | 4,796 | 6,076 | 8,437 | 3,141 |
| Prevented from working | 668 | 128 | 76[4] | 43 | 11.4 | 6.1 | 3,152 | 13,534 | 5,692 | 4,186 |
| Not prevented from working | 411 | 101 | 229 | 75 | 55.6 | 12.2 | 5,454 | 6,699 | 9,347 | 3,902 |
| Did not receive social security | 9,546 | 477 | 6,156 | 385 | 64.5 | 2.4 | 15,000 | 1,373 | 20,426 | 1,376 |
| Prevented from working | 3,004 | 271 | 702 | 131 | 23.4 | 3.8 | 7,200 | 3,350 | 9,694 | 2,425 |
| Not prevented from working | 6,542 | 397 | 5,454 | 363 | 83.4 | 2.0 | 16,455 | 1,472 | 21,807 | 1,498 |
| Not severe | 8,705 | 456 | 7,136 | 414 | 82.0 | 2.3 | 21,880 | 1,333 | 27,733 | 1,571 |
| Received social security | 535 | 115 | 213 | 72 | 39.8 | 10.5 | 8,464 | 5,455 | 12,445 | 3,403 |
| Did not receive social security | 8,170 | 442 | 6,923 | 408 | 84.7 | 2.0 | 22,336 | 1,364 | 28,204 | 1,608 |
| No disability | 138,766 | 1,337 | 122,401 | 1,321 | 88.2 | 0.4 | 25,046 | 341 | 32,870 | 581 |
| Received social security | 3,123 | 276 | 1,269 | 177 | 40.6 | 4.4 | 9,041 | 2,098 | 13,509 | 2,072 |
| Did not receive social security | 135,643 | 1,335 | 121,132 | 1,319 | 89.3 | 0.4 | 25,228 | 344 | 33,077 | 586 |
| **Seeing/Hearing/Speaking** | | | | | | | | | | |
| Difficulty seeing words/letters | 3,869 | 307 | 2,140 | 229 | 55.3 | 4.0 | 15,684 | 2,347 | 22,106 | 2,219 |
| Severe | 800 | 140 | 384 | 97 | 48.0 | 8.8 | 15,842 | 5,540 | 22,189 | 5,303 |
| Not severe | 3,069 | 274 | 1,755 | 207 | 57.2 | 4.4 | 15,951 | 2,593 | 22,088 | 2,443 |
| Difficulty hearing normal conversation | 3,513 | 293 | 2,392 | 242 | 68.1 | 3.9 | 23,016 | 2,344 | 27,269 | 2,300 |
| Severe | 428 | 103 | 294 | 85 | 68.6 | 11.1 | 23,301 | 6,740 | 24,089 | 5,953 |
| Not severe | 3,084 | 274 | 2,098 | 227 | 68.0 | 4.2 | 22,872 | 2,499 | 27,714 | 2,483 |
| Difficulty having speech understood | 1,512 | 193 | 683 | 130 | 45.2 | 6.4 | 13,896 | 3,818 | 20,218 | 4,654 |
| Severe | 361 | 94 | 144[4] | 60 | 39.9 | 12.8 | 17,020 | 2,317 | 20,750 | 8,640 |
| Not severe | 1,151 | 168 | 539 | 115 | 46.9 | 7.3 | 13,106 | 4,053 | 20,076 | 5,427 |
| **Selected Physical Tasks** | | | | | | | | | | |
| Difficulty walking | 9,924 | 486 | 4,051 | 314 | 40.8 | 2.5 | 14,000 | 1,580 | 19,911 | 1,923 |
| Severe | 4,661 | 336 | 1,385 | 184 | 29.7 | 3.3 | 12,008 | 2,117 | 16,259 | 2,448 |
| Not severe | 5,262 | 357 | 2,666 | 255 | 50.7 | 3.4 | 15,568 | 2,317 | 21,809 | 2,614 |
| Difficulty climbing stairs | 9,833 | 484 | 3,990 | 312 | 40.6 | 2.5 | 14,400 | 1,637 | 20,616 | 2,078 |
| Severe | 2,798 | 261 | 791 | 140 | 28.3 | 4.2 | 13,128 | 3,352 | 18,104 | 3,450 |
| Not severe | 7,035 | 411 | 3,198 | 279 | 45.5 | 2.9 | 15,002 | 1,905 | 21,238 | 2,444 |

See footnotes at end of table.

**Table 5.**
**Disability Status, Employment, and Annual Earnings: Individuals 21 to 64 Years Old: 2002—Con.**

(Numbers in thousands)

