June 26, 2008

Gregg M. Ushiroda
Watanabe Ing & Komeiji LLLP
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, HI  96813

Dear Mr. Ushiroda,

I am looking forward to working with you on the 504 case that we have been discussing (Mark H. v. Dept. of Education). Below is my fee schedule as well as my contact information (including my home address for mailing).

**Fee Schedule**

$400 per hour for case review and preparation
$4,000 per day for conducting the in person evaluations, for the deposition, and for court appearance during the trial.

**Contact Information**
Home Address:    130 Church Street
                 Barrington, RI  02806

Cell Phone (preferred):  401-439-7494
Home Phone:              401-247-0663

Email:           ssheinkopf@gmail.com

Thank you very much.  I look forward to speaking with you soon.

Best regards,

Stephen J. Sheinkopf, Ph.D.

Sheinkopf, S. J.

08/22/2008

# CURRICULUM VITAE
## STEPHEN JON SHEINKOPF, PH.D.

Brown Center for the Study of Children at Risk
Women & Infants Hospital
101 Dudley Street
Providence, RI 02905

Tel. 401-453-7637
Fax. 401-453-7639
E-Mail. Stephen_Sheinkopf@brown.edu

## EDUCATION

| | |
|---|---|
| Undergraduate | Tufts University, Biology, BS 1988 |
| Graduate | University of Miami, Psychology, MS, 1995 |
| | University of Miami, Clinical Psychology, Ph.D., 1999 |

## POSTGRADUATE TRAINING

| | |
|---|---|
| Predoctoral Internship | Brown University Clinical Psychology Training Consortium<br>Child Clinical Track, APA Accredited Program<br>1998 – 1999 |
| Fellowship | E. P. Bradley Hospital & Brown Medical School<br>Child Mental Health Fellowship<br>National Research Service Award (F32), National Institute on Drug Abuse, Barry Lester, Sponsor<br>1999-2001 |

## PROFESSIONAL LICENSES AND BOARD CERTIFICATION

State of Rhode Island License (Psychologist) # PS00758, first issued 8/8/2001

State of Hawaii License (Psychologist) # PSY-1062, first issued 7/28/2008

## ACADEMIC APPOINTMENTS

Assistant Professor of Psychiatry & Human Behavior (Research)
Brown Medical School, 2002 – 2008

Assistant Professor of Psychiatry & Human Behavior and Pediatrics (Research)
Brown Medical School, 2008 – present

1