IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>　　　　Defendants. | CIVIL NO. CV 00-00282 MLR-LEK<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendants' Expert Disclosures, was duly served electronically through CM/ECF on the following attorneys to their last known address on August 26, 2008:

> **STANLEY E. LEVIN, ESQ.**
> **MICHAEL K. LIVINGSTON, ESQ.**
> **ANNE L. WILLIAMS, ESQ.**
> **SUSAN K. DORSEY, ESQ.**
> 851 Fort Street; Suite 400
> Honolulu, HI  96813

　　　　　　　　and

**KEITH H.S. PECK, ESQ.**
3360 Kamaaina Place
Honolulu, Hawaii 96817

Attorneys for Plaintiffs


DATED: Honolulu, Hawaii, August 26, 2008.


/s/ Gregg M. Ushiroda
MELVYN M. MIYAGI
GREGG M. USHIRODA
GARY S. SUGANUMA
LEIGHTON M. HARA
ROSS T. SHINYAMA

MARK J. BENNETT
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

---

Mark H., et al., Plaintiffs vs. PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education, et al., Defendants; Civil No.: CV00-00282 MLR-LEK; Certificate of Service

- 2 -