S404983.1
WATANABE ING LLP
A Limited Liability Law Partnership

**MELVYN M. MIYAGI**     #1624-0
**GREGG M. USHIRODA**    #5868-0
**GARY S. SUGANUMA**     #6960-0
**LEIGHTON M. HARA**     #7826-0
**ROSS T. SHINYAMA**     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT     #2672-0
Attorney General of Hawai`i

**GEORGE S.S. HOM**     #2487-0
**HOLLY T. SHIKADA**    #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>          Plaintiffs,<br><br>     vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii | CIVIL NO. CV 00-00282 MLR-LEK<br>(Other Civil Action)<br><br>AMENDED CERTIFICATE OF SERVICE<br><br>[RE: DEFENDANTS' EXPERT DISCLOSURES filed on 8/26/08]<br><br>**TRIAL: March 16, 2009**<br>**JUDGE: Honorable Manuel L. Real** |

```
Department of Education;        )
DEPARTMENT OF EDUCATION,        )
STATE OF HAWAII,                )
                                )
            Defendants.         )
_____)
```

### AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certify that a copy of Defendants' Expert Disclosures, filed on August 26, 2008, was duly served on the following attorney by mailing same on August 27, 2008, to his last known address via U.S. mail, postage prepaid:

    **KEITH H.S. PECK, ESQ.**
    3360 Kamaaina Place
    Honolulu, Hawaii 96817

    Attorneys for Plaintiffs

DATED: Honolulu, Hawaii, August 27, 2008.

    /s/ Gregg M. Ushiroda
    MELVYN M. MIYAGI
    GREGG M. USHIRODA
    GARY S. SUGANUMA
    LEIGHTON M. HARA
    ROSS T. SHINYAMA

    MARK J. BENNETT
    GEORGE S.S. HOM
    HOLLY T. SHIKADA

    Attorneys for Defendants