

August 26, 2008

Sender's Phone No. and E-mail:
(808) 544-8300
gushiroda@wik.com

**VIA U.S. MAIL & EMAIL:**
Stanley E. Levin, Esq.
Davis Levin Livingston
851 Fort Street, Suite 400
Honolulu, Hawaii 96813
slevin@davislevin.com

   Re: *Mark H. et al. v. Paul LeMahieu et al.*
     Civil No. CV 00-00282 MLR

     *Stephen L., et al. V. LeMahieu, et al.*
     Civil No.: CV00-00338 MLR

     *Patricia N., et al. v. LeMahieu, et al.*
     Civil No.: CV00-00252 MLR

Dear Mr. Levin:

  We are in receipt of your letter dated August 25, 2008 in which you request a brief continuance of the September 11, 2008 hearing on the motions filed in the above-referenced cases. Based on your representations concerning Mr. Livingston's unfortunate circumstance, we will agree to a brief continuance. We trust that you will draft and submit an appropriate confirming letter to the court with a copy to our offices.

       Very truly yours,

       WATANABE ING & KOMEIJI LLP

       GREGG M. USHIRODA

GMU:LMH
404948.1
cc: Holly Shikada, Esq. (via email) (holly.t.shikada@hawaii.gov)
   Kenneth S. Robbins, Esq. (via email)
     (krobbins@robbinsandassociates.net)
   Debbie McWilliams (via email) (debbie@davislevin.com)

First Hawaiian Center, 999 Bishop Street, 23rd Floor, Honolulu, Hawaii 96813   Phone: 808-544-8300   Fax: 808-544-8399
A Limited Liability Law Partnership



EXHIBIT C