UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>　　　　　　　Defendants. | CASE NO. CV00-282-MLR<br><br>ORDER REGARDING DISCOVERY |

　　　Plaintiffs and defendants in theses cases are at loggerheads in a simple discovery dispute concerning the taking of plaintiffs' depositions to bring the cases up to date. Prior depositions were had as long-ago as 2001 and 2003. The Court has considered the letter briefs by the parties.

　　　IT IS ORDERED that defendants are permitted to take depositions of plaintiffs for a reasonable time not to exceed four(4) hours for each plaintiff.

DATED: August 26, 2008.

　　　　　　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE