# MINUTES

CASE NUMBER:      CV NO. 00-00282MLR-LEK

CASE NAME:        Mark H., et al. Vs. Patricia Hamamoto, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    MANUEL REAL             REPORTER:

DATE:     08/29/2008              TIME:

---

COURT ACTION:          "MINUTE ORDER"

EO: Plaintiffs' [389] Motion to Continue: 1) Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint filed June 2, 2008, for failure to exhaust Administrative Remedies; and 2) Defendants' Motion to Preclude the Testimony of Barbara Bateman set for hearing on September 11, 2008 is hereby DENIED. Court will allow Plaintiffs' Counsel Michael Livingston to participate by Phone. Court also has the option to rule on these Motions on the submitted documents and not have a oral hearing.

Submitted by Leslie L. Sai, Courtroom Manager