IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>            Plaintiffs,<br><br>    vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII<br><br>            Defendants. | CIVIL NO. CV 00-00282 MLR/LEK<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that on September 3, 2008, a true and correct copy of the PLAINTIFFS' MOTION FOR RECONSIDERATION REGARDING PLAINTIFFS' MOTION TO CONTINUE DEFENDANTS' MOTION TO PRECLUDE THE TESTIMONY OF BARBARA BATEMAN was duly served upon the following parties by electronic filing via CM/ECF:

>Holly T. Shikada, Esq.   (holly.t.shikada@hawaii.gov)
>Deputy Attorney General
>235 S. Beretania Street, Room 304
>Honolulu, Hawaii 96813

Melvyn M. Miyagi, Esq.
Gregg M. Ushiroda, Esq. (gushiroda@wik.com)
Leighton M. Hara, Esq.   (lhara@wik.com)
Ross T. Shinyama, Esq.  (rshinyama@wik.com)
WATANABE ING LLP
First Hawaiian Center, 23rd Fl.
999 Bishop Street
Honolulu, Hawaii 96813
Attorneys for Defendants

DATED:   Honolulu, Hawaii, September 3, 2008.


/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
ANNE L. WILLIAMS
Attorneys for Plaintiffs

2