OF COUNSEL:
DAVIS LEVIN LIVINGSTON

STANLEY E. LEVIN            1152-0
MICHAEL K. LIVINGSTON       4161-0
ANNE L. WILLIAMS            1662-0
SUSAN K. DORSEY             7431-0
851 Fort Street Mall, Suite 400
Honolulu, Hawaii 96813
Telephone: (808) 524-7500/Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

KEITH H.S. PECK             6825-0
PECK & ASSOCIATES
3360 Kamaaina Place
Honolulu, Hawaii 96817
Telephone: (808) 537-4003/Fax: (808) 537-3110

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>            Plaintiffs,<br>    vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>            Defendants. | CIVIL NO. CV 00-00282 MLR/LEK (Other Civil Action)<br>ERRATA RE: [395] PLAINTIFFS' MOTION FOR RECONSIDERATION REGARDING PLAINTIFFS' MOTION TO CONTINUE DEFENDANTS' MOTION TO PRECLUDE THE TESTIMONY OF BARBARA BATEMAN; DECLARATION OF MARK S. DAVIS AND CERTIFICATE OF SERVICE<br>**HEARING:** September 11, 2008<br>**TIME:**      10:00 a.m.<br>**JUDGE:**     MANUEL L. REAL<br>**TRIAL:**     March 16, 2009 |

**ERRATA RE: [395] PLAINTIFFS' MOTION FOR RECONSIDERATION REGARDING PLAINTIFFS' MOTION TO CONTINUE DEFENDANTS' MOTION TO PRECLUDE THE TESTIMONY OF BARBARA BATEMAN**

Plaintiffs filed their Motion for Reconsideration Regarding Plaintiffs' Motion to Continue Defendants' Motion to Preclude the Testimony of Barbara Bateman on September 3, 2008. The Declaration of Mark S. Davis was attached unsigned. Plaintiffs are hereby submitting the Declaration of Mark S. Davis which was in fact signed on September 3, 2008 and is attached as a pdf file to this Errata.

DATED: Honolulu, Hawaii, September 5, 2008.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
ANNE L. WILLIAMS
SUSAN K. DORSEY

Attorneys for Plaintiffs