S405224.1
WATANABE ING LLP
A Limited Liability Law Partnership

| | |
|---|---|
| MELVYN M. MIYAGI | #1624-0 |
| GREGG M. USHIRODA | #5868-0 |
| GARY S. SUGANUMA | #6960-0 |
| LEIGHTON M. HARA | #7826-0 |
| ROSS T. SHINYAMA | #8830-0 |

First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

MARK J. BENNETT     #2672-0
Attorney General of Hawai`i

GEORGE S.S. HOM     #2487-0
HOLLY T. SHIKADA    #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Holly.T.Shikada@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK H. and RIE H., Individually and as Guardians Ad Litem of MICHELLE H. and NATALIE H., minors,<br><br>        Plaintiffs,<br><br>    vs.<br><br>PATRICIA HAMAMOTO, in her official capacity as Superintendent of the Hawaii Department of Education; | CIVIL NO. CV 00-00282 MLR-LEK<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br>[Re: Notice of Taking Mark H. and Rei H.'s Depositions Upon Oral Examination]<br><br>**TRIAL: March 16, 2009**<br>**JUDGE: Honorable Manuel L. Real** |

DEPARTMENT OF EDUCATION,    )
STATE OF HAWAII,            )
                            )
        Defendants.         )
_____)

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2008, a true and correct copy of the *Notice of Taking Mark H. and Rei H.'s Depositions Upon Oral Examination*, dated September 5, 2008, was duly served upon the following attorneys by mailing same on September 5, 2008, to their last known address:

>   **STANLEY E. LEVIN, ESQ.**
>   **MICHAEL K. LIVINGSTON, ESQ.**
>   **ANNE L. WILLIAMS, ESQ.**
>   **SUSAN K. DORSEY, ESQ.**
>   851 Fort Street, Suite 400
>   Honolulu, HI  96813
>
>       and
>
>   **KEITH H.S. PECK, ESQ.**
>   3360 Kamaaina Place
>   Honolulu, Hawaii  96817
>
>   Attorneys for Plaintiffs

DATED: Honolulu, Hawaii, September 5, 2008.

>                  /s/ Gregg M. Ushiroda
>                  MELVYN M. MIYAGI
>                  GREGG M. USHIRODA
>                  GARY S. SUGANUMA
>                  LEIGHTON M. HARA
>                  ROSS T. SHINYAMA
>
>                  MARK J. BENNETT
>                  GEORGE S.S. HOM
>                  HOLLY T. SHIKADA
>
>                  Attorneys for Defendants