# MINUTES

CASE NUMBER:    CV NO. 00-00282MLR-LEK

CASE NAME:      Mark H., et al. Vs. Superintendent Patricia Hamamoto, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Manuel L. Real          REPORTER:

DATE:    9/10/2008               TIME:

---

COURT ACTION:        "MINUTE ORDER"

EO: [395] Plaintiffs First Motion for Reconsideration Re [389] Motion to Continue Defendants Motion to Preclude the Testimony of Barbara Bateman is hereby DENIED. The hearing on this Motion set for September 11, 2008 @l0:00 a.m.

Submitted by Leslie L. Sai, Courtroom Manager