# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 00-00282MLR-LEK |
| CASE NAME: | Mark H., etc., et al. Vs. Superintendent Patricia Hamamoto, et al. |
| ATTYS FOR PLA: | Stanley E. Levin and Brue Ellis-Paralegal |
| ATTYS FOR DEFT: | Greg Ushiroda and Ross Shinyama |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Manuel L. Real | REPORTER: | Gloria Bediamol |
| DATE: | 9/11/2008 | TIME: | 9:56am-l0:26am |

COURT ACTION:  EP: Motion Hearing:

[377] Motion to Preclude Testimony of Barbara Bateman-Oral Argument Held.  Motion is Denied because it is premature.  These issues can be raised at the Daubert Hearing set for December 5, 2008 @ll:00 a.m. before this Court.  Both parties shall exchange their expert disclosures by October 10, 2008.


Submitted by Leslie L. Sai, Courtroom Manager