| Characteristic | Total | | Employed | | | | Median earnings (dollars) | | Mean earnings (dollars) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Number | 90-percent C.I.¹ (±) | Number | 90-percent C.I.¹ (±) | Percent | 90-percent C.I.¹ (±) | Value | 90-percent C.I.¹ (±) | Value | 90-percent C.I.¹ (±) |
| **Instrumental Activities of Daily Living—Con.** | | | | | | | | | | |
| Difficulty going outside the home alone | 3,811 | 305 | 1,011 | 158 | 26.5 | 3.6 | 9,351 | 2,306 | 15,191 | 2,724 |
| Needs personal assistance | 2,859 | 264 | 718 | 133 | 25.1 | 4.0 | 8,940 | 2,845 | 14,421 | 3,318 |
| Does not need personal assistance | 952 | 153 | 292 | 85 | 30.7 | 7.4 | 13,504 | 5,672 | 17,084 | 4,673 |
| Difficulty keeping track of money/bills | 2,092 | 226 | 619 | 123 | 29.6 | 5.0 | 7,434 | 3,498 | 11,827 | 2,647 |
| Needs personal assistance | 1,754 | 207 | 503 | 111 | 28.7 | 5.4 | 6,010 | 4,338 | 10,817 | 2,865 |
| Does not need personal assistance | 339 | 91 | 116‡ | 54 | 34.4 | 12.8 | 15,508 | 10,048 | 16,193 | 6,356 |
| Difficulty preparing meals | 2,183 | 231 | 539 | 115 | 24.7 | 4.6 | 8,953 | 3,280 | 14,466 | 3,856 |
| Needs personal assistance | 1,779 | 209 | 422 | 102 | 23.7 | 5.0 | 9,018 | 3,684 | 15,608 | 4,747 |
| Does not need personal assistance | 404 | 100 | 117‡ | 54 | 28.9 | 11.2 | 6,664 | 8,562 | 10,347 | 4,240 |
| Difficulty doing light housework | 3,166 | 276 | 852 | 145 | 26.9 | 3.9 | 10,300 | 2,534 | 17,694 | 3,559 |
| Needs personal assistance | 2,311 | 238 | 552 | 117 | 23.9 | 4.4 | 9,600 | 3,043 | 16,676 | 4,203 |
| Does not need personal assistance | 855 | 145 | 300 | 86 | 35.1 | 8.1 | 13,519 | 5,603 | 19,264 | 6,473 |
| Difficulty taking prescription medicines | 1,728 | 206 | 467 | 107 | 27.0 | 5.3 | 8,344 | 3,726 | 14,792 | 3,817 |
| Needs personal assistance | 1,386 | 184 | 312 | 73 | 22.5 | 5.6 | 6,690 | 5,232 | 13,224 | 4,574 |
| Does not need personal assistance | 342 | 92 | 155‡ | 62 | 45.4 | 13.4 | 14,288 | 8,237 | 17,944 | 6,725 |
| Difficulty using the telephone | 1,013 | 158 | 416 | 101 | 41.0 | 7.7 | 17,715 | 5,339 | 23,143 | 5,346 |
| Unable to use ordinary phone | 393 | 98 | 141‡ | 59 | 35.8 | 12.0 | 21,944 | 9,494 | 23,948 | 9,498 |
| Able to use ordinary phone | 620 | 124 | 275 | 82 | 44.3 | 9.9 | 15,862 | 6,549 | 22,731 | 6,454 |
| **Use of Ambulatory Aids** | | | | | | | | | | |
| Used a wheelchair | 1,064 | 162 | 314 | 88 | 29.5 | 6.9 | 16,670 | 6,142 | 20,695 | 6,971 |
| Used a cane/crutches/walker | 3,392 | 288 | 1,181 | 170 | 34.8 | 4.1 | 15,780 | 3,159 | 20,603 | 2,995 |
| **Mental** | | | | | | | | | | |
| With a disability | 8,897 | 461 | 4,199 | 319 | 47.2 | 2.6 | 13,771 | 1,526 | 19,528 | 1,781 |
| With one or more selected conditions | 5,037 | 349 | 2,313 | 238 | 45.9 | 3.5 | 14,594 | 2,179 | 20,511 | 2,323 |
| A learning disability | 2,323 | 238 | 1,345 | 182 | 57.9 | 5.1 | 15,413 | 2,955 | 22,254 | 2,996 |
| Mental retardation | 2,320 | 150 | 275 | 82 | 29.9 | 7.5 | 4,650 | 6,460 | 7,696 | 2,793 |
| Alzheimer's, senility, or dementia | 657 | 127 | 214 | 73 | 32.6 | 9.1 | 13,900 | 6,823 | 19,806 | 10,138 |
| Other mental/emotional condition | 2,323 | 238 | 830 | 143 | 35.7 | 4.9 | 14,518 | 3,619 | 18,068 | 3,411 |
| With one or more selected symptoms (Y) | 5,579 | 367 | 2,378 | 241 | 42.6 | 3.3 | 11,514 | 1,696 | 16,907 | 2,259 |
| Frequently depressed or anxious | 4,812 | 342 | 2,062 | 225 | 42.8 | 3.5 | 11,514 | 1,821 | 16,575 | 2,348 |
| Trouble getting along with others | 1,591 | 198 | 569 | 118 | 35.8 | 6.0 | 11,272 | | 15,847 | 3,362 |
| Trouble concentrating | 2,828 | 263 | 946 | 152 | 33.4 | 4.4 | 9,850 | 2,301 | 14,295 | 2,811 |
| Trouble coping with stress | 3,761 | 303 | 1,536 | 194 | 40.8 | 4.0 | 12,024 | 2,204 | 16,846 | 2,957 |
| Difficulty keeping track of money/bills | 2,092 | 226 | 619 | 123 | 29.6 | 5.0 | 7,434 | 3,498 | 11,827 | 2,647 |
| **Working at a Job** | | | | | | | | | | |
| Has experienced employment problems related to disability (X) | 18,289 | 650 | 7,526 | 425 | 41.2 | 1.8 | 12,658 | 1,048 | 18,204 | 1,388 |
| Has had difficulty remaining employed or finding a job | 11,226 | 516 | 3,286 | 283 | 29.3 | 2.1 | 8,034 | 1,444 | 12,242 | 1,186 |
| Limited in kind or amount of work that can be done (X) | 16,616 | 622 | 6,452 | 394 | 38.8 | 2.1 | 12,746 | 1,140 | 18,577 | 1,571 |
| Prevented from working at a job (X) | 10,877 | 508 | 1,392 | 165 | 12.8 | 1.6 | 6,780 | 2,460 | 9,434 | 1,548 |
| Not prevented from working at a job (X) | 5,739 | 372 | 5,061 | 350 | 88.2 | 2.1 | 15,288 | 1,523 | 21,091 | 1,923 |

See footnotes at end of table